UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAREN BRITT,<br><br>        Plaintiff<br><br>v.<br><br>S. RAY DERUSSE, VETERANS GROUP<br>LIFE INSURANCE and THE PRUDENTIAL<br>INSURANCE COMPANY OF AMERICA,<br><br>        Defendants | CIVIL ACTION NO.<br><br>**05 - 3 0 1 9 7 - MAP** |

**FILING FEE PAID:**
RECEIPT # 30603 5
AMOUNT $ 250. 00
BY DPTY CLK _____ .
DATE 9/6/05 _

**NOTICE OF REMOVAL TO
UNITED STATES DISTRICT COURT**

**PURSUANT TO 28 U.S.C. § 1441 (A)**

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS:**

The Defendants, Veterans Group Life Insurance and The Prudential Insurance Company of America (hereinafter "Prudential" or the "Defendants"), pursuant to Section 1441 of Title 28 and 1331 of Title 28 of the United States Code and Rule 81.1 of the Local Rules, herewith files this Notice of Removal in the United States District Court for the District of Massachusetts from the Superior Court of the State of Massachusetts in and for Hampden County, and states the following in support of this Notice of Removal:

1.    The Plaintiff, Caren Britt, filed an action against Prudential on or about August 17, 2005, in the Superior Court of the County Hampden.

2.    On or about August 18, 2005, Plaintiff served Prudential with a copy of the Complaint via facsimile. See Facsimile from Plaintiff's Counsel dated August 18, 2005.

3.    This Notice of Removal is filed in the United States District Court for the District of Massachusetts within the time allowed by law for removal of civil actions. The documents attached hereto as Exhibit "A" constitute all of the process and pleadings served upon Prudential by the Plaintiff to date.

1

42737.1

4.  This action is removable to this Court pursuant to Section 1441(a) and (b) of Title 28 of the United States Code, because this Court has original jurisdiction under Section 1331 of Title 28 of the United States Code as this civil action arises under the Constitution, laws, or treaties of the United States.

5.  In particular, the Plaintiff's claims regarding the proceeds of a life insurance policy issued by the Veterans' Group Life Insurance present federal questions because they raise express or implied causes of action under the Constitution, federal statute, or international treaty.

6.  The following bodies of law support a finding that the complaint raises an express or implied cause of action under the Constitution, federal statute or international treaty: the Veterans' Insurance Act of 1974, May 24, 1974, P.L. 93-289, amended August 6, 1991, 38 U.S.C. §§ 1965 et seq.

7.  This Notice of Removal is being filed within thirty (30) days of service and receipt of the Summons and Complaint in accordance with Section 1446(b) of Title 28 of the United States Code.

8.  A notice of the filing of this Notice of Removal and a true copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the Commonwealth of Massachusetts in and for Hampden County, as required by Section 1446(d) of Title 28 of the United States Code.

9.  Pursuant to Local Rule 81.1(a) shall, within thirty (30) days after filing a notice for removal of the action from state court to this court, file certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court. See LR 81.1(a).

WHEREFORE, Veterans Group Life Insurance and The Prudential Insurance Company of America, pray that the action currently pending in the Superior Court of the Commonwealth of Massachusetts in and for Hampden County be removed to the United States District Court for the District of Massachusetts.

Respectfully submitted,

VETERANS GROUP LIFE INSURANCE and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

By Its Attorneys,

42737.1

2

William T. Bogaert, BBO # 546321
Carey L. Bertrand, BBO# 650496
Wilson, Elser, Moskowitz,
 Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: September 2, 2005

## CERTIFICATE OF SERVICE

I, Carey L. Bertrand, do hereby certify that I have served a true copy of the foregoing document on counsel of record by first class mail, postage prepaid on this 2nd day of September 2005.

Carey Bertrand

42737.1

3

# EXHIBIT A

 ## BACON & WILSON, P.C. MORSE & SACKS FAX COVER SHEET

| 33 STATE STREET | 9 CHAPEL STREET | 31 TRUMBULL ROAD |
|---|---|---|
| SPRINGFIELD, MA 01103 | WESTFIELD, MA 01085 | NORTHAMPTON, MA 01060 |
| FAX (413) 739-7740 | FAX (413) 562-0548 | FAX (413) 584-0453 |
| TELEPHONE (413)781-0560 | TELEPHONE (413) 562-6611 | TELEPHONE (413) 584-1287 |

Date:                08/18/2005

File Number:         99999.234

Please deliver the following pages including cover sheet to:

Name:                Cynthia Castell

Company:             Office of Servicemembers' Group Life Insurance

Fax Number:          877/832-4943

Phone Number:        1-800-419-1473

From:                Kate Glynn Assistant to Mark A Tanner

RE:                  Claim # 10610686

Message:             Cynthia,

                     Please accept for service of the attached documents. Please send
                     this office a letter verifying that you have accepted service at your
                     earliest convenience.

                     Please call with any questions or concerns.

                     Thank you.

If you do not receive all pages, please call as soon as possible:

Phone number:   (413) 584-1287                    Extension:  608

### CONFIDENTIALITY STATEMENT

The document(s) accompanying this fax transmission may contain information that is Attorney-Client communication or may otherwise be privileged or confidential and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, or copying of the document(s) is prohibited by law. If you have received this fax in error, please notify us immediately at (413) 781-0560 so that we can arrange for the return of the document(s) to us at no cost to you.



**BACON&
WILSON**
— P.C. —

**MORSE
&SACKS**

ATTORNEYS AT LAW

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060-3036
FAX (413) 584-0453
PHONE (413) 584-1267

33 STATE STREET
SPRINGFIELD, MA 01103-2003
FAX (413) 739-7740
PHONE (413) 781-0560

9 CHAPEL STREET
WESTFIELD, MA 01085-3009
FAX (413) 562-0546
PHONE (413) 562-6611

MICHAEL S. RATNER
PAUL R. SALVAGE
GARY L. FIALKY
MICHAEL B. KATZ
PAUL H. ROTHSCHILD
STEPHEN N. KREVALIN
HYMAN G. DARLING
MARK J. BEGLANE
GARY G. BRETON
MICHAEL J. COYNE
KENNETH J. ALBANO
RICHARD A. CORBERT
ROBERT S. MURPHY, JR.
PHILIP R. SMITH
FRANCIS R. MIRKIN
MICHELLE M. BEGLEY*
MARTIN C. DUNN*
JULIE A. DIALESSI-LAFLEY*
GINA M. BARRY*
DONNA L. WEXLER
JUSTIN H. DION*
ADAM J. BASCH**
GIUSEPPE E. BELLAVITA
BENJAMIN M. COYLE
BRETT A. KAUFMAN
TODD C. RATNER
HARLEY M. SACKS**
MARK A. TANNER**
*ADMITTED ALSO IN CT
**ADMITTED ALSO IN NY

OF COUNSEL
ELIZABETH A. GINTER

RETIRED
PHILIP C. SMITH
JAMES M. SWEENEY

GEORGE A. BACON
(1869-1945)
PETER D. WILSON
(1906-1969)
JUSTIN COHEN
(1913-1987)
JAY A. GABRIEL
(1930-2004)

www.bacon-wilson.com

August 18, 2005

**VIA FACSIMILE**
Cynthia Castell
Servicemembers' Group Life Insurance
290 West Mount Pleasant Avenue
Livingston, NJ 07039

*RE: Caren Britt v. S. Ray DeRusse and Veterans Group Life Insurance and
Prudential Insurance Company, Commonwealth of Massachusetts
Hampden Superior Court Docket No.: 05-800*

Dear Cynthia:

        Pursuant to our telephone conversation, attached please find the
following documents in regard to the above referenced matter:

1. Summons
2. Order of Notice;
3. Civil Cover Sheet;
4. Verified Complaint;
5. Emergency Ex Parte Motion for Temporary Restraining Order and
   Preliminary Injunction;
6. Memorandum of Law in Support of Emergency Ex Parte Motion for
   Temporary Restraining Order and Preliminary Injunction;
7. Proposed Order;
8. Affidavit of Mark A. Tanner, Esq. in Support of Emergency Ex Parte
   Motion for Temporary Restraining Order and Preliminary Injunction;
9. Affidavit of Caren Britt in Support of Emergency Ex Parte Motion for
   Temporary Restraining Order and Preliminary Injunction;
10. Affidavit of Robert Britt in Support of Emergency Ex Parte Motion for
    Temporary Restraining Order and Preliminary Injunction; and
11. Order on Emergency Ex Parte Motion for Temporary Restraining
    Order and Preliminary Injunction.

Please provide this office with a letter indicating that you have accepted service of the aforementioned documents at your earliest convenience.

If you have any questions, please do not hesitate to contact this office. Thank you for your prompt attention to this matter.

Very truly yours,

Kate Glynn
Assistant to Mark A. Tanner

KMG/hs
99999.234
402343

08/18/2005  10:53    4135840453                    BACON WILSON ÉÉÉÉÉ É                    PAGE  04/28

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
NO.  65 . 809

CAREN BRITT _____, PLAINTIFF(S)

V.

S. RAY DeRUSSE and
VETERANS GROUP LIFE INSURANCE and
~~PRUDENTIAL INSURANCE COMPANY~~ ____, DEFENDANT(S)
OF AMERICA

SUMMONS

To the above named defendant:

You are hereby summoned and required to serve upon
Mark A. Tanner, Esq. Bacon & Wilson, P.C. Morse & Sachs, plaintiff's attorney, whose address is
31 Trumbull Rd. Northampton, MA 01060, an answer to the complaint which is herewith served upon
you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do
so, judgment by default will be taken against you for the relief demanded in the complaint. You are also
required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before
service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter
of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esq., at Springfield the ____17th_____ day of
____August_____ in the year of our Lord two thousand five.

*Marie G. Mazza*

Clerk / Magistrate

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate
summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

*(left margin, vertical text)* NOTICE TO DEFENDANT -- You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

08/18/2005  10:53    4135840453                    BACON WILSON ÉÉÉÉÉ É                    PAGE  05/?8

# Commonwealth of Massachusetts

HAMPDEN  , ss.                                              SUPERIOR COURT
                                                           DEPARTMENT OF THE TRIAL COURT
                                                           CIVIL ACTION

                                                           No.    05-800

_____ CAREN BRITT _____, Plaintiff(s)

v.

S. RAY DeRUSSE and VETERANS GROUP LIFE INSURANCE and
PRUDENTIAL INSURANCE COMPANY OF AMERICA , Defendant(s`

### SUMMONS AND ORDER OF NOTICE

To the above-named Defendants:
                                        Mark A. Tanner, Esquire
     You are hereby summoned and required to serve upon __Bacon & Wilson, P.C./Morse & Sacks__
plaintiff's attorney, whose address is _31 Trumbull Road, Northampton, MA  01060_____

an answer to the complaint which is herewith served upon you, within 20 days after service of this

summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be

taken against you for the relief demanded in the complaint. You are also required to file your answer

to the complaint in the office of the Clerk of this court at Springfield either before service upon

plaintiff's attorney or within a reasonable time thereafter.

   Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim

which you may have against the plaintiff which arises out of the transaction or occurrence that is the

subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any

other action.

   WE ALSO NOTIFY YOU that application has been made in said action, as appears in the
Emergency Ex Parte Motion for Temporary Restraining Order and
~~application for~~ preliminary injunction and that a hearing upon such application will be held at the

court house at said Springfield in the ___A___ session without jury of our said court on __Thursday__

the ___25th___ day of __August___ A.D. 2005 , at _2:00_ o'clock p.m., at which you

may appear and show cause why such application should not be granted.

   Witness, Barbara J. Rouse, Esquire, at Springfield the _____16th_____ day

of __August_____ in the year of our Lord two thousand five.

                                        _Marie G. Mazza_
                                        -CLERK/MAGISTRATE

_NOTES_

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the
   caption. If a separate summons is used for each defendant, each should be addressed to the
   particular defendant.

No. 4

08/18/2005  10:53    4135840453              BACON WILSON ÉÉÉÉ É                    PAGE  06/18

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County:_____ |
|---|---|---|

PLAINTIFF(S)  CAREN BRITT

DEFENDANT(S)S. RAY DeRUSSE and VETERANS GROUP LIFE INSURANCE and PRUDENTIAL INSURANCE COMPANY OF AMERICA

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE
Mark A. Tanner, Esq. Bacon & Wilson, P.C.
Morse & Sacks 31 Trumbull Rd. Northampton, MA
Board of Bar Overseers number:  (413) 584-1287

ATTORNEY (If known)

## Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

## TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO.        TYPE OF ACTION (specify)    TRACK      IS THIS A JURY CASE?

E99 _____  ( X )     ( ) Yes    ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

## TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
  2. Total Doctor expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
  3. Total chiropractic expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
  4. Total physical therapy expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
  5. Total other expenses (describe) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . .
                                                        Subtotal $ . . . . . . . . . . . . .
B. Documented lost wages and compensation to date . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . .
C. Documented property damages to date . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . .
D. Reasonably anticipated future medical and hospital expenses . . . . . . . . . . . . . $ . . . . . . . . . . . . .
E. Reasonably anticipated lost wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ . . . . . . . . . . . . .
F. Other documented items of damages (describe)
                                                                $ . . . . . . . . . . . .
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)


                                                                $ . . . . . . . . . . .
                                                        TOTAL $ . . . . . . . . . . .

## CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):



                                                        TOTAL $. . . . . . . . . . .

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____    DATE: 8/17/05

AOTC-6 mic005-11/99
A.O.S.C. 1-2000

# COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN , SS.**

**SUPERIOR COURT DEPT.
OF THE TRIAL COURT
Civil Action No.**

CAREN BRITT,
      **Plaintiff**

v.

S. RAY DeRUSSE and
VETERANS GROUP LIFE INSURANCE
and
PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
      **Defendants**

)
)
)
)
)
)
)
)
)
)
)
)

**VERIFIED COMPLAINT**

## INTRODUCTION

The Plaintiff brings this civil action, to determine the rightful owner of the proceeds of a life insurance policy on the life of Mr. Ronald H. Stewart (deceased) issued by Veterans Group Life Insurance.

## PARTIES

1.    Caren Britt is a natural person with a residential address of 36 Clayton Drive, West Springfield, Massachusetts.

2.    S. Ray DeRusse is a natural person with a residential address of 2917 Lipscomb Street, Fort Worth, Texas 76110-3557.

3.    Veterans Group Life Insurance/Servicemen's and Veterans Group Life Insurance (hereinafter "VGLI") is a life insurance company with an address of 213 Washington Street, Newark, New Jersey.

DN & WILSON, P.C.
TORNEYS AT LAW
13 STATE STREET
INGFIELD, MA 01103
PHONE (413) 781-0560
(413) 736-7740

3 CHAPEL STREET
STFIELD, MA 01085
PHONE (413) 562-9807
(413) 562-7569

1 TRUMBULL ROAD
HAMPTON, MA 01060
PHONE (413) 584-1267
(413) 584-0483

4.    The Prudential Insurance Company of America is a New Jersey Corporation

authorized to sell life insurance and annuities in all states, with a business

address of 751 Broad Street, Newark, New Jersey.

## FACTS

5.    Ronald H. Stewart died on or about May 18, 2005 in Springfield, Hampden

County, Massachusetts. See <u>Attachment A</u>, attached hereto and

incorporated herein.

6.    Prior to his retirement Ronald H. Stewart served in the United States Navy.

7.    During his service in the United States Navy, Mr. Stewart obtained a

Veterans Group Life Insurance Policy Numbered 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.

8.    Prior to his death Mr. Stewart resided with his sister, Caren Britt and her

family, at 36 Clayton Drive, West Springfield, Massachusetts.

9.    Caren Britt, is the sister of Ronald H. Stewart.

10.    Based upon information and belief, S. Ray DeRusse is the former partner of

Ronald H. Stewart.

11.    On or about the year 1996 S. Ray DeRusse and Ronald H. Stewart ceased

their relationship.

12.    Based upon information and belief, the relationship between S. Ray

DeRusse and Ronald H. Stewart was abusive, and that Mr. Stewart suffered

bodily injury at the hands of Mr. DeRusse.

13.    On or about October 28, 2000 Ronald H. Stewart named Caren Britt as the

100% beneficiary of his service member's retirement benefits.  See

<u>Attachment B</u>, attached hereto and incorporated herein.

IN & WILSON, P.C.
TORNEYS AT LAW
3 STATE STREET
INGFIELD, MA 01103
PHONE (413) 781-0560
·X (413) 739-7740

I CHAPEL STREET
STFIELD, MA 01088
PHONE (413) 562-9607
·X (413) 562-7589

I TRUMBULL ROAD
HAMPTON, MA 01060
PHONE (413) 564-1267
X (413) 564-0455

14.     During his lifetime Mr. Stewart verbally informed Ms. Britt that she was the sole beneficiary of his life insurance policy.

15.     During his lifetime Mr. Stewart verbally informed his stepson Glen Wilson that Ms. Britt was the sole beneficiary of his VGLI life insurance policy.

16.     During his lifetime Mr. Stewart verbally informed other members of his family that Ms. Britt was the sole beneficiary of his VGLI life insurance policy.

17.     On or about June 2, 2005, Ms. Britt telephoned the offices of VGLI with regard to Mr. Stewart's life insurance benefits and was informed that she was the designated beneficiary.

18.     Based upon the June 2, 2005 telephone call, Ms. Britt submitted an application for payment of benefits under the VGLI life insurance policy.

19.     Approximately five weeks after her submission for payment of benefits, Ms. Britt telephoned VGLI and was informed that she was not the named beneficiary.

20.     Based upon information and belief S. Ray DeRusse is the named beneficiary.

21.     Despite numerous requests VGLI will not release the name of the beneficiary, and instructed Ms. Britt to seek injunctive relief to resolve this matter.

<div style="margin-left:2em; font-size:0.8em;">
ON & WILSON, P.C.<br>
TORNEYS AT LAW<br>
3 STATE STREET<br>
INGFIELD, MA 01103<br>
PHONE (413) 781-0560<br>
AX (413) 739-7740<br>
<br>
9 CHAPEL STREET<br>
STFIELD, MA 01085<br>
PHONE (413) 562-9607<br>
AX (413) 562-7588<br>
<br>
1 TRUMBULL ROAD<br>
HAMPTON, MA 01060<br>
PHONE (413) 584-1267<br>
AX (413) 584-0453<br>
</div>

### First Claim for Relief

### Declaratory Judgment

1.     The Plaintiffs hereby re-allege and incorporate by reference Paragraphs 1.

through 21. above, as though fully set forth herein.

2.    There exists between the parties to this action an actual justifiable

controversy regarding the rightful beneficiary of the aforementioned life

insurance policy.

**WHEREFORE**, the Plaintiffs pray that this Honorable Court:

1.    Adjudicate the adverse claims to the VGLI Insurance Policy Numbered

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;

2.    Award the Plaintiff, Caren Britt, the costs incurred in bringing this action;

and

3.    Grant such other and further relief as this Honorable Court may determine

is just and proper.

ɔN & WILSON, P.C.
TORNEYS AT LAW
.3 STATE STREET
INGFIELD, MA O1103
PHONE (413) 781-0560
LX (413) 739-7740

3 CHAPEL STREET
3TFIELD, MA O1065
PHONE (413) 862-9607
LX (413) 562-7588

1 TRUMBULL ROAD
HAMPTON, MA O1060
PHONE (413) 584-1287
LX (413) 584-0453

## VERIFICATION

Caren Britt, being duly sworn, states that that she has read the above Complaint and

the attached documents, and that the facts stated therein are to her knowledge true.

*Caren Britt*
**CAREN BRITT**

Respectfully Submitted for the Plaintiff,

8-15-05
Date

Mark A. Tanner, Esq.
**Bacon & Wilson, P.C./Morse & Sacks**
31 Trumbull Road
Northampton, MA  01060
Telephone: (413) 584-1287
BBO No. 649532

ON & WILSON, P.C.
TORNEYS AT LAW
3 STATE STREET
INGFIELD, MA 01103
PHONE (413) 781-0560
LX (413) 739-7740

J CHAPEL STREET
STFIELD, MA 01085
PHONE (413) 562-8407
LX (413) 562-7889

I TRUMBULL ROAD
NAMPTON, MA 01060
PHONE (413) 584-1287
X (413) 584-0453

08/18/2005   10:53    4135840453        BACON WILSON ÉÉÉÉÉ É                          PAGE   12/18

# The Commonwealth of Massachusetts

STANDARD CERTIFICATE OF DEATH

REGISTRY OF VITAL RECORDS AND STATISTICS

INSTRUCTIONS ON REVERSE SIDE)
FOR USE BY
PHYSICIANS AND
MEDICAL EXAMINERS

REGISTERED NUMBER

STATE USE ONLY

**DECEDENT**

| DECEDENT - NAME | FIRST | MIDDLE | LAST | SEX | DATE OF DEATH (Mo., Day, Yr.) |
|---|---|---|---|---|---|
| | Ronald | Hamilton | Stewart | M | May 18, 2005 |

| PLACE OF DEATH (City/Town) | COUNTY OF DEATH | HOSPITAL OR OTHER INSTITUTION - Name (If not in either, give street and number) |
|---|---|---|
| Springfield | Hampden | Baystate Medical Center |

PLACE OF DEATH (Check only one)
HOSPITAL: ☐ Inpatient ☒ ER/Outpatient ☐ DOA
OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify)

| SOCIAL SECURITY NUMBER | IF US WAR VETERAN SPECIFY WAR |
|---|---|
| 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 | Vietnam |

WAS DECEDENT OF HISPANIC ORIGIN? (If yes, Specify Puerto Rican, Dominican, Cuban, etc.) ☐ NO ☐ YES

RACE (e.g. White, Black, American Indian, etc.) (Specify)   White

DECEDENT'S EDUCATION (Highest Grade Completed) Elementary (0-12)  College (1-4, 5+)  12

| AGE - Last Birthday (Yrs.) | UNDER 1 YEAR MOS. DAYS | UNDER 1 DAY HOURS MIN. | DATE OF BIRTH (Mo., Day, Yr.) | BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|
| 56 | | | Feb 10, 1949 | Birkenhead, England |

| MARRIED, NEVER MARRIED WIDOWED, DIVORCED | LAST SPOUSE (If wife, give maiden name) | USUAL OCCUPATION | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| Divorced | Nisha Unknown | Documents Manager | Pharmaceutical |

| RESIDENCE - NO. & ST., CITY/TOWN, COUNTY, STATE/COUNTRY | | ZIP CODE |
|---|---|---|
| 36 Clayton Drive West Springfield Hampden Massachusetts | | 01089 |

| FATHER - FULL NAME | STATE OF BIRTH (If not in the U.S. name country) | MOTHER - (GIVEN) (MAIDEN) | STATE OF BIRTH (If not in the U.S. name country) |
|---|---|---|---|
| James Stewart | England | Marilyn Stewart | England |

**INFORMANT**

| INFORMANT'S NAME | MAILING ADDRESS - NO. & ST., CITY/TOWN, STATE, ZIP CODE | RELATIONSHIP |
|---|---|---|
| Caren Britt | 36 Clayton Dr WEst Springfield MA 01089 | Sister |

**DISPOSITION**

METHOD OF IMMEDIATE DISPOSITION
☐ BURIAL      ☒ CREMATION
☐ ENTOMBMENT  ☐ REMOVAL FROM STATE
☐ DONATION    ☐ OTHER (Specify)

| FUNERAL SERVICE LICENSEE OR OTHER DESIGNEE | LICENSE # |
|---|---|
| Joseph J. Nowak | 5957 |

| PLACE OF DISPOSITION (Name of Cemetery, Crematory or Other Facility) | LOCATION (City/Town, State) |
|---|---|
| Springfield Crematory | Springfield Massachusetts |

| DATE OF DISPOSITION (Mo., Day, Yr.) | NAME AND ADDRESS OF FACILITY OR OTHER DESIGNEE | |
|---|---|---|
| May 23, 2005 | Nowak Funeral and Cremation Services 15 ludlow Ave Spfld MA | 01151 |

**CERTIFIER**

29 PART I - Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line. DO NOT ABBREVIATE. PRINT OR TYPE LEGIBLY.

Approximate interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death) → Cardiopulmary Arrest     hours

DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST → Coronary Artery Disease     years

DUE TO (OR AS A CONSEQUENCE OF):

DUE TO (OR AS A CONSEQUENCE OF):

PART II - Other significant conditions contributing to death but not resulting in underlying cause given in Part I.

| WAS AUTOPSY PERFORMED? (Yes or No) | WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH (Yes or No) |
|---|---|
| no | |

| MED. EXAM. NOTIFIED? (Yes or No) | MANNER OF DEATH | DATE OF INJURY (Mo., Day, Yr.) | TIME OF INJURY | INJURY AT WORK (Yes or No) |
|---|---|---|---|---|
| YES | ☒ NATURAL ☐ HOMICIDE ☐ COULD NOT BE DETERMINED ☐ ACCIDENT ☐ SUICIDE ☐ PENDING INVESTIGATION | | | |

DESCRIBE HOW INJURY OCCURRED   PLACE OF INJURY (At home, farm, street, factory, office bldg., etc.) Specify   LOCATION (No. & St., City/Town, State)

36a To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) stated. (Signature and Title)   John mo

37a On the basis of examination and/or investigation in my opinion death occurred at the time, date, and place and due to the cause(s) stated.

| DATE SIGNED (Mo., Day, Yr.) | HOUR OF DEATH |
|---|---|
| May 18 2005 | 10:11 P M |

NAME OF ATTENDING PHYSICIAN IF NOT CERTIFIER   Susan Torrey MD

| DATE SIGNED (Mo., Day, Yr.) | HOUR OF DEATH |
|---|---|
| | M |

| PRONOUNCED DEAD (Mo., Day, Yr.) | PRONOUNCED DEAD (Hr.) |
|---|---|
| | M |

NAME AND ADDRESS OF CERTIFYING PHYSICIAN OR MEDICAL EXAMINER (Type or Print)
Jay Ishida MD 759 Chestnut Street Springfield MA 01099

| LICENSE NO. OF CERTIFIER |
|---|
| 214703 |

WAS THE REMAINS PRONOUNCEMENT FORM? (Yes or No)   NO   IF YES, DATE PRONOUNCED   IF YES, TIME PRONOUNCED   40a NAME OF PRONOUNCER   TITLE   ☐ R.N. ☐ P.A.

| DATE SIGNED | RECEIVED IN THE CITY/TOWN OF  SPRINGFIELD | DATE OF RECORD |
|---|---|---|
| 2005 Maureen B. Harvey Admin Assistant | CLERK'S SIGNATURE  C. M... R... | MAY 24 2005 |

City of Springfield, Mass.   May 25 2005

I hereby Depose and Say that I am the Assistant City Clerk of the City of Springfield, Commonwealth of Massachusetts. That the records of births, marriages and deaths in said City are in my custody, and that the foregoing is a true copy of the return of a death on file in the office of the City Clerk of said Springfield.

Witness my hand and the seal of the said City of Springfield,   May 25 2005

Attest:

EXHIBIT

A

ALL-STATE LEGAL

PERMANENT INK INK ONLY



EXHIBIT

B

RETIRED MEMBER'S NAME
Ronald Hamilton Stewart

RETIRED MEMBER'S SSN
026 40 4232

TYPE OF ACTION:
(CHECK ONE)
☐ LEGAL ORDER OF PRECEDENCE
☐ DESIGNATION OF BENEFICIARIES

| SHARE | FULL NAME | SSN | RELATIONSHIP |
|---|---|---|---|
| 100 % | Caren Britt | 010 50 4817 | Sister |
| | ADDRESS 36 Clayton Drive W Sprd Mass | | |
| SHARE % | FULL NAME | SSN | RELATIONSHIP |
| | ADDRESS | | |
| SHARE % | FULL NAME | SSN | RELATIONSHIP |
| | ADDRESS | | |

RETIRED MEMBER SIGNATURE
Ronald H Stewart

DATE OF SIGNATURE
10-28-00

WITNESS SIGNATURE (other than designated beneficiary/Order of Precedence Person)

WITNESS STREET ADDRESS
20721 Crystalhill Cir

WITNESS CITY, STATE, ZIP CODE
Germantown MD 20874

196195

## COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN , SS.**

**SUPERIOR COURT DEPT.
OF THE TRIAL COURT
Civil Action No.**

| | |
|---|---|
| **CAREN BRITT,**               ) <br>      **Plaintiff**           ) <br>                         ) <br>     **v.**                   ) <br>                         ) <br> **S. RAY DeRUSSE and**      ) <br> **VETERANS GROUP LIFE INSURANCE** ) <br> **and**                          ) <br> **PRUDENTIAL INSURANCE**    ) <br> **COMPANY OF AMERICA,**      ) <br>      **Defendants**         ) <br>                          ) | **Emergency *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction** |

Now comes Caren Britt, Plaintiff in the above-captioned matter, and hereby moves this Honorable Court to issue a preliminary injunction, pursuant to Mass.R.Civ.P. 65, prohibiting and enjoining the Defendants, from paying the proceeds of a certain life insurance policy named in the Verified Complaint during the pendency of the present action.

In further support of this motion, please see the Verified Complaint of the Plaintiff, the Affidavit of Caren Britt, the Affidavit of Mark A. Tanner, Esq., as well as the Memorandum of Law in support hereof, all of which documents are attached hereto and made a part hereof. A proposed Order is also submitted herewith.

ON & WILSON, P.C.
TORNEYS AT LAW
3 STATE STREET
INGFIELD, MA 01103
PHONE (413) 781-0560
IX (413) 739-7740

) CHAPEL STREET
STFIELD, MA 01085
HHONE (413) 562-9607
IX (413) 562-7588

I TRUMBULL ROAD
HAMPTON, MA 01060
PHONE (413) 584-1287
IX (413) 584-0463

**WHEREFORE,** the Plaintiff respectfully requests that this Court issue a temporary

restraining order and preliminary injunction, as set forth on the attached proposed Order.

Respectfully Submitted for
The Plaintiff

8 -15-05
Date

Mark A. Tanner
**Bacon & Wilson, P.C./Morse & Sacks**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 584-1287
BBO No. 649532

ON & WILSON, P.C.
TORNEYS AT LAW
13 STATE STREET
INGFIELD, MA 01103
PHONE (413) 781-0560
AX (413) 739-7740

9 CHAPEL STREET
:STFIELD, MA 01085
PHONE (413) 562-9607
AX (413) 562-7589

1 TRUMBULL ROAD
THAMPTON, MA 01060
PHONE (413) 584-1287
AX (413) 584-0463

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN , SS.

**SUPERIOR COURT DEPT.
OF THE TRIAL COURT**
Civil Action No.

| | |
|---|---|
| CAREN BRITT,       )<br>      Plaintiff     )<br>      )<br>v.      )<br>      )<br>      )<br>S. RAY DeRUSSE and      )<br>VETERANS GROUP LIFE INSURANCE)<br>and      )<br>PRUDENTIAL INSURANCE      )<br>COMPANY OF AMERICA,      )<br>      Defendants     )<br>      ) | **Memorandum of Law in Support
of Emergency *Ex Parte* Motion for
Temporary Restraining Order and
Preliminary Injunction** |

     This is an action on a declaratory judgment to determine the rights of the named parties to a certain life insurance policy.

## STATEMENT OF FACTS

     The Plaintiff relies on the statement of facts set forth in the verified complaint which is incorporated herein by reference.

## ARGUMENT

     In order to succeed in a motion for preliminary injunction, a party must establish:

1.    A likelihood of success on the merits;

2.    That he will suffer irreparable harm in the absence of injunctive relief; and

3.    That the balance of the irreparable harm weighs in his favor.

See, Hull Municipal Lighting Plant v. Massachusetts Municipal Wholesale Electric Co., 399 Mass. 640, 648 (1987); Brookline v. Goldstein, 388 Mass. 443, 447 (1983); Packaging

ON & WILSON, P.C.
TTORNEYS AT LAW
  STATE STREET
  INGFIELD, MA 01103
 HONE (413) 781-0560
 AX (413) 739-7740

9 CHAPEL STREET
 ESTFIELD, MA 01085
 PHONE (413) 562-9607
 AX (413) 562-7569

 31 TRUMBULL ROAD
 THAMPTON, MA 01060
 HONE (413) 584-1287
 AX (413) 584-0453

Industries Group, Inc. v. Cheney, 380 Mass. 609, 617 (1980).

In the Packaging Industries Group case, the Supreme Judicial Court declared that the trial Judge must initially look at the combination of the moving party's claim for injury and his chances for success on the merits. If the Court is convinced that the moving party would be subjected to irreparable harm without an injunction, and that there is a likelihood of success for the moving party, then the Court balances the moving party's risk of irreparable harm against any similar risk of irreparable harm which granting the injunction might create for the opposing party.

As will be fully demonstrated below, the Plaintiff's request for the preliminary injunction satisfies each of the requisite criteria. Also, when the balancing is done, the Court should find that the Plaintiff is entitled to the requested injunction because little, if any, irreparable harm would be incurred by the Defendants as a result of the requested injunction.

I.      **Plaintiffs Have a Substantial Likelihood of Success on the Merits.**

The Plaintiffs can show by clear, testimonial evidence that Mr. Stewart intended, and believed Mrs. Britt was the beneficiary of his VGLI insurance policy and other service-related benefits. This is demonstrated not only by the statements he made during his lifetime, but also by the fact that he filled out certain forms changing his beneficiaries. Further, given the volatile end to the relationship between Mr. Stewart and Mr. DeRusse, it is unlikely that Mr. Stewart intended him to benefit in any manner from his death.

ON & WILSON, P.C.
TORNEYS AT LAW
13 STATE STREET
INGFIELD, MA 01103
PHONE (413) 781-0560
AX (413) 739-7740

2 CHAPEL STREET
:STFIELD, MA 01085
PHONE (413) 562-9607
AX (413) 562-7589

1 TRUMBULL ROAD
IHAMPTON, MA 01060
PHONE (413) 584-1287
AX (413) 584-0452

**II.    Without a preliminary injunction, the Plaintiff will suffer irreparable harm.**

Without the injunction, irreparable harm will result to the Plaintiff, including, but

not limited to:

    A.    The payment of the proceeds of Mr. Stewart's life insurance policy to an

           individual Mr. Stewart did not intend to benefit at the time of his death.

    B.    The possibility that once such funds are paid, the ability of the Plaintiff to

           recover such funds will dissipate, as the cash proceeds are easily spent and/

           or converted.

**III.   A balance of harms clearly weighs in the Plaintiff's favor.**

Where, as in the case at bar, the Plaintiff has demonstrated that the failure to issue

the injunction would result in substantial risk of irreparable harm, and he has demonstrated

a likelihood of success on the merits, the Court must balance the risk of irreparable harm to

the Plaintiff against any similar risk which granting the injunction would create for the

opposing party. See, Packaging Industries Group, 380 Mass. at 617.

In this instant case, no irreparable harm will occur to the Defendants should the Plaintiff's

request for injunctive relief be allowed; since the proceeds of the life insurance policy at

issue will not be paid to any individual or entity, rather they will be held until such time as

this court is able to make a full and final determination of this matter.

<div align="center"><u>CONCLUSION</u></div>

For the foregoing reasons, the preliminary injunction should issue, preventing the

Defendants, during the pendency of this action, from dispersing the proceeds of the life

insurance at issue to any individual or entity.

ON & WILSON, P.C.
TORNEYS AT LAW
3 STATE STREET
INGFIELD, MA 01103
PHONE (413) 781-0560
AX (413) 739-774C

D CHAPEL STREET
:91FIELD, MA 01085
PHONE (413) 562-9807
AX (413) 562-7589

II TRUMBULL ROAD
THAMPTON, MA 01060
PHONE (413) 584-1287
AX (413) 584-0483

Respectfully Submitted the Plaintiff
By Her Attorney,

$8$-$15$-$05$
Date

Mark A. Tanner
Bacon & Wilson, P.C./Morse & Sacks
MORSE & SACKS
31 Trumbull Road
Northampton, MA  01060
Telephone:  (413) 584-1287
BBO No. 649532

ON & WILSON, P.C.
TTORNEYS AT LAW
33 STATE STREET
RINGFIELD, MA 01103
EPHONE (413) 781-0560
'AX (413) 739-7740

9 CHAPEL STREET
ESTFIELD, MA 01085
PHONE (413) 562-9607
'AX (413) 562-7589

31 TRUMBULL ROAD
THAMPTON, MA 01060
:PHONE (413) 584-1287
AX (413) 584-0453

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN , SS.                             **SUPERIOR COURT DEPT.**
                                          **OF THE TRIAL COURT**
                                          **Civil Action No.**

<table>
<tr><td>

**CAREN BRITT,**<br>   **Plaintiff**

  **v.**

**S. RAY DeRUSSE and**<br>**VETERANS GROUP LIFE INSURANCE)**<br>**and**<br>**PRUDENTIAL INSURANCE**<br>**COMPANY OF AMERICA,**<br>   **Defendants**

</td>
<td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td>
<td>

**ORDER OF THE COURT**

</td></tr>
</table>

Upon motion, and after notice and hearing, the Court finds and rules that the

Plaintiff has demonstrated that:

1. Without the relief hereby granted, she would suffer irreparable harm which

  is not capable of remediation by final judgment in law; and

2. There is a likelihood that she will prevail on the merits of this action at trial.

The Court finds and rules further that the above factors outweigh the probable harm

to and the likelihood of prevailing on the merits by, the Defendants.

Accordingly, it is so ordered that UNTIL FURTHER ORDER OF THE COURT:

N & WILSON, P.C.
TORNEYS AT LAW
3 STATE STREET
INGFIELD, MA 01103
PHONE (413) 781-0560
LX (413) 739-7740

CHAPEL STREET
STFIELD, MA 01085
PHONE (413) 562-9607
LX (413) 562-7589

TRUMBULL ROAD
HAMPTON, MA 01060
PHONE (413) 584-1287
LX (413) 584-0463

3.    The Defendants are forthwith enjoined from making claim or disbursing the

proceeds on any VGLI Insurance Policy originally issued to Ronald H.

Stewart, including, but not limited to, Insurance Policy Number 026-40-

4232.

**SO ORDERED.**

_____                    _____
Date                                                        , J.

N & WILSON, P.C.
'ORNEYS AT LAW
3 STATE STREET
NGFKLD, MA GIIO3
HONE (413) 78)-0580
X (413) 739-7740

CHAPEL STREET
STFIELD, MA OIO85
HONE (413) 562-9607
X (413)562-7569

TRUMBULL ROAD
AMPTON, MA OIO60
HONE (413) 584-1287
<(413) 584-0483

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN , SS.

**SUPERIOR COURT DEPT.
OF THE TRIAL COURT**
Civil Action No.

CAREN BRITT,
      **Plaintiff**

    v.

S. RAY DeRUSSE and
VETERANS GROUP LIFE INSURANCE)
and
PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
      **Defendants**

**Affidavit of Mark A. Tanner in
Support of Emergency *Ex Parte*
Temporary Restraining Order
Preliminary Injunction**

    Now comes Mark A. Tanner and, making this affidavit under the penalties of perjury, states that the allegations made below are true of his own knowledge, information and belief and, so far as the facts are stated to be upon information and belief, he believes such information to be true.

1. My name is Mark A. Tanner. I am an attorney at Bacon & Wilson, P.C./Morse & Sacks in Northampton, Massachusetts.

2. I am licensed to practice law in the State of New York and the Commonwealth of Massachusetts.

3. I have had numerous telephone conversations with representatives of Veterans Group Life Insurance (VGLI).

4. I have asked these representatives whether competing claims have been filed for the insurance death benefits of Mr. Stewart.

IN & WILSON, P.C.
TORNEYS AT LAW
3 STATE STREET
INGFIELD, MA 01103
PHONE (413) 781-0560
X (413) 739-7740

1 CHAPEL STREET
STFIELD, MA 01085
PHONE (413) 562-9607
X (413) 562-7568

TRUMBULL ROAD
HAMPTON, MA 01060
PHONE (413) 584-1287
X (413) 584-0463

5.    I have been informed by representatives of VGLI that they cannot provide me with information regarding the name of the beneficiary of Mr. Stewart's benefits, or whether claims have been made for such benefits.

6.    I have been further informed by such representatives that they would not release such information without a court order, and that they would not withhold payment of such death benefits absent a court order.

7.    The named defendants in this action are not physically located in the Commonwealth and will take some time to serve.

Signed this 15th Day of August 2005.

Mark A. Tanner, Esq.

IN & WILSON, P.C.
TORNEYS AT LAW
3 STATE STREET
NOFIELD, MA 01103
PHONE (413) 781-0566
X (413) 739-7740

CHAPEL STREET
ITFIELD, MA 01085
HONE (413) 562-9607
X (413) 562-7588

TRUMBULL ROAD
HAMPTON, MA 01060
HONE (413) 584-1267
X (413) 584-0453

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN , SS.

**SUPERIOR COURT DEPT.
OF THE TRIAL COURT
Civil Action No.**

| | |
|---|---|
| CAREN BRITT,<br>        Plaintiff ) ) )<br><br>    v.                     ) )<br><br>S. RAY DeRUSSE and        )<br>VETERANS GROUP LIFE INSURANCE)<br>and                       )<br>PRUDENTIAL INSURANCE      )<br>COMPANY OF AMERICA,       )<br>        Defendants        ) | **Affidavit of Caren Britt in<br>Support of Emergency *Ex Parte*<br>Temporary Restraining Order and<br>Preliminary Injunction** |

Now comes Caren Britt and, making this affidavit under the penalties of perjury, states that the allegations made below are true of her own knowledge, information and belief and, so far as the facts are stated to be upon information and belief, she believes such information to be true.

1.  My name is Caren Britt.

2.  I reside at 36 Clayton Drive, West Springfield, Massachusetts.

3.  My brother Ronald H. Stewart died on or about May 18, 2005 in

    Springfield, Hampden County, Massachusetts.

4.  Prior to his retirement, Ronald H. Stewart served in the United States Navy.

5.  During such service in the United States Navy, Mr. Stewart obtained a

    Veterans Group Life Insurance Policy Numbered 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.

)N & WILSON, P.C.
TORNEYS AT LAW
3 STATE STREET
INGFIELD, MA 01103
PHONE (413)781-0560
JX (413) 739-7740

1 CHAPEL STREET
STFELD, MA 01085
PHONE (413) 562-9607
JX (413) 562-7589

1 TRUMBULL ROAD
HAMPTON, MA 01060
PHONE (413) 564-1287
X (413) 564-0453

6.    Prior to his death, Mr. Stewart resided with my family and me at 36 Clayton Drive, West Springfield, Massachusetts.

7.    Based upon information and belief, S. Ray DeRusse is the former partner of Ronald H. Stewart.

8.    On or about the year of 1996 S. Ray DeRusse and my brother ceased their relationship.

9.    Based upon information and belief, the relationship between S. Ray DeRusse and my brother was abusive and that Mr. Stewart suffered bodily injury at the hands of Mr. DeRusse.

10.   On or about October 28, 2000 my brother named me as the 100% beneficiary of his service member's retirement benefits.

11.   Since 2004, the Defense Finance and Accounting Agency mailed me a monthly check representing my brother's retirement.

12.   During the time he lived with my family and me, my brother, on numerous occasions, informed me that I was the sole beneficiary of his life insurance policy and that he intended me to have the proceeds of the policy.

13.   Based upon information and belief, during his lifetime my brother verbally informed his stepson Glen Wilson that I was the sole beneficiary of his VGLI life insurance policy.  I have had conversations with Mr. Wilson in this regard.

14.   During his lifetime Mr. Stewart verbally informed other members of his family that I was the sole beneficiary of his VGLI life insurance policy.

ON & WILSON, P.C.
TORNEYS AT LAW
3 STATE STREET
INGFIELD, MA 01103
PHONE (413)781-0560
X (413)739-7740

1 CHAPEL STREET
STFIELD, MA 01085
HONE (413)562-9607
X (413)562-7589

1 TRUMBULL ROAD
HAMPTON, MA 01060
PHONE (413)584-1267
X (413)584-0455

15.  On or about June 2, 2005, I telephoned the offices of VGLI with regard to my brother's life insurance benefits and was informed that I was the designated beneficiary.

16.  Based upon this telephone call, I submitted an application for payment of benefits under the VGLI Life Insurance Policy.

17.  Approximately five weeks after my submission for payment of benefits, I telephoned VGLI and was informed that I was not the named beneficiary.

18.  I believe S. Ray DeRusse is the named beneficiary.

19.  Despite numerous requests VGLI will not release the name of the beneficiary, and instructed me to seek injunctive relief to resolve this matter or they would release payment to the "named" beneficiary.

Signed this 15th day of August 2005.

*Caren Britt*
Caren Britt

ᴺ & WILSON, P.C.
ᴛORNEYS AT LAW
3 STATE STREET
ᴵNGFIELD, MA 01103
ᴾHONE (413) 781-0560
ᴵX (413) 739-7740

ᴵ CHAPEL STREET
BTFIELD, MA 01085
ᴾHONE (413) 562-9607
ᴵX (413) 562-7588

ᴵ TRUMBULL ROAD
HAMPTON, MA 01060
ᴾHONE (413) 584-1287
ᴵX (413) 584-0465

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN , SS.                                  **SUPERIOR COURT DEPT.**
                                               **OF THE TRIAL COURT**
                                               Civil Action No.

---

**CAREN BRITT,**            )
     Plaintiff        )
                            )
    v.              )                     **Affidavit of Robert Britt in**
                            )                     **Support of Emergency** *Ex Parte*
**S. RAY DeRUSSE and**      )                     **Temporary Restraining Order and**
**VETERANS GROUP LIFE INSURANCE** )              **Preliminary Injunction**
**and**                     )
**PRUDENTIAL INSURANCE**    )
**COMPANY OF AMERICA,**     )
     Defendants       )
                            )

---

1. My name is Robert Britt.

2. I reside at 36 Clayton Drive, West Springfield, Massachusetts.

3. My brother in Law Ronald H. Stewart died on or about May 18, 2005 in

   Springfield, Hampden County, Massachusetts.

4. Prior to his death Ron lived with us for some period of time.

5. During this time Ron never spoke of Mr. DeRusse, although we knew they had

   previously been in a relationship.

Signed this 15th day of August 2005.

ON &. WILSON, P.C.
ITORNEYS AT LAW
33 STATE STREET
ʼINGFIELD; MA 01103
ʼPHONE (413) 781-0580
ʼAX (413) 739-7740

8 CHAPEL STREET
ESTFIELD, MA 01089
ʼPHONE (413) 562-9607
ʼAX (413) 562-7589

31 TRUMBULL ROAD
·THAMPTON, MA 01060
ʼPHONE (413) 584-1287
ʼAX (413) 584-0483

Robert Britt

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN , SS.                        **SUPERIOR COURT DEPT.**
                    HAMPDEN COUNTY   **OF THE TRIAL COURT**
                    SUPERIOR COURT   Civil Action No.    05· 800
                         **FILED**

CAREN BRITT,                AUG 1 6 2005
        **Plaintiff**

                    _Marie S. Mazza_
                    CLERK-MAGISTRATE )
        v.                          )    **Emergency** _Ex Parte_ **Motion for**
                                    )    **Temporary Restraining Order**
S. RAY DeRUSSE and                  )    **and Preliminary Injunction**
**VETERANS GROUP LIFE INSURANCE**   )
**and**                             )
**PRUDENTIAL INSURANCE**            )
**COMPANY OF AMERICA,**             )
        **Defendants**              )
                                    )

Now comes Caren Britt, Plaintiff in the above-captioned matter, and hereby moves this Honorable Court to issue a preliminary injunction, pursuant to Mass.R.Civ.P. 65, prohibiting and enjoining the Defendants, from paying the proceeds of a certain life insurance policy named in the Verified Complaint during the pendency of the present action.

In further support of this motion, please see the Verified Complaint of the Plaintiff, the Affidavit of Caren Britt, the Affidavit of Mark A. Tanner, Esq., as well as the Memorandum of Law in support hereof, all of which documents are attached hereto and made a part hereof.  A proposed Order is also submitted herewith.

BACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7588

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

 **BACON & WILSON, P.C. MORSE & SACKS FAX COVER SHEET**

| 33 STATE STREET | 9 CHAPEL STREET | 31 TRUMBULL ROAD |
|---|---|---|
| SPRINGFIELD, MA 01103 | WESTFIELD, MA 01085 | NORTHAMPTON, MA 01060 |
| FAX (413) 739-7740 | FAX (413) 562-0548 | FAX (413) 584-0453 |
| TELEPHONE (413)781-0560 | TELEPHONE (413) 562-6611 | TELEPHONE (413) 584-1287 |

Date:      08/17/2005

File Number:      99999.234

Please deliver the following **2** pages including cover sheet to:

Name:      Claims Examiner – Veterans Group Life Insurance

Company:      BACON & WILSON, P.C. Morse & Sacks

Fax Number:      877/832-4943

Phone Number:     

From:      Mark A Tanner

RE:      Claim # 10610686

Message:      Please see the attached letter of representation.
Please contact this office with any questions or concerns.

Thank you.

If you do not receive all pages, please call as soon as possible:

Phone number:      (413) 584-1287      Extension:   608

### CONFIDENTIALITY STATEMENT

The document(s) accompanying this fax transmission may contain information that is Attorney-Client communication or may otherwise be privileged or confidential and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, or copying of the document(s) is prohibited by law. If you have received this fax in error, please notify us immediately at (413) 781-0560 so that we can arrange for the return of the document(s) to us at no cost to you



**BACON&**
**WILSON**
— P.C. —

**MORSE**
**&SACKS**

ATTORNEYS AT LAW

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060-3036
FAX (413) 584-0453
PHONE (413) 584-1287

33 STATE STREET
SPRINGFIELD, MA 01103-2003
FAX (413) 739-7740
PHONE (413) 781-0560

9 CHAPEL STREET
WESTFIELD, MA 01085-3009
FAX (413) 562-0548
PHONE (413) 562-6611

MICHAEL S. RATNER
PAUL R. SALVAGE
GARY L FIALKY
MICHAEL B. KATZ
PAUL H. ROTHSCHILD
STEPHEN N. KREVALIN
HYMAN G. DARLING
MARK J. BEGLANE
GARY G. BRETON
MICHAEL J. COYNE
KENNETH J. ALBANO
RICHARD A. CORBERT
ROBERT S. MURPHY, JR.
PHILIP R. SMITH
FRANCIS R. MIRKIN
MICHELLE M. BEGLEY*
MARTIN C. DUNN*
JULIE A. DIALESSI-LAFLEY*
GINA M. BARRY*
DONNA L. WEXLER
JUSTIN H. DION*
ADAM J. BASCH**
GIUSEPPE E. BELLAVITA
BENJAMIN M. COYLE
BRETT A. KAUFMAN
TODD C. RATNER
HARLEY M. SACKS**
MARK A. TANNER**
*ADMITTED ALSO IN CT
**ADMITTED ALSO IN NY

OF COUNSEL
ELIZABETH A. GINTER

RETIRED
PHILIP C. SMITH
JAMES M. SWEENEY

GEORGE A. BACON
(1869-1945)
PETER D. WILSON
(1908-1989)
JUSTIN COHEN
(1913-1987)
JAY A. GABRIEL
(1930-2004)

www.bacon-wilson.com

August 17, 2005

VIA FAX
Claims Examiner
Veterans Group Life Insurance

**RE:    Claim Number: 10618686**

Dear Claims Examiner:

Please be advised that we represent Caren Britt with regard to a life insurance policy on Ronald Hamilton Stewart, SS# ████-4232. Attached please find a copy of the Complaint filed in Hampden County Massachusetts Superior Court Docket No.: 05-800 regarding same. Please fax the information regarding to whom service should be made and any other pertinent information needed to make service and provide you proper notice.

Please feel free to contact this office with any questions or concerns.

Very truly yours,

Mark A Tanner

MAT/kmg
99999.234
402290



# BACON & WILSON, P.C. MORSE & SACKS FAX COVER SHEET

| | | |
|---|---|---|
| 33 STATE STREET | 9 CHAPEL STREET | 31 TRUMBULL ROAD |
| SPRINGFIELD, MA 01103 | WESTFIELD, MA 01085 | NORTHAMPTON, MA 01060 |
| FAX (413) 739-7740 | FAX (413) 562-0548 | FAX (413) 584-0453 |
| TELEPHONE (413)781-0560 | TELEPHONE (413) 562-6611 | TELEPHONE (413) 584-1287 |

**Date:** 08/17/2005

**File Number:** 99999.234

Please deliver the following pages including cover sheet to:

**Name:** Claims Examiner – Veterans Group Life Insurance

**Company:** BACON & WILSON, P.C. Morse & Sacks

**Fax Number:** 877/832-4943

**Phone Number:**

**From:** Mark A Tanner

**RE:** Claim # 10610686

**Message:**
Please see the attached letter of representation and copy of Complaint.
Please contact this office with any questions or concerns.

Thank you.

If you do not receive all pages, please call as soon as possible:

**Phone number:** (413) 584-1287      **Extension:** 608

## CONFIDENTIALITY STATEMENT

The document(s) accompanying this fax transmission may contain information that is Attorney-Client communication or may otherwise be privileged or confidential and exempt from disclosure under applicable law. It is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, or copying of the document(s) is prohibited by law. If you have received this fax in error, please notify us immediately at (413) 781-0560 so that we can arrange for the return of the document(s) to us at no cost to you



**BACON&
WILSON**
— P.C. —
**MORSE
&SACKS**
ATTORNEYS AT LAW

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060-3038
FAX (413) 584-0463
PHONE (413) 584-1287

33 STATE STREET
SPRINGFIELD, MA 01103-2003
FAX (413) 739-7740
PHONE (413) 781-0560

9 CHAPEL STREET
WESTFIELD, MA 01085-3009
FAX (413) 562-0546
PHONE (413) 562-6611

MICHAEL S RATNER
PAUL R. SALVAGE
GARY L. FIALKY
MICHAEL B. KATZ
PAUL H. ROTHSCHILD
STEPHEN N. KREVALIN
HYMAN G. DARLING
MARK J. BEGLANE
GARY G. BRETON
MICHAEL J. COYNE
KENNETH J. ALBANO
RICHARD A. CORBERT
ROBERT S MURPHY, JR
PHILIP R. SMITH
FRANCIS R. MIRKIN
MICHELLE M. BEGLEY*
MARTIN C. DUNN*
JULIE A. DIALESSI-LAFLEY*
GINA M. BARRY*
DONNA L. WEXLER
JUSTIN H DION*
ADAM J. BASCH**
GIUSEPPE E BELLAVITA
BENJAMIN M. COYLE
BRETT A. KAUFMAN
TODD C. RATNER
HARLEY M. SACKS**
MARK A. TANNER**
*ADMITTED ALSO IN CT
**ADMITTED ALSO IN NY

OF COUNSEL
ELIZABETH A GINTER

RETIRED
PHILIP C. SMITH
JAMES M. SWEENEY
———

GEORGE A. BACON
(1869-1945)
PETER D. WILSON
(1906-1989)
JUSTIN COHEN
(1913-1987)
JAY A. GABRIEL
(1960-2004)

www.bacon-wilson.com

August 17, 2005

VIA FAX
Claims Examiner
Veterans Group Life Insurance

**RE:    Claim Number: 10618686**

Dear Claims Examiner:

Please be advised that we represent Caren Britt with regard to a life insurance policy on Ronald Hamilton Stewart, SS# ███-██-4232. Attached please find a copy of the Complaint filed in Hampden County Massachusetts Superior Court Docket No.: 05-800 regarding same. Please fax the information regarding to whom service should be made and any other pertinent information needed to make service and provide you proper notice.

Please feel free to contact this office with any questions or concerns.

Very truly yours,

Mark A Tanner

MAT/kmg
99999.234
402290

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Caren Britt

**DEFENDANTS**

S. Ray Derusse, Veterans Group Life Insurance and The Prudential Insurance Company of America

**(b)** County of Residence of First Listed Plaintiff   Hampden
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Mark A. Tanner, Esq, Bacon & Wilson, P.C./Morse & Sacks
31 Trumbull Road, Northampton, MA 01060  (413) 584-1287

Attorney's (If Known)

05-30197-MAP

William T. Bogaert & Carey L. Bertrand, Wilson, Elser, Moskowitz, Edelman & Dicker, 155 Federal Street, Boston, MA 02110

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☒ 3   Federal Question
(U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                           and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influence and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
38 U.S.C. §1965 et seq.

Brief description of cause:
Dispute over proceeds of Veteran's life insurance policy.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE   9/2/05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Title of case (name of first party on each side only)___Britt v. DeRusse et al._____

_____

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local
    rule 40.1(a)(1)).

    [✓]  I.      160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    [ ]  II.     195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
                 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.              for patent, trademark or copyright cases

    [✓]  III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                 380, 385, 450, 891.

    [ ]  IV.     220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
                 690, 810, 861-865, 870, 871, 875, 900.

    [ ]  V.      150, 152, 153.                            05 - 30197 - MAP

3.  Title and number, if any, of related cases. (See local rule 40.1(g)).  If more than one prior related case has been filed in this
    district please indicate the title and number of the first filed case in this court.

    _____

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                      YES [ ]       NO [✓]

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC
    §2403)
                                                      YES [ ]       NO [✓]
    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                      YES [ ]       NO [✓]

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                      YES [✓]       NO [✓]

7.  Do all of the parties  in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                      YES [✓]       NO [ ]

    A.      If yes, in which division do all of the non-governmental parties reside?

            Eastern Division [ ]          Central Division [ ]          Western Division [✓]

    B.      If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
            residing in Massachusetts reside?

            Eastern Division [ ]          Central Division [ ]          Western Division [ ]

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes,
    submit a separate sheet identifying the motions)

                                                      YES [ ]       NO [✓]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME ___Carey Bertrand, Wilson, Elser, Moskowitz, Edelman & Dicker_____
ADDRESS ___155 Federal St. Boston MA 02110_____
TELEPHONE NO. ___617-422-5300_____

(CategoryForm.wpd - 5/2/05)