UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAREN BRITT,<br>    Plaintiff<br><br>v.<br><br>S. RAY DeRUSSE and<br>VETERANS GROUP LIFE INSURANCE<br>And<br>PRUDENTIAL INSURANCE COMPANY<br> OF AMERICA,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 05-30197-MAP |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter my appearance as counsel for the defendant S. Ray DeRusse.

                      Respectfully submitted,

                      S. RAY DeRUSSE,
                      By his attorney,

                      /s/ David P. Russman

                      David P. Russman (BBO 567796)
                      The Russman Law Firm, P.C.
                      194 E Street, Suite 1
                      Boston, MA  02127
                      617.464.2332

Dated:   September 12, 2005

*Certificate of Service*

I, David Russman, hereby certify that I served a true and accurate copy of this document upon the following on September 12, 2005 via first-class mail, postage prepaid.

Mark A. Tanner, Esq.
Bacon & Wilson / Morse & Sacks
31 Trumbull Road
Northampton, MA  01060

Carey Bertrand, Esq.
Wilson Elser
155 Federal Street
Boston, MA  02110

Dated:  September 12, 2005

/s/ David P. Russman
_____
David P. Russman