# UNITES STATES DISTRICT COURT
## DISTRICT OF MASACHUSETTS

| | | |
|---|---|---|
| **CAREN BRITT,** | ) | **Case No.: 05 CV 30197 MAP** |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF VOLUNTARY** |
| **S. RAY DeRUSSE and** | ) | **DISMISSAL WITHOUT** |
| **VETERANS GROUP LIFE INSURANCE** | ) | **PREJUDICE** |
| **and** | ) | |
| **PRUDENTIAL INSURANCE** | ) | |
| **COMPANY OF AMERICA,** | ) | |
| **Defendants** | ) | |

NOW COMES the Plaintiff in the above captioned matter and pursuant to

Fed.R.Civ.P. 41(a)(1)(i) moves this Honorable Court to dismiss the action now pending

against Defendant Veteran's Group Life Insurance as reasons therefore the Plaintiff states

that Defendant Prudential Insurance Company of America is the real party in interest.


Respectfully Submitted,
The Plaintiff
CAREN BRITT
By Her Attorney,


/s/ Mark A. Tanner
Mark A. Tanner BBO# 649532
**BACON & WILSON, P.C./**
**MORSE & SACKS**
31 Trumbull Road
Northampton, MA  01060
Ph:  (413) 584-1287

Assented to,
PRUDENTIAL INSURANCE
COMPANY OF AMERICA
By Its Attorney,


/s/ Carey L. Bertrand
Carey L. Bertrand BBO# 650496
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
Ph:  (413) 584-1287
(617) 422-5300