UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAREN BRITT,<br><br>                    Plaintiff<br><br>v.<br><br>S. RAY DERUSSE, and THE<br>PRUDENTIAL INSURANCE COMPANY<br>OF AMERICA,<br><br>                    Defendants | CIVIL ACTION NO. 05-30197 |

**MEMORANDUM OF THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA IN SUPPORT OF ITS MOTION
FOR LEAVE TO PAY INSURANCE PROCEEDS INTO COURT**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, The Prudential Insurance Company of America ("Prudential") submits this memorandum of law in support of its motion for leave to pay the proceeds of a life insurance policy into Court.[1]

**INTRODUCTION**

This is an action involving the proceeds to a life insurance policy.  As a disinterested stakeholder, Prudential seeks the following relief: (1) to deposit with this Court the disputed proceeds of a life insurance policy and (2) to be dismissed with prejudice from this litigation. By way of this motion, Prudential seeks leave to pay the disputed insurance proceeds into Court. This Motion is unopposed.

---

[1] Counsel for Prudential hereby certifies that she has in good faith conferred with counsel for the plaintiff and co-defendant through correspondence and conversations and due to the request to pay the proceeds into Court by Prudential, Court action is required.  This Motion is Unopposed. Counsel for Prudential certifies that she has complied with the provisions of Local Rule 7.1 (A)(2).

43686.1

## PROCEDURAL HISTORY

Plaintiff filed this Complaint in Hampden Superior Court on or about August 15, 2005.

Defendant, Veterans Group Life Insurance and The Prudential Insurance Company of America

removed this matter to the instant Court on or about September 2, 2005.  The Prudential

Insurance Company of America filed its Answer to the Complaint on or about September 9,

2005. Defendant, S. Ray DeRusse filed his Answer to the Complaint on or about September 12,

2005.  Defendant, VGLI, was voluntarily dismissed from this action on September 15, 2005.

This Motion followed.

## STATEMENT OF FACTS

Prudential is a corporation organized under the laws of the State of New Jersey and it is

duly authorized to do business in the Commonwealth of Massachusetts.  Answer of Prudential ¶

4.  This action involves the proceeds of life insurance policy issued by Veterans Group Life

Insurance, a division of Prudential, to its deceased insured, Robert H. Stewart ("Stewart").

Prudential's deceased insured was a veteran.  He was afforded life insurance coverage from

Prudential through Veterans Group Life Insurance under VGLI Policy No.G-32000[2] (also known

as Policy No. 026-40-423, which was Mr. Stewart's Social Security Number) (hereinafter

referred to as the "Policy").  A true and accurate copy of the Application is attached hereto as

Exhibit A.  Stewart was insured under the Policy for $50,000 in life coverage. Exhibit A. The

Policy's death benefit, plus any applicable interest thereon are referred to throughout as the

"Proceeds."

---

[2] The Policy Holder is the Department of Veteran Affairs.

Stewart died of cardiopulmonary arrest and coronary artery disease on or about May 18, 2005. See Exhibit A to the Plaintiff's Complaint; See Also, Complaint ¶ 5. At the time of Stewart's death, Prudential's records indicate that Co-defendant, S. Ray DeRusse was the designated beneficiary of the proceeds. A true and accurate copy of the Beneficiary Designation Form is attached hereto as Exhibit B; A true and accurate copy of the letter from the Office of Servicemembers' Group Life Insurance to S. Ray DeRusse, dated June 13, 2005, is attached hereto as Exhibit C. After the death of Stewart, Prudential was informed by Plaintiff, Caren Britt, that she believed that she was the proper beneficiary of the proceeds. A true and accurate copy of the correspondence received by Prudential from Plaintiff, prior to litigation being instituted, is attached hereto as Exhibit D. Subsequently, Britt filed a claim for the proceeds and then instituted litigation. See Exhibit D, Complaint. Co-defendant, S. Ray DeRusse, also filed a claim for the proceeds. A true and accurate copy of the claim filed by DeRusse and other related correspondence from DeRusse is attached hereto as Exhibit E. Prudential, through the Office of Servicemembers' Group Life Insurance, fielded several calls from both the Plaintiff, directly and through her husband and attorneys, and co-Defendant regarding the proceeds. A true and accurate copy of the telephone call logs referencing contact with Plaintiff and Co-defendant maintained by Prudential is attached hereto as Exhibit F.

In filing a Group Life Insurance Claim form, the co-defendant has evinced an entitlement to the Proceeds. The Plaintiff, by making a formal demand for the proceeds and instituting this litigation, has also made a claim to the same proceeds. Thus, there are conflicting claims to the Proceeds. Exhibit E, Complaint ¶ 13, 18.

Prudential is merely a disinterest stakeholder in this action inasmuch as it claims

no interest in Proceeds, and admits that the Proceeds are due and owing to someone.  Prudential

hereby offers to and is ready to deposit the Proceeds with the Court upon the entry of an

appropriate Order.

## ARGUMENT

I.      **This Court Possesses Subject Matter Jurisdiction.**

As this matter involves the proceeds of the life insurance policy issued pursuant to The

Veterans' Insurance Act of 1974, this Court has subject matter jurisdiction over this dispute.  In

particular, the Plaintiff's claims regarding the proceeds of a life insurance policy issued by the

Veterans' Group Life Insurance present federal questions because they raise express or implied

causes of action under the Constitution, federal statute, or international treaty.  Specifically, the

life insurance policy at issue is governed by the Veterans' Insurance Act of 1974, May 24, 1974,

P.L. 93-289, amended August 6, 1991, 38 U.S.C. §§ 1965 et seq.

Prudential's Insured, Robert Stewart, was insured based on his status as a veteran under

the Policy issued pursuant to 38 U.S.C. §§ 1965 et seq.  Therefore, this Court has subject matter

jurisdiction.

II.     **Because Prudential Is Or May Be Subject To Double Or Multiple Liability It Is
        Entitled To Pay the Proceeds Into Court and Be Dismissed from this Action.**

Plaintiff's filing of the instant action is a clear indication of competing claimants to the

life insurance proceeds.  Thus, Prudential, if it pays the proceeds out to one of the adverse

claimants, could be liable to the other claimant.  In the absence of bad faith on the part of the

stakeholder, or the possibility that the stakeholder is independently liable discharge should be

readily granted.  *New York Life Ins. Co. v. Connecticut Dev. Auth.*, 700 F.2d 91, 94 (2nd Cir.

1983). As such, Prudential should be permitted to pay the proceeds into Court to assist this Court in making a determination as to who is the rightful beneficiary of the proceeds.

In this action Prudential seeks only to pay the Proceeds into Court, and have the Court decide who the correct beneficiary of the Proceeds is. Neither the Plaintiff nor the co-Defendant alleges that Prudential is independently liable to them, nor is there any evidence to support such a claim. It is not for Prudential to determine who receives the Proceeds given the competing claimants.

Prudential agrees that the Proceeds are due and owing to someone, but it cannot determine on its own who receives the correct amount of the Proceeds. Based on the foregoing, there is no just reason to delay depositing the Proceeds into the Court's registry. Moreover, paying the Proceeds into Court will serve to narrow the matters in dispute between the parties. Narrowing the matters in dispute will serve to help secure a just, speedy, and inexpensive determination of this action.

## <u>CONCLUSION</u>

WHEREFORE, the Prudential Life Insurance Company of America respectfully requests that the Court issue an Order:

    a) Allowing Prudential to pay the disputed life insurance proceeds into Court;

    b) Extinguishing with finality all claims that the Plaintiff has against Prudential upon Prudential's payment of the Proceeds into Court;

    c) Restraining the Plaintiff and Co-Defendant, DeRusse, from instituting or prosecuting, in any other state or federal court, any proceeding against Prudential with respect to the Proceeds;

    d) That upon Prudential's deposit of the Proceeds with the Court, Prudential will be discharged from any liability in this action.

Respectfully submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

By Its Attorneys,


/s/ Carey L. Bertrand
William T. Bogaert, BBO # 546321
Carey L. Bertrand, BBO# 650496
Wilson, Elser, Moskowitz,
 Edelman & Dicker, LLP
155 Federal Street
Boston, MA 02110
Dated: September 16, 2005          (617) 422-5300


## CERTIFICATE OF SERVICE

I, Carey L. Bertrand, do hereby certify that I have served a true copy of the foregoing document on counsel of record by first class mail, postage prepaid on this 16th day of September 2005.

/s/ Carey L. Bertrand
Carey Bertrand

43686.1

EXHIBIT A

APPLICATION PROCESSING
NEW BUSINESS APPLICATIONS

CODE UNIT _____                                COTRAC CODE _____

INSURED: _____     TECHNICIAN: _____

SS#: _____          DATE REC'D: _____

REC'D
[ ] Application [ ]                    REQUESTED    RESPONSE REC'D  DATE
                                       [ ]          [ ]
$ _____ (Premium rate $ _____ )   $ _____      6-30-93 _____

[ ] Medical Information              [ ]          [ ]  _____
[ ] DD-214                           [ ]          [ ]  _____
[ ] Orders                           [ ]          [ ]  _____
[ ] Leave & Earnings Statement       [ ]          [ ]  _____
[ ] Notification of Eligibility      [ ]          [ ]  _____
    for Retirement Pay at Age 60

LETTER SENT: _____     DATE: _____

APPLICATION   [ ] Still Pending   Reason: _____

              [ ] Case Pended In Error

              [ ] APPROVED   Date: _____

              [ ] REJECTED   REASON: _____

[ ] MEDICAL NOT APPROVED       [ ] NEVER RECEIVED
[ ] RR & AGE 61 OR MORE         [ ] ADDITIONAL PREMIUM $
[ ] APPLICATION _____         [ ] MEDICAL INFORMATION
    BEYOND ONE YEAR
    A/O 120 DAYS
[ ] SECOND APPLICATION          [ ] NOTIFICATION OF ELIGIBILITY FOR RETIREMENT PAY
    07 IER _____              [ ] DD-214
                                [ ] ORDERS

REFUND DUE [ ] NO  LETTER SENT: _____  DATE: _____

         [ ] YES AMOUNT: _____
             DATE PROCESSED: _____
             REASON FOR REFUND: _____

OFFICE OF SERVICEMEN'S GROUP LIFE INSURANCE
213 WASHINGTON STREET, NEWARK, NEW JERSEY 07102-0999
(201) 802-7676

6. 7. 93

*Rosserd & Stewart*
*1205 Sunshine Drive*
*Austin X 78741*

Soc. Sec. No. *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*

I have received your request for group life insurance coverage. I am unable to process this request because:

_____ an application was not submitted.

_____ your application was not signed. Please sign and date it.

_____ the application received is incomplete. Please complete the items checked in red.

✓ the first monthly premium is needed. Please send a check or money order for $ *14.00* _____ payable to "OSGLI".

_____ an additional amount of $ _____ is needed.

_____ a copy of orders verifying your present membership in the IRR/ING is needed.

_____ a copy of your Notification of Eligibility for Retired Pay at age 60 is needed. Your Notification of Eligibility was sent to you after you completed 20 years of service. This qualifies you for retirement pay at age 60.

_____ a copy of your orders or Separation Papers (DD-214) verifying your date of release from duty is needed.

_____ other:

Please send the requested information in the enclosed envelope within two weeks, or your request will be cancelled and any premiums paid will be refunded.

Sincerely,

Application Processing

Enclosure

# 2E

## APPLICATION FOR VETERANS GROUP LIFE INSURANCE
### (When Separated Less Than 120 Days)

**FOR OSGLI USE ONLY**

| ACTION TAKEN | SGLI REPRESENTATIVE | DATE |
|---|---|---|
| ☒ APPROVED ☐ REJECTED | | 6-8-93 |

FILM REFERENCE NUMBER

026404232

RONALD H STEWART
1313 E 6TH ST  1505 SunnyVale St
AUSTIN TX  78702-3301  # 202
Austin Tx 78741

Please make any address corrections above.    03116

---

## IMPORTANT

USE THIS FORM only if you have been separated from active duty and you are within 120 calendar days since separation. To be eligible for Veterans Group Life Insurance, you must have had Servicemen's Group Life Insurance. You may apply for insurance in a lesser amount but not greater than the amount carried at separation. See additional information in the brochure and complete all items below.

**AGE OF APPLICANT ON 121st DAY AFTER SEPARATION** 44      **SEX** ☒ MALE  ☐ FEMALE

**AMOUNT OF INSURANCE requested (Check one)**
☐ $200,000 ☐ $190,000 ☐ $180,000 ☐ $170,000 ☐ $160,000 ☐ $150,000 ☐ $140,000 ☐ $130,000 ☐ $120,000 ☐ $110,000
☐ $100,000 ☐ $90,000 ☐ $80,000 ☐ $70,000 ☐ $60,000 ☒ $50,000 ☐ $40,000 ☐ $30,000 ☐ $20,000 ☐ $10,000

**PREMIUM AMOUNT ENCLOSED (See Premium Schedule on back)** $ 12.00 ___  ☐ ANNUAL ☒ MONTHLY
NOTE: MAKE REMITTANCE PAYABLE TO "OSGLI". Attach premium for the amount of insurance desired (no cash or stamps).

**NOTE:** For Those Receiving Military Retirement Pay — AUTOMATIC MONTHLY PAYMENT OPTION
☒ Check here to have your monthly VGLI premium automatically deducted from your retirement pay. (NOT available with annual payment option). First month's payment must still be submitted with this application. Future premiums will then be deducted automatically.

**DESIGNATE THE FOLLOWING BENEFICIARIES TO RECEIVE PAYMENT OF MY INSURANCE PROCEEDS:**

| A. COMPLETE NAME AND ADDRESS OF EACH BENEFICIARY (First, Middle and Last Name) | B. SOCIAL SECURITY # (if known) | C. RELATIONSHIP TO INSURED | D. SHARES TO BE PAID EACH BENEFICIARY (Use fractions, such as 1/2, 2/3, 3/4, or "All") | E. PAYMENTS TO BENEFICIARY (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| MY ESTATE | | | | |
| PRINCIPAL (First) BENEFICIARY | | | | |
| | | | | |
| CONTINGENT (Second) BENEFICIARY (If principal beneficiary dies before me or before completion of installment payments to the principal beneficiary) | | | | |
| | | | | |

**NOTE:** SGLI REMAINS IN EFFECT FOR 120 DAYS AFTER SEPARATION. THE VGLI BENEFICIARY DESIGNATION SHOWN ABOVE BECOMES EFFECTIVE WHEN VGLI BECOMES EFFECTIVE UNLESS YOU CHECK THE BOX BELOW.
☒ CHECK THIS BOX IF YOU WISH THE ABOVE DESIGNATION TO BECOME EFFECTIVE IMMEDIATELY AND CHANGE YOUR SGLI BENEFICIARY.

I UNDERSTAND that this form cancels any prior beneficiary or payment instructions and that unless I have named the beneficiary(ies) above, my insurance will be paid as explained in the enclosed brochure.

| SIGNATURE OF APPLICANT | DATE 5-08-93 |
|---|---|
| | DAYTIME PHONE NUMBER |

PENALTY: The law provides that whoever makes any statement of a material fact knowing it to be false shall be punished by a fine or imprisonment or both.

## MAIL APPLICATION TODAY, WITH YOUR INITIAL PREMIUM PAYMENT
## IN ENCLOSED POSTAGE-PAID VETERANS BENEFIT ENVELOPE
## THIS VETERANS BENEFIT IS AUTHORIZED BY CONGRESS.

SGL 104C Ed 12/92    **OVER ▸**

---

(Top section — RETURN APPLICATION AND INITIAL PREMIUM TO: Office of Servicemen's Group Life Insurance, 213 Washington Street, Newark, NJ 07102-2999. DO NOT RETURN APPLICATION TO VA)

| SOCIAL SECURITY NO. | DATE OF BIRTH | SEPARATION DATE | SERVICE BRANCH | AMOUNT OF SGLI INSURANCE |
|---|---|---|---|---|
| 026 40 4232 | 02/10/48 | 02/28/93 | NAVY | $100,000 |

222232122    C-322    03/30/93

EXHIBIT B

# BENEFICIARY DESIGNATION FORM

OCT 29 1996
BENEFICIARY

| VETERANS GROUP LIFE INSURANCE (VGLI) & SERVICEMEN'S GROUP LIFE INSURANCE (SGLI) FOR RETIRED RESERVISTS | RETURN COMPLETED SET TO: OFFICE OF SERVICEMEN'S GROUP LIFE INSURANCE 213 Washington Street Newark, New Jersey 07 02-2999 |
|---|---|

No designation of beneficiary and optional settlement will be effective until received in the Office of Servicemen's Group Life Insurance in accordance with 38 USC 1970 and 1977(d).

**1. INSURED'S IDENTIFYING INFORMATION**

**1A. NAME OF INSURED AND MAILING ADDRESS FOR INSURANCE PURPOSES** *(Type or print)*

RONALD H. STEWART
(FIRST NAME - MIDDLE NAME - LAST NAME)

2000 ROUNTREE DR.
(NUMBER AND STREET OR RURAL ROUTE)

AUSTIN, TX. 78702
(CITY OR PO, STATE AND ZIP CODE)

**1C. SOCIAL SECURITY NUMBER** 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

**1D. TELEPHONE NUMBER:** DAYTIME: 512.472.6202 OR HOME: 512.476.9094

**1E. TYPE OF COVERAGE:** VGLI (x) ✓   SGLI (x)

**1B. IS THIS A CHANGE OF ADDRESS FOR YOUR INSURANCE RECORDS?** ☐ YES ☐ NO

**IMPORTANT:** The purpose of this form is for you to choose who you want the proceeds of your VGLI/SGLI insurance to go to when you die. By signing this form, you are cancelling any prior designations or payment instructions you have made. There is detailed information on the reverse side. You should read all the information and instructions carefully before filing out any portion of this form. All entries, except your handwritten signature, are to be typed or printed in ink.

The purpose of this form is also for you to designate how you want the proceeds to be paid. Settlement is made EITHER in a lump sum or 36 equal monthly installments at the option of the beneficiary. However, if you insert "36" under Payments to Beneficiary, your beneficiary will be restricted to receiving the insurance in installments. If you do not designate "36", payment will be made in a lump sum unless the beneficiary chooses otherwise.

**2. PRINCIPAL BENEFICIARY(IES) AND PAYMENT TO PRINCIPAL BENEFICIARY(IES)**

I DESIGNATE THE FOLLOWING BENEFICIARY(IES) TO RECEIVE MY INSURANCE PROCEEDS WHEN I DIE. If I list more than one beneficiary I must indicate a share (percentage) or a dollar ($) amount I want each to receive. The total shares or dollar amounts must equal 100% of my insurance. The share of any principal beneficiary who dies before me shall be distributed equally among the surviving principal beneficiaries.

| COMPLETE NAME AND ADDRESS OF EACH BENEFICIARY *(first, middle and last name)* | SOCIAL SECURITY NUMBER *if known* | RELATIONSHIP TO INSURED | SHARES OR $ AMOUNT TO EACH PRINCIPAL BENEFICIARY | PAYMENT OPTIONS: LUMP SUM OR 36 EQUAL MONTHLY PAYMENTS |
|---|---|---|---|---|
| PRINCIPAL (FIRST) BENEFICIARY S. Ray DeRuss | 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 | Executor of Estate/Friend | 100% | Lump sum |

**3. CONTINGENT BENEFICIARY(IES) AND PAYMENT TO CONTINGENT BENEFICIARY(IES)**

I DESIGNATE THE FOLLOWING BENEFICIARY(IES) TO RECEIVE MY INSURANCE PROCEEDS IN THE EVENT ALL OF MY PRINCIPAL BENEFICIARIES LISTED ABOVE HAVE DIED BEFORE ME, OR BEFORE THE COMPLETION OF INSTALLMENT PAYMENTS TO ANY OF THE PRINCIPAL BENEFICIARIES. If I list more than one beneficiary I must indicate a share (percentage) or a dollar amount I want each to receive. The total shares or $ amounts must equal 100% of my insurance.

| COMPLETE NAME AND ADDRESS OF EACH CONTINGENT (SECOND) BENEFICIARY | SOCIAL SECURITY NUMBER *if known* | RELATIONSHIP TO INSURED | SHARES OR $ AMOUNT TO EACH PRINCIPAL BENEFICIARY | PAYMENT OPTIONS: LUMP SUM OR 36 EQUAL MONTHLY PAYMENTS |
|---|---|---|---|---|
| Carol Britt | | Sister | 100% | Lump Sum |

**4. PAYMENT UNDER THE PROVISION OF THE LAW (BY LAW). IF YOU HAVE COMPLETED 2 AND/OR 3 ABOVE DO NOT COMPLETE THIS SECTION.**

If I elect "BY LAW" or I have failed to designate any principal or contingent beneficiaries, I acknowledge that the proceeds of my SGLI/VGLI insurance will be distributed under the provisions of the law (38 USC 1970), which means it will go to my widow or widower and if I have none, to my child or children in equal shares, with the share of any deceased child being distributed among the decedents of that child, and if none, to my parents in equal shares or to the survivor, and if none, to a duly appointed executor or administrator of my estate and if none, to other next of kin.

Type or Print the words "BY LAW, and initial. _____ (your initials)   Your legal signature (in ink) is required in #5 below.

| **5. SIGNATURE OF THE INSURED** *(Do not print, sign in ink)* Ronald H Stewart | **6. DATE COMPLETED** 10-20-96 |
|---|---|

**DO NOT WRITE IN SPACE BELOW FOR OSGLI USE ONLY**

| RETURN COMPLETED SET TO: OSGLI 213 WASHINGTON STREET NEWARK, NEW JERSEY 07102-2999 | SIGNATURE OF OSGLI REPRESENTATIVE B. H. Brent | DATE RECORDED 10/29/96 |
|---|---|---|

**FORM SGLV-8721** JULY 1994   SUPERSEDES AND REPLACES FORM SGLV-8721, JULY 1991, WHICH WILL NOT BE USED. (Page 2 will be returned to you after recording by OSGLI)   Page One



OCT 9 1996

OCT 07 1996

RONALD H STEWART
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
2000 ROUNTREE DRIVE
AUSTIN TX 78722
512- 476-9094

OSGLI
213 WASHINGTON STREET
NEWARK, N.J. 07102-2999

DEAR SIR OR MADAM,

    I REQUEST A BENEFICIARY DESIGNATION FORM, BE
SENT TO ME, IN ORDER THAT I MAY CHANGE BENEFICIARIES.
THANKYOU IN ADVANCE FOR YOUR ATTENTION IN THIS MATTER.

RONALD H STEWART

R Stewart
2000 Rountree
Austin TX 78722

OSGLI
213 Washington Street
Newark NJ
07182-2999

EXHIBIT C



**OFFICE OF SERVICEMEMBERS' GROUP LIFE INSURANCE**
290 W. Mount Pleasant Avenue, Livingston, NJ 07039-2747

800-419-1473 (US, Puerto Rico, St. Thomas, St. Croix, Canada), 973-548-5699 (Other)
Fax Numbers: 800-236-6142, 877-832-4943 (Claims), 973-548-5300 (Overseas)
www.insurance.va.gov

June 13, 2005

S RAY DE RUSSE
2917 LIPSCOMB ST
FORT WORTH TX 76110

Re: 10618686

Dear Mr. De Russe:

In this letter we will explain what you must do to file a claim for death benefits under Ronald Stewart 's Veterans Group Life Insurance (VGLI).   We will also tell you about free personal financial counseling that is provided to VGLI beneficiaries.

As of May 18, 2005 Ronald Stewart was insured for $50,000.00 under VGLI.  He designated you as the beneficiary, and specified that you are to receive the full benefit amount of $50,000.00.

How Your Benefit is Paid
 As indicated in section IV of the Claim Form, there are two options:

(A)  Lump Sum - We will deposit the full benefit into Prudential's Alliance Account® in your name. The Alliance Account offers the following features:
A personal interest-bearing account giving you full access to your money.
To use the account, simply write a check for the amount you would like to withdraw.  The minimum withdrawal is $250.
You may write out one check for the entire amount and close the account, or you may write checks, as you need the money. You will continue to earn interest on any balance you maintain in the account.

(B)  36 Monthly Installments - the benefit will be sent to you in 36 equal monthly installments with the first payment due as of the date of death.

I have provided a postage-paid envelope for convenience. Also, please enclose a certified copy of the death certificate.

What You Should Do
In order to file a claim for the death benefit, you must complete items 1 through 10 and all of Part IV of the enclosed Claim for Death Benefits form (SGLV 8283).

Personal Financial Counseling

The Department of Veterans Affairs is offering free personal financial counseling to

beneficiaries of SGLI/VGLI policies. This service, known as Beneficiary Financial Counseling Services (BFCS) is provided through the services of a national firm of financial professionals. Their Certified Financial Planners and other financial professionals are experts in handling a wide range of financial situations and offering customized assistance to individuals like you. A brochure explaining this service will be sent to you once your insurance claim has been approved.

Further, Craig T Stewart, the insured's son logged a protest alleging that his father told him that he was the beneficiary on all of Mr. Stewart's life insurance. I have enclosed a copy of the letter sent to Craig for your reference. No payment will be made until we further hear from Craig. If no legal action is taken by July 14, 2005 we can proceed with payment to you.

If you have questions about this claim, please call me at (800) 419-1473, extension 3963, between 08:00 AM a.m. and 05:00 PM p.m. Eastern time, Monday through Friday. If you prefer, you can send me a fax at (877) 832-4943 or you can email me at osgli.claims@prudential.com.

Sincerely,

*Maria Reis*

Maria Reis
Claims Examiner

EXHIBIT D



**STAPLES copy&printcenter**

# Complimentary
# Fax Cover Sheet

| To: *NAVY INSURANCE* | From: *CAREN BRITT* |
|---|---|
| Fax # (8 ) *832 - 4943* | Phone # *(413) 734 - 0423* |
| Date: *1/11/05* | ☐ Urgent  ☐ Confidential  ☐ Confirm Receipt |
| Number of Pages: (Including Cover) | Reply Fax #: |

Message:

*CLAIM # 106 - 186 - 86*

*CORRECTION OF NAME CHANGE
FOR FAX SENT ON 8-1-05*

*"MS/M. JOHNSON" WAS MY FIRST CONTACT
ON JUNE 2ND. NOT JACKSON.*

**Staples Copy Centers also offer these additional services:**
- High Speed Black and White Copying
- Binding Services
- Custom Printing
- Digital Color Copying
- Lamination Services
- Custom Checks & Forms
- Convenient Self-Serve Copiers
- Custom Stamps & Engraving
- Personalized Calendars



**IMPORTANT**

Staples is not responsible for the content of this facsimile. Our customers are cautioned against sending confidential or sensitive personal information via facsimile. Staples is not responsible for misdirected facsimiles. If you received this facsimile in error, please notify the sender at the phone number inserted above for carriers or number that first

Case 3:05-cv-30197-MAP   Document 3-2   Filed 09/16/2005   Page 13 of 50



RETIRED MEMBER'S NAME: RONALD HAMILTON STEWART   RETIRED MEMBER'S SSN: 026 40 4232

**CORRECTION**

Johnson was my FIRST contact on 6/2/05

| TYPE OF ACTION: (CHECK ONE) | ☐ LEGAL ORDER OF PRECEDENCE ☐ DESIGNATION OF BENEFICIARIES | | |
|---|---|---|---|
| SHARE | FULL NAME: CAREN BRITT | SSN: 010 50 4811 | RELATIONSHIP: SISTER |
| 100 % | ADDRESS: 36 CLAYTON DRIVE W SP'FLD MASS 010 | | |
| SHARE  % | FULL NAME: | SSN: | RELATIONSHIP: |
| | ADDRESS: | | |
| SHARE  % | FULL NAME: | SSN: | RELATIONSHIP: |
| | ADDRESS: | | |

RETIRED MEMBER SIGNATURE: *Ronald H Stewart*   DATE OF SIGNATURE: 10-28-00

WITNESS SIGNATURE (other than designated beneficiary/Order of Precedence Person): *Brian Huff*

WITNESS STREET ADDRESS: 20721 Crystalhill Cir   WITNESS CITY, STATE, ZIP CODE: Germantown MD. 20874

196195

I FIRST CALLED THIS OFFICE ON JUNE 2ND.
I TALKED TO Ms/Mrs. Jackson JOHNSON
I WAS TOLD I WAS MY BROTHERS BENEFICIARY
IN THE AMOUNT OF INSURANCE.

APPROXSUMITLY 5 WEEKS LATER I CALLED
THIS OFFICE TO CHECK ON MY CLAIM FORMS
AN TALKED TO Ms/Mrs JACKSON WHO TOLD ME
ON ER COMPUTER I WAS NOT THE BENEFICARY
I SINCE HAVE FOUND OUT THE FORMS
WERE SENT TO RAY IN TEXAS THE OLD
BENEFICARY. PLEASE VERIFY CHECK MY
CALLS. SHOULD BE EASY TO TRACK ON
YOUR COMPUTERS.

CLAIM #
06-186-86

SINCERLY
CAREN BRITT



**STAPLES** copy&print center

# Complimentary
# Fax Cover Sheet

To: *NAVY INSURANCE*

From: *CAREN BRITT*

Fax #: (877) 832 - 4943

Phone #: (413) 734 - 0423

Date: 8-1-05

☐ Urgent  ☐ Confidential  ☐ Confirm Receipt

Number of Pages:
(Including Cover)    3

Reply Fax #:

Message: *CLAIM # 106-186-86*

*CLAIM FORMS SENT TO WRONG BENEFICIARY*

**Staples Copy Centers also offer these additional services:**
- High Speed Black and White Copying
- Binding Services
- Custom Printing
- Digital Color Copying
- Laminating Services
- Custom Checks & Forms
- Convenient Self-Serve Copiers
- Custom Stamps & Engraving
- Personalized Calendars



**IMPORTANT**

Staples is not responsible for the content of this facsimile. Our customers are cautioned against sending confidential or sensitive personal information via facsimile. Staples is not responsible for misdirected facsimiles. If you received this document in error please notify the sender at the phone number inserted above for directions concerning the facsimile

| ALLOTMENT TYPE | PAYEE | AMOUNT |
|---|---|---|
| MISC DISCRETIONARY | CAREN BRITT | 100.00 |
| INSURANCE | VGLI | 20.00 |

**PAYEE/PAYEE BENEFICIARY INFORMATION**

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| CAREN BRITT | 100.00% | SISTER |

CLAIM # 106-186-86

DFAS-CL 7220/148 (REV 03-01) (BACK)

STEWA

RETIRED MEMBER'S NAME
RONALD HAMILTON STEWART

RETIRED MEMBER'S SSN
026 40 4232

TYPE OF ACTION:
(CHECK ONE)
☐ LEGAL ORDER OF PRECEDENCE
☐ DESIGNATION OF BENEFICIARIES

| SHARE | FULL NAME | SSN | RELATIONSHIP |
|---|---|---|---|
| 100 % | CAREN BRITT 010 50481 | | SISTER |
| | ADDRESS 36 CLAYTON DRIVE W SPfld MASS 010 | | |
| SHARE % | FULL NAME | SSN | RELATIONSHIP |
| | ADDRESS | | |
| SHARE % | FULL NAME | SSN | RELATIONSHIP |
| | ADDRESS | | |

RETIRED MEMBER SIGNATURE
Ronald H Stewart

DATE OF SIGNATURE
10-28-00

WITNESS SIGNATURE (other than designated beneficiary/Order of Precedence Person)
Brian Huff

WITNESS STREET ADDRESS
20721 Crystalhill Cir

WITNESS CITY, STATE, ZIP CODE
Germantown MD, 20874

196195

"I FIRST CALLED THIS OFFICE ON JUNE 2ND.
I TALKED TO ms/mrs. JACKSON.
I WAS TOLD I WAS MY BROTHERS BENEFICIARY,
AN THE AMOUNT OF INSURANCE.

APPROXSUMITLY 5 WEEKS LATER I CALLED
THIS OFFICE TO CHECK ON MY CLAIM FORMS
AN TALKED TO MS/MRS JACKSON WHO TOLD ME
ON HER COMPUTER I WAS NOT THE BENEFICIAR,
I SINCE HAVE FOUND OUT THE FORMS
WERE SENT TO RAY IN TEXAS THE OLD
BENEFICIARY. PLEASE VERIFY CHECK MY
CALLS. SHOULD BE EASY TO TRACK ON
YOUR COMPUTERS.

CLAIM #
106-186-86

SINCERLY

CAREN BRITT

My Brother was a Gay man. He had a relationship
with Ray back in the 90's.   Ray was very
abusive in this relationship.   When the
relationship ended it was not on good terms.
My brother despised this man. I know my
brother would not knowingly leave Ray anything

My Brother Ronnie made his wishes clear
to myself + his stepson- Glen Wilson.
That I was Ronnies Beneficary.

Ronnie changed his beneficary on 10-18-200
with Cleveland Payroll. My brothers homosexual
ex. I'm told is Ronnies beneficary on life insuran
this takes me by suprise that, the Navy
beneficaries need different forms for
each dept. (Payroll, Life, Ect.)

Please send me the forms. That I
need to bring action on this to stop Ray
from getting Ronnies life insurance.

Thank You
Caren Britt

Caren Britt
36 Clayton. Drive
West Springfield, Ma.
01089
Phone 1-413-734-0413

Claim# 106-186-86

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

HIS IS AN IMPORTANT RECORD
SAFEGUARD IT

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1 NAME (Last First Middle) STEWART, RONALD HAMILTON | 2 DEPARTMENT COMPONENT AND BRANCH NAVY-USNR | 3 SOCIAL SECURITY NO 026 40 4232 |
|---|---|---|

| 4 a GRADE RATE OR RANK AE1 | 4 b PAY GRADE E6 | 5 DATE OF BIRTH (YYMMDD) 490210 | 6 RESERVE OBLIG TERM DATE Year N/A Month Day |
|---|---|---|---|

| 7 a PLACE OF ENTRY INTO ACTIVE DUTY JACKSONVILLE FL | 7 b HOME OF RECORD AT TIME OF ENTRY (City and state or complete address if known) JACKSONVILLE FL |
|---|---|

| 8 a LAST DUTY ASSIGNMENT AND MAJOR COMMAND RAIMD NAS DALLAS TX | 8 b STATION WHERE SEPARATED PSD NAS DALLAS TX |
|---|---|

**9 COMMAND TO WHICH TRANSFERRED**
NAVAL RESERVE PERSONNEL CENTER NEW ORLEANS LA 70149

**10 SGLI COVERAGE** ☐ None
Amount $ 100,000

**11 PRIMARY SPECIALTY** (List number title and years and months in specialty List additional specialty numbers and titles involving periods of one or more years)
AE-7181-P3C INTEGRATED ELECTRICAL SYSTEM OMA SPECIALIST, 11YRS, 02MOS/

**12 RECORD OF SERVICE**

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a Date Entered AD This Period | 89 | MAR | 10 |
| b Separation Date This Period | 93 | FEB | 28 |
| c Net Active Service This Period | 03 | 11 | 19 |
| d Total Prior Active Service | 16 | 01 | 13 |
| e Total Prior Inactive Service | 03 | 02 | 05 |
| f Foreign Service | 00 | 00 | 00 |
| g Sea Service | 00 | 00 | 00 |
| h Effective Date of Pay Grade | 82 | MAY | 16 |

**13 DECORATIONS MEDALS BADGES CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**
FIFTH GOOD CONDUCT MEDAL FOR PERIOD ENDING 92JAN26/NATIONAL DEFENSE SERVICE MEDAL(2)/ARMED FORCES RESERVE MEDAL/ENLISTED AVIATION WARFARE SPECIALIST/MERITORIOUS UNIT COMMENDATION/ VIETNAM SERVICE MEDAL/VIETNAM CAMPAIGN MEDAL WITH DEVICE/NAVY ACHIEVEMENT MEDAL/

**14 MILITARY EDUCATION (Course title number of weeks and month and year completed)**
NONE THIS PERIOD/

| 15 MEMBER CONTRIBUTED TO POST VIETNAM ERA VETERANS EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15 b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16 DAYS ACCRUED LEAVE PAID 4 5 |
|---|---|---|---|---|---|---|

| 17 MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | No X |
|---|---|---|

**18 REMARKS** DISTRIBUTION OF DD 214 IAW NAVMILPERSCOMINST 1900 1B EFFECTIVE DATE OF TEMPORARY DISABILITY RETIREMENT 93MAR01

| 19 a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) 1313 E 6TH ST AUSTIN TX 78702 | 19 b NEAREST RELATIVE (Name and address include Zip Code) CAREN STEWART 36 CLAYTON DR W SPRINGFIELD MA 01089 |
|---|---|

| 20 MEMBER REQUESTS COPY 6 BE SENT TO TX DIR OF VET AFFAIRS X Yes ☐ No | 22 OFFICIAL AUTHORIZED TO SIGN (Typed name grade title and signature) |
|---|---|
| 21 SIGNATURE OF MEMBER BEING SEPARATED | M J ESLEP, ENC(SW), USNR(TAR), MILPERSUP |

**SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)**

| 23 TYPE OF SEPARATION TEMPORARY DISABILITY RETIRED LIST | 24 CHARACTER OF SERVICE (Include upgrades) HONORABLE |
|---|---|

| 25 SEPARATION AUTHORITY CHNAVPERS 082012ZFEB93 AND MILPERSMAN 3860380 | 26 SEPARATION CODE SFK | 27 REENTRY CODE RE-3P |
|---|---|---|

**28 NARRATIVE REASON FOR SEPARATION**
PLACED ON TEMPORARY DISABILITY RETIRED LIST

**29 DATES OF TIME LOST DURING THIS PERIOD**
TL NONE

**30 MEMBER REQUESTS COPY 4**
Initials

DD Form 214 NOV 88    S/N 0102 LF-006 5500 Previous editions are obsolete

MEMBER 4

(INSTRUCTIONS ON REVERSE SIDE)
FOR USE BY
PHYSICIANS AND
MEDICAL EXAMINERS

**The Commonwealth of Massachusetts**
STANDARD CERTIFICATE OF DEATH
REGISTRY OF VITAL RECORDS AND STATISTICS

REG STERED NUMBER        STATE SEO

| STATE USE ONLY | | |
|---|---|---|

DECEDENT — FIRST: **Ronald**  MIDDLE: **Hamilton**  LAST: **Stewart**  SEX: **M**  DATE OF DEATH (Mo Day Yr): **May 18, 2005**

PLACE OF DEATH (City/Town): **Springfield**  COUNTY OF DEATH: **Hampden**  HOSPITAL OR OTHER INSTITUTION (if not at give name and number): **Baystate Medical Center**

PLACE OF DEATH (Check only one)
HOSPITAL ☐ Inpatient ☒ER/Outpatient ☐DOA
OTHER ☐ Nursing Home ☐ Residence ☐ Other (Specify)

SOC AL SECURITY NUMBER: **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**  IF US WAR VETERAN SPECIFY WAR: **Vietnam**

WAS DECEDENT OF HISPANIC ORIGIN? (If yes Specify Puerto Rican Dominican Cuban etc)  ☒NO ☐YES  If So Specify:

RACE (e g White Black American Indian etc) (Specify): **White**

DECEDENT'S EDUCATION Elementary/Secondary (0-12) College (1-5): **12**

AGE (Last Birthday Yrs): **56**  UNDER 1 YEAR MOS DAYS  UNDER 1 DAY HOURS MINS  DATE OF BIRTH (Mo Day Yr): **Feb 10, 1949**  BIRTH PLACE (City and State or Foreign Country): **Birkenhead, England**

MARRIED NEVER MARRIED WIDOWED DIVORCED: **Divorced**  LAST SPOUSE (If wife give maiden name): **Nisha Unknown**

USUAL OCCUPATION (Prior if Retired): **Documents Manager**  KIND OF BUSINESS OR INDUSTRY: **Pharmacutical**

RESIDENCE NO & ST CITY/TOWN COUNTY STATE/COUNTRY: **36 Clayton Drive West Springfield Hampden Massachusetts**  ZIP CODE: **01089**

FATHER FULL NAME: **James Stewart**  STATE OF BIRTH (If not in US name country): **England**  MOTHER NAME (GIVEN) (MAIDEN): **Marilyn St**  STATE OF BIRTH (if not in US name country): **England**

INFORMANT NAME: **Caren Britt**  MAILING ADDRESS NO & ST CITY/TOWN STATE ZIP CODE: **36 Clayton Dr WEst Springfield MA 01089**  RELATION: **Sister**

METHOD OF BODY DISPOSITION: ☐ BURIAL ☒ CREMATION ☐ ENTOMBMENT ☐ REMOVAL FROM STATE ☐ DONATION ☐ OTHER SPEC  FUNERAL SERVICE LICENSEE OR OTHER DESIGNEE: **Joseph J Nowak**  LICENSE: **5957**

NAME OF CEMETERY Crematory or other: **Springfield Crematory**  LOCATION (City/Town State): **Springfield Massachusetts**

DATE OF DISPOSITION (Mo Day Yr): **May 23, 2005**  NAME AND ADDRESS OF FACILITY OR OTHER DESIGNEE: **Nowak Funeral and Cremation Services 15 ludlow Ave Spfld MA**  **01151**

29 PART I Enter the diseases injuries or complications that caused the death Do not use only the mode of dying such as cardiac or respiratory arrest shock or heart failure List only one cause on each line (through d) PRINT OR TYPE LEGIBLY.

IMMEDIATE CAUSE (Final disease or condition resulting in death) (a) **Cardiopulmary Arrest**  Approximate interval Between Onset and Death: **hours**

Sequentially list conditions if any leading to immediate cause Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST (b) **Coronary Artery Disease**  DUE TO (OR AS CONSEQUENCE OF)  **years**

(c)  DUE TO (OR AS CONSEQUENCE OF)

(d)  DUE TO (OR AS CONSEQUENCE OF)

PART II Other significant conditions contributing to death but not resulting in underlying cause given in Part I

WAS AUTOPSY PERFORMED (Y or No): **No**  WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Y or No)

MEDICAL EXAMINER NOTIFIED (Yes or No): **YES**  MANNER OF DEATH ☒NATURAL ☐HOMICIDE ☐COULD NOT BE DETERMINED ☐ACCIDENT ☐SUICIDE ☐PENDING INVESTIGATION  DATE OF INJURY (Mo Day Yr)  TIME OF INJURY  INJURY AT WORK (Yes or No)

DESCRIBE HOW INJURY OCCURRED  PLACE OF INJURY (At home farm street factory office bldg etc) Specify  LOCATION (N & St City/Town State)

35a To the best of my knowledge death occurred at the time date and place and due to the cause(s) stated (Signature and Title): **John MD**

DATE SIGNED (Mo Day Yr): **May 10 2005**  TIME OF DEATH: **10 11 PM**

37 On the basis of examination and/or investigation in my opinion death occurred at the time date and place and due to the cause(s) stated (Signature and Title)

HOUR OF DEATH

NAME OF ATTENDING PHYSICIAN IF NOT CERTIFIER: **Susan Torrey MD**

PRONOUNCED DEAD (Mo Day Yr)  PRO NOUNCED DEAD (HR)

NAME AND ADDRESS OF CERTIFYING PHYSICIAN OR MEDICAL EXAMINER (Type or Print): **Jay Ishida MD 759 Chestnut Street Springfield MA 01099**  LICENSE NO OF CERTIFIER: **214703**

WAS THERE A PRONOUNCEMENT FORM? (Yes or No): **NO**  IF YES DATE PRONOUNCED  IF YES TIME PRONOUNCED  NAME OF PRONOUNCER  TITLE ☐RN ☐PA

Pronouncement of Death Form (R 302) on File ☐

DATE BURIAL PERMIT ISSUED: **2005**  (signature) **Maureen G Morrissey Admin. Assistant**  RECEIVED IN THE CITY/TOWN OF: **Spring**  CLERK'S SIGNATURE  DATE OF RECORD: **MAY 24 2005**

PERMANENT BLACK INK ONLY

R 301-01

City of Springfield Mass, **May 25 2005**

I Hereby Depose and Say that I am the Assistant City Clerk of the City of Springfield Commonwealth of Massachusetts That the records of births marriages and deaths in said City are in my custody and that the foregoing is a true copy of the return of a death on file in the office of the City Clerk of said Springfield

Witness my hand and the seal of the said City
of Springfield  **May 25 2005**

Attest

Assistant City Clerk of Springfield, Mass.

| RETIRED MEMBER S NAME | | RETIRED MEMBER S SSN |
|---|---|---|
| RONALD HAMILTON STEWART | | 026 40 4232 |
| TYPE OF ACTION (CHECK ONE) | ☐ LEGAL ORDER OF PRECEDENCE ☐ DESIGNATION OF BENEFICIARIES | |

| BENEFICIARY INFORMATION | | | |
|---|---|---|---|
| SHARE | FULL NAME CAREN BRITT | SSN 010 50 4811 | RELATIONSHIP SISTER |
| 100 | ADDRESS 36 CLAYTON DRIVE W SPfld MASS 0108 | | |
| SHARE | FULL NAME | SSN | RELATIONSHIP |
| | ADDRESS | | |
| SHARE | FULL NAME | SSN | RELATIONSHIP |
| | ADDRESS | | |

| RETIRED MEMBER SIGNATURE | DATE OF SIGNATURE |
|---|---|
| Ronald H Stewart | 10-28-00 |

**TO BE COMPLETELY FILLED IN BY WITNESS:**

WITNESS SIGNATURE (other than designated beneficiary/Order of Precedence Person)
*Brian Huff*

| WITNESS STREET ADDRESS | WITNESS CITY STATE, ZIP CODE |
|---|---|
| 20721 Crystalhill Cir | Germantown MD, 20874 |

196195

---

Bob,

Please put this in a Safe
Place in case of my demise
Caren will need to get this
my life insurance & Benifits

Ron

31 Oct 01

# CERTIFICATE OF INSURANCE FOR



# VETERANS GROUP LIFE INSURANCE

```
RONALD H  STEWART
1505 SUNNYVALE ST #202
AUSTIN, TX 78741-2550
```

```
SSN  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
INSURANCE AMOUNT     $50,000
ISSUE DATE  07/01/93
EXPIRY DATE   06/28/98
07/06-A-01427
```

——————————————— ✱ ———————————————

This Certificate explains in general terms the rights and benefits available to you  as the person insured for the Veterans Group Life Insurance described by this Certificate  under the provisions of a Group Life Insurance policy purchased from a commercial life insurance company by the Department of Veterans Affairs in accordance with the provisions of Subchapter III of Chapter 19  Title 38  United States Code

The insurance for which you are insured under the Group Policy  is term insurance  You cannot assign it to anyone  It builds no cash  loan  paid up or extended insurance values  You should not look upon it as a substitute for any other insurance you own or contemplate purchasing  Any Servicemen s Group Life Insurance for which you were previously insured under the Group Policy will have terminated prior to the date this insurance takes effect  However  you may retain any other Government or private insurance while insured under the Group Policy  Also  it will not affect your rights to other veterans benefits

The Group Policy which provides the insurance referred to in this Certificate  may be modified or terminated as may be required by any change in the Veterans Group Life Insurance provisions of Subchapter III of Chapter 19  Title 38  United States Code  or for other reasons  Any such modification or termination  however  will not affect adversely any claim arising from death before the modification or termination

This Certificate summarizes the important provisions of the Group Policy for your information  It is NOT a contract of insurance  Your rights and benefits under the law and the Group Policy at any time are dependent upon the facts in your individual case

## LIFE INSURANCE DEATH BENEFIT

The amount of your life insurance is payable if your death occurs while you are insured  except as provided under Forfeiture

To receive payment of the life insurance  your beneficiary (or survivor) must make claim to the Office of Servicemen s Group Life Insurance on the form provided by that Office  Written proof of the claimant s right to payment must be furnished

If any person otherwise entitled to payment fails to make claim within one year after your death  or if payment to such person within that period is prohibited by Federal statute or regulation  payment may be made in the order of precedence set forth under  Beneficiary  as if such person had died before you

If  within two years after your death  no claim has been made by any person entitled to payment  payment may be made to a claimant who  in the judgment of the Department of Veterans Affairs  is equitably entitled thereto

## FORFEITURE

Any person guilty of mutiny  treason  spying  or desertion  or who because of conscientious objections  refused to perform service in the Armed Forces of the United States  or refuses to wear the uniform of such force  shall forfeit all rights to the insurance  No insurance shall be payable for death inflicted as a lawful punishment for crime or for military or naval offense  except when inflicted by an enemy of the United States

---

### IMPORTANT NOTICE

**No person may carry a combined amount of Servicemen s Group Life Insurance and Veterans Group Life Insurance in excess of $200,000 (the maximum amount of insurance allowed under the provisions of Subchapter III of Chapter 19, Title 38, United States Code)**

---

SGLV 204B ED  12/92

OMB App d N 2900 0060
R p de tB d 6 t s

**Department of Veterans Affairs**

# CLAIM FOR ONE SUM PAYMENT
## GOVERNMENT LIFE INSURANCE

| 1 INSURANCE FILE NUMBER |
| --- |
| 2 INSURANCE POLICY NUMBER |
| 3 NET AMOUNT OF INSURANCE<br>**50,000** |

| 4 FIRST MIDDLE LAST NAME OF INSURED VETERAN | 5 DATE OF DEATH | 6 BENEFICIARY'S SHARE *(Fraction)* |
| --- | --- | --- |
| Ronald Hamilton Stewart | 5-18-05 | 100% |

## INSTRUCTIONS

WE NEED A PHOTOCOPY OF THE VETERAN'S DEATH CERTIFICATE OR A STATEMENT FROM THE ATTENDING PHYSICIAN SHOWING DATE AND CAUSE OF DEATH ONLY ONE CERTIFICATE OR STATEMENT IS REQUIRED FOR OUR RECORDS

If the beneficiary is a minor or incompetent the person having custody of the beneficiary should complete the form and give his/her address in Item 10 If you are signing as the guardian or attorney in fact please include a copy of the court appointment or power of attorney

Send this completed form to

Department of Veterans Affairs
Regional Office and Insurance Center
P O Box 7208
Philadelphia PA 19101

NOTE If you prefer instead of mailing this form it may be faxed to 1 888 748 5822

| 7 FIRST MIDDLE AND LAST NAME OF BENEFICIARY *(Plea e p t)* | 8 RELATIONSHIP TO INSURED | 9 DATE OF BIRTH OF BENEFICIARY |
| --- | --- | --- |
| Caren Elizabeth Britt | Sister | 11-30-55 |

| 10A MAILING ADDRESS *(must be completed)*<br>36 Clayton Drive<br>West Springfield, Mass 01089 | 10B BENEFICIARY'S SOCIAL SECURITY NUMBER<br>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 |
| --- | --- |
| | 10C DAYTIME TELEPHONE NUMBER<br>413-734-0423 |

**CERTIFICATION** I certify that the above entries are true and correct to the best of my knowledge and belief

| 11 SIGNATURE OF BENEFICIARY FIDUCIARY OR GUARDIAN<br>*Caren Elizabeth Britt* | 12 DATE<br>7-7-05 |
| --- | --- |

IF DIRECT DEPOSIT IS DESIRED ATTACH A VOIDED CHECK OR COMPLETE BLOCKS A THRU E
IF THE BENEFICIARY IS A TRUST ESTATE OR REPRESENTED BY A FIDUCIARY YOU MUST SEND A VOIDED CHECK FOR THAT SPECIFIC ACCOUNT AND COMPLETE ITEM F

| A NAME OF FINANCIAL INSTITUTION | B ROUTING TRANSIT NUMBER (NINE DIGIT FIELD) |
| --- | --- |
| C TELEPHONE NUMBER OF FINANCIAL INSTITUTION | D TYPE<br>☐ CHECKING ☐ SAVINGS | E DEPOSITOR ACCOUNT NUMBER |
| F EIN OR TIN NUMBER (FOR TRUST OR ESTATE ONLY) | | |

I p rt N t c Abo t I f t C II t We ced th f t d t tbl l f y y t k b l t y f VA t an b f ts (38 U S C 5902) T t 38 U ted St t Code llows st k f th f t West t d t y wll d a e t f6 t t c wll truct n f d th fon t d d l y f f VA e t ond t p llect f f t l ald OMB t l b d p l y d V i q d t po dt on ll t f form t rt l b otd l y d V ld OMB t I l b l t l d OMB t I l y b l tww wl tel s f l b y/ b/OMBINVC t l t H VA lfd d y o c ll 800 827 1000 t g t f t w t d d t w t d g y A t N t n VA wll otd los f l ll t d o t l t o y t t l wl th b d d d ll P y A t 1974 l t l C d l f d t R p l tn 1526 f t se d f the VA y t f ec ds 6VA00 t A d f s P so t US G m l f l R d VA p bl h d d t d r al beg Y bl g t t p d s l t y b t y f l t t o de th t f t l d p ed po e G b p y SSN t f t l s y R f l t p d y SSN b y t lf wll t n th d al f be e f t Tl VA wll otd y a d d l b c f ts f f t p p d l t l s y SSN SSN d d t b e l St tt t f t p l y l 1975 t ll lf ld t sp y b t d d o f d t l (8 U S C 5701)

**IF YOU HAVE QUESTIONS ABOUT THIS FORM PLEASE CALL OUR TOLL FREE NUMBER 1 800 669 8477**

VA FORM
DEC 2004 **29-4125** EXISTING STOCK OF VA FORM 9-4125 MAR 2004 WILL BE USED

20721c CRYSTALHill
GERMANTOWN
MD 20874



DEFENSE FINANCE AND ACCOUNTING SERVICE
CLEVELAND CENTER
P O BOX 998015
CLEVELAND OH 44199-8015

| RETIRED MEMBER'S NAME | | RETIRED MEMBER'S SSN | |
|---|---|---|---|
| RONALD HAMILTON STEWART | | 026 40 4232 | |

**TYPE OF ACTION:** (CHECK ONE)  ☐ LEGAL ORDER OF PRECEDENCE   ☐ DESIGNATION OF BENEFICIARIES

| SHARE | FULL NAME | SSN | RELATIONSHIP |
|---|---|---|---|
| 100 % | CAREN BRITT | 010 50 4817 | SISTER |
| | ADDRESS 36 CLAYTON DRIVE W SPFd MASS 0103 | | |
| SHARE % | FULL NAME | SSN | RELATIONSHIP |
| | ADDRESS | | |
| SHARE % | FULL NAME | SSN | RELATIONSHIP |
| | ADDRESS | | |

| RETIRED MEMBER SIGNATURE | DATE OF SIGNATURE |
|---|---|
| Ronald H Stewart | 10-28-00 |

**WITNESS SIGNATURE** (other than designated beneficiary/Order of Precedence Person)
*Brian Neff*

| WITNESS STREET ADDRESS | WITNESS CITY, STATE, ZIP CODE |
|---|---|
| 20721 Crystalhill Cir | Germantown MD, 20874 |

196195

| ALLOTMENTS AND BONDS | | |
|---|---|---|
| ALLOTMENT TYPE | PAYEE | AMOUNT |
| INSURANCE | VGLI | 16.00 |

**ARREARS OF PAY BENEFICIARY INFORMATION**

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| CAREN BRITT | 100.00% | SISTER |

**MESSAGE SECTION**

DUE TO LEGISLATION, NEW FEDERAL WITHHOLDING TABLES HAVE REDUCED THE AMOUNT OF INCOME
TAX WITHHELD. THIS REDUCTION WILL BE REFLECTED IN YOUR PAYMENT DATED FEBRUARY 1, 2002.
THE REDUCTIONS IN TAX WITHHOLDING ARE DUE TO THE ADDITION OF A 10% TAX BRACKET AND A
LOWERING OF THE TAXABLE INCOME THRESHOLDS FOR THE 15%, 27% AND HIGHER TAX BRACKETS.
IF YOU DO NOT WANT TO HAVE THE AMOUNT OF YOUR WITHHOLDING REDUCED, YOU MAY WANT TO FILE
A NEW FORM W-4. W-4 FORMS ARE AVAILABLE AT YOUR LOCAL LIBRARY, YOUR EMPLOYER, A LOCAL
IRS OFFICE OR ON THE INTERNET UNDER FORMS AND INSTRUCTIONS AT HTTP://WWW.IRS.TREAS.GOV/
FORMS PUBS/INDEX.HTML. YOU MAY CLAIM FEWER WITHHOLDING ALLOWANCES ON THE W-4 ON LINE 5
OR REQUEST ADDITIONAL AMOUNTS TO BE WITHHELD ON LINE 6.
YOU CAN SUBMIT YOUR NEW W-4 INFORMATION TO US EITHER BY:
1. MAILING US AT:    DEFENSE FINANCE AND ACCOUNTING SERVICE
                     PO BOX 99191
                     CLEVELAND, OH 44199-1126
2. FAXING YOUR NEW W-4 TO US TOLL FREE 1-800-469-6559, COMMERCIAL 1-216-522-5237, OR
3. MAKING YOUR CHANGES USING THE EMPLOYEE/MEMBER SELF SERVICE (EMSS) WEBSITE AT
HTTPS://EMSS.DFAS.MIL/EMSS.HTM OR BY CALLING TOLL FREE 1-877-363-3677, COMMERCIAL
1-478-757-3119.

## RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | SSN |
|---|---|---|
| JAN 10, 2002 | FEB 01, 2002 | 026 40 4232 |

PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES

**DFAS-CL POINTS OF CONTACT**

DEFENSE FINANCE AND ACCOUNTING SERVICE
CLEVELAND CENTER (CODE PRR)
PO BOX 99191
CLEVELAND OH  44199-1126

COMMERCIAL (216) 522-5955
TOLL FREE 1-800-321-1080
TOLL FREE FAX 1-800-469-6559

EMPLOYEE MEMBER SELF SERVICE  (E/MSS)
https://emss.dfas.mil/emss.html
1-877-DOD-EMSS  (1-877-363-3677)

PO1 RONALD HAMILTON STEWART USN   RET
20721-C CRYSTALHILL CR
GERMANTOWN MD  20874-3948

### PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | 1,148.00 | 1,148.00 | FITW | 36.95 | 23.80 |
| VA WAIVER | 439.00 | 439.00 | ALLOTMENTS/BONDS | 16.00 | 16.00 |
| TAXABLE INCOME | 709.00 | 709.00 | | | |
| | | | NET PAY | 656.05 | 669.20 |

### PAYMENT ADDRESS

DIRECT DEPOSIT

### YEAR TO DATE SUMMARY (FOR INFORMATION ONLY)

| | |
|---|---|
| TAXABLE INCOME: | 709.00 |
| FEDERAL INCOME TAX WITHHELD: | 36.95 |

### TAXES

| | |
|---|---|
| FEDERAL WITHHOLDING STATUS: | SINGLE |
| TOTAL EXEMPTIONS: | 01 |
| FEDERAL INCOME TAX WITHHELD: | 23.80 |

### SURVIVOR BENEFIT PLAN (SBP) COVERAGE

NO SBP ELECTION IS REFLECTED ON YOUR ACCOUNT.

| ALLOTMENT TYPE | PAYEE | AMOUNT |
|---|---|---|
| INSURANCE | VGLI | 16.00 |

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| CAREN BRITT | 100.00% | SISTER |

THIS STATEMENT HAS BEEN REDESIGNED TO FIT ON AN 8.5 X 11 INCH FORM TO REDUCE PRINTING COSTS AND MAKE THE FORM EASIER TO READ.

THE CHANGE IN YOUR ALLOTMENT AMOUNT REFLECTS THE VETERANS' GROUP LIFE INSURANCE PREMIUM RATE CHANGE THAT WAS EFFECTIVE JULY 9, 2001. IF YOU NEED MORE INFORMATION, CONTACT THE OFFICE OF SERVICEMEMBERS' GROUP LIFE INSURANCE AT 1 (800) 419-1473.

FORM RAS58

DFAS-CL 7220/148 (REV 03-01) (BACK)

STEWA

**RETIRED ACCOUNT STATEMENT**

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | SSN |
|---|---|---|
| NOV 07, 2001 | DEC 03, 2001 | 026 40 4232 |

PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES

DEFENSE FINANCE AND ACCOUNTING SERVICE
CLEVELAND CENTER (CODE PRR)
PO BOX 99191
CLEVELAND OH  44199-1126

COMMERCIAL (216) 522-5955
TOLL FREE 1-800-321-1080
TOLL FREE FAX 1-800-469-6559

EMPLOYEE MEMBER SELF SERVICE  (E/MSS)
https://emss.dfas.mil/emss.html
1-877-DOD-EMSS  (1-877-363-3677)

PO1 RONALD HAMILTON STEWART USN  RET
20721-C CRYSTALHILL CR
GERMANTOWN MD  20874-3948

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | 1,118.00 | 1,118.00 | FITW | 34.25 | 34.25 |
| VA WAIVER | 427.00 | 427.00 | ALLOTMENTS/BONDS | 21.00 | 16.00 |
| TAXABLE INCOME | 691.00 | 691.00 | | | |
| | | | NET PAY | 635.75 | 640.75 |

| DIRECT DEPOSIT | TAXABLE INCOME: | 7,601.00 |
|---|---|---|
| | FEDERAL INCOME TAX WITHHELD: | 376.75 |

FEDERAL WITHHOLDING STATUS:    SINGLE
TOTAL EXEMPTIONS:              01
FEDERAL INCOME TAX WITHHELD:   34.25

NO SBP ELECTION IS REFLECTED ON YOUR ACCOUNT.

FORM RAS1F

DFAS-CL 7220/148 (REV 03-01)                                    STEWA

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 - 90H
STEWART RONALD HAMILTON
June 02, 2005

Your brother's Retired Pay was being sent
directly to his account via the Direct Deposit system. This
Center will recover any Retired Pay sent after the date of death
directly from the bank, in accordance with U.S. Treasury Department
procedures. Do not send any monies to this Center yourself,
unless you are specifically requested to do so at a later time
by this Center.

Our records indicate that the following allotments were
being deducted from your brother's Retired Pay:

| Type of Allotment | Payee's Name and Address | Monthly Amount |
|---|---|---|
| INSURANCE ALLOTMENT | OSGLI | $35.00 |

If you have any questions, please call:

1-(800)-321-1080   (only from within the Continental U.S.,
                     including Alaska, Hawaii and Ohio)
1-(216)-522-5955   (from anywhere 7:00 a.m. to 7:30 p.m.
                     Eastern time)

Or write:
    DEFENSE FINANCE AND ACCOUNTING SERVICE
    US MILITARY RETIREMENT PAY
    PO BOX 7130
    LONDON KY 40742-7130

                        Sincerely,

                        Retired and Annuity Pay

Enclosure(s):
(1) Return Envelope

(2) Claim for Unpaid Compensation (SF 1174)

# CERTIFICATE OF
# INSURANCE FOR



# VETERANS GROUP
# LIFE INSURANCE

**RONALD H. STEWART**
**1505 SUNNYVALE ST #202**
**AUSTIN, TX 78741-2550**

**SSN: 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**
**INSURANCE AMOUNT:    $50,000**
**ISSUE DATE: 07/01/93**
**EXPIRY DATE: 06/28/98**
**07/06-A-01427**

---

★

---

This Certificate explains in general terms the rights and benefits available to you, as the person insured for the Veterans Group Life Insurance described by this Certificate, under the provisions of a Group Life Insurance policy purchased from a commercial life insurance company by the Department of Veterans Affairs in accordance with the provisions of Subchapter III of Chapter 19, Title 38, United States Code.

The insurance for which you are insured under the Group Policy is term insurance. You cannot assign it to anyone. It builds no cash, loan, paid-up or extended insurance values. You should not look upon it as a substitute for any other insurance you own or contemplate purchasing. Any Servicemen's Group Life Insurance for which you were previously insured under the Group Policy will have terminated prior to the date this insurance takes effect. However, you may retain any other Government or private insurance while insured under the Group Policy. Also, it will not affect your rights to other veterans' benefits.

The Group Policy, which provides the insurance referred to in this Certificate, may be modified or terminated as may be required by any change in the Veterans Group Life Insurance provisions of Subchapter III of Chapter 19, Title 38, United States Code, or for other reasons. Any such modification or termination, however, will not affect adversely any claim arising from death before the modification or termination.

This Certificate summarizes the important provisions of the Group Policy for your information. It is NOT a contract of insurance. Your rights and benefits under the law and the Group Policy at any time are dependent upon the facts in your individual case.

## LIFE INSURANCE DEATH BENEFIT

The amount of your life insurance is payable if your death occurs while you are insured, except as provided under 'Forfeiture'.

To receive payment of the life insurance, your beneficiary (or survivor) must make claim to the Office of Servicemen's Group Life Insurance on the form provided by that Office. Written proof of the claimant's right to payment must be furnished.

If any person otherwise entitled to payment fails to make claim within one year after your death, or if payment to such person within that period is prohibited by Federal statute or regulation, payment may be made in the order of precedence set forth under "Beneficiary", as if such person had died before you.

If, within two years after your death, no claim has been made by any person entitled to payment, payment may be made to a claimant who, in the judgment of the Department of Veterans Affairs, is equitably entitled thereto.

## FORFEITURE

Any person guilty of mutiny, treason, spying, or desertion, or who because of conscientious objections, refused to perform service in the Armed Forces of the United States or refuses to wear the uniform of such force, shall forfeit all rights to the insurance. No insurance shall be payable for death inflicted as a lawful punishment for crime or for military or naval offense, except when inflicted by an enemy of the United States.

---

### IMPORTANT NOTICE

**No person may carry a combined amount of Servicemen's Group Life Insurance and Veterans Group Life Insurance in excess of $200,000 (the maximum amount of insurance allowed under the provisions of Subchapter III of Chapter 19, Title 38, United States Code).**

---

SGLV 204B ED. 12/92

OFFICE OF SERVICEMEN'S GROUP LIFE INSURANCE * 213 WASHINGTON STREET, NEWARK, N.J. 07102-2999

**The Commonwealth of Massachusetts**

STANDARD CERTIFICATE OF DEATH

REGISTRY OF VITAL RECORDS AND STATISTICS

INSTRUCTIONS ON REVERSE SIDE)
FOR USE BY
PHYSICIANS AND
MEDICAL EXAMINERS

REGISTERED NUMBER

STATE USE ONLY

| DECEDENT – NAME | FIRST | MIDDLE | LAST | SEX | DATE OF DEATH (Mo., Day, Yr.) |
|---|---|---|---|---|---|
| 1 | Ronald | Hamilton | Stewart | M | May 18, 2005 |

| PLACE OF DEATH (City, Town) | COUNTY OF DEATH | HOSPITAL OR OTHER INSTITUTION - Name (if not in either give street and number) |
|---|---|---|
| 4a Springfield | Hampden | Baystate Medical Center |

PLACE OF DEATH (Check only one).
HOSPITAL: ☐Inpatient ☒ER/Outpatient ☐DOA
OTHER: ☐Nursing Home ☐Residence ☐Other (Specify)

| SOCIAL SECURITY NUMBER | US WAR VETERAN |
|---|---|
| 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 | Vietnam |

WAS DECEDENT OF HISPANIC ORIGIN? (if yes Specify Puerto Rican, Dominican, Cuban, etc.) ☒NO ☐YES
RACE (e.g. White, Black, American Indian, etc.) (Specify) White

DECEDENTS EDUCATION (Highest Grade Completed) Elementary Sec (0-12) | College (1-4 5+) 12

| AGE - Last Birthday | UNDER 1 YEAR MOS | UNDER 1 DAY HOURS MINS | DATE OF BIRTH (Mo., Day, Yr.) | BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|
| 56 | | | Feb 10, 1949 | Birkenhead, England |

| MARRIED, NEVER MARRIED WIDOWED, DIVORCED | LAST SPOUSE (if wife give maiden name) | USUAL OCCUPATION | KIND OF BUSINESS OR INDUSTRY |
|---|---|---|---|
| Divorced | Nisha Unknown | Documents Manager | Pharmaceutical |

| RESIDENCE - NO & ST CITY/TOWN, COUNTY, STATE/COUNTRY | ZIP CODE |
|---|---|
| 36 Clayton Drive West Springfield Hampden Massachusetts | 01089 |

| FATHER - FULL NAME | STATE OF BIRTH (if not in US name country) | MOTHER - NAME (GIVEN) (MAIDEN) | STATE OF BIRTH (if not in the US name country) |
|---|---|---|---|
| James Stewart | England | Marilyn Stewart | England |

| INFORMANTS NAME | MAILING ADDRESS - NO & ST, CITY/TOWN, STATE, ZIP CODE | RELATIONSHIP |
|---|---|---|
| Caren Britt | 36 Clayton Dr WEst Springfield MA 01089 | Sister |

METHOD OF IMMEDIATE DISPOSITION ☐BURIAL ☒CREMATION ☐ENTOMBMENT ☐REMOVAL FROM STATE ☐DONATION ☐OTH SPEC

| FUNERAL SERVICE LICENSEE OR OTHER DESIGNEE | LICENSE # |
|---|---|
| Joseph J. Nowak | 5957 |

| PLACE OF DISPOSITION (Name of Cemetery Crematory or Other) | LOCATION (City/Town, State) |
|---|---|
| Springfield Crematory | Springfield Massachusetts |

| DATE OF DISPOSITION (Mo., Day, Yr.) | NAME AND ADDRESS OF FACILITY OR OTHER DESIGNEE |
|---|---|
| May 23,2005 | Nowak Funeral and Cremation Services 15 ludlow Ave Spfld MA 01151 |

PART I - Enter the diseases, injuries or complications that caused the death. Do not use only the mode of dying such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line (a through d) PRINT OR TYPE LEGIBLY

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | Cardiopulmany Arrest   DUE TO (OR) AS A CONSEQUENCE OF) | hours |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST | Coronary Artery Disease   DUE TO (OR) AS A CONSEQUENCE OF) | years |

PART II - Other significant conditions contributing to death but not resulting in underlying cause given in Part I

| WAS AUTOPSY PERFORMED? (Yes or No) | WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or No) |
|---|---|
| No | |

| MED EXAM NOTIFIED? (Yes or No) | MANNER OF DEATH ☒NATURAL ☐HOMICIDE ☐COULD NOT BE DETERMINED ☐ACCIDENT ☐SUICIDE ☐PENDING INVESTIGATION | DATE OF INJURY (Mo., Day, Yr.) | TIME OF INJURY | INJURY AT WORK (Yes or No) |
|---|---|---|---|---|
| YES | | | | |

DESCRIBE HOW INJURY OCCURRED

PLACE OF INJURY (At home, farm, street, factory, office bldg, etc.) Specify | LOCATION (No. & St, City/Town State)

| 36a To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated (Signature and Title) | John M.D | 37a On the basis of examination and/or investigation in my opinion death occurred at the time, date, and place and due to the cause(s) stated |
|---|---|---|

| DATE SIGNED (Mo., Day, Yr.) | HOUR OF DEATH | DATE SIGNED (Mo., Day, Yr.) | HOUR OF DEATH |
|---|---|---|---|
| May 18, 05 | 10:11 P m | | |

| NAME OF ATTENDING PHYSICIAN IF NOT CERTIFIER | PRONOUNCED DEAD (Mo., Day, Yr.) | PRONOUNCED DEAD (M) |
|---|---|---|
| Tarrey MD | | |

| NAME AND ADDRESS OF CERTIFYING PHYSICIAN OR MEDICAL EXAMINER (Type or Print) | LICENSE NO OF CERTIFIER |
|---|---|
| Jay Ishida MD 759 Chestnut Street Springfield, MA 01099 | 214703 |

| WAS THERE A PRONOUNCEMENT FORM? (Yes or No) | DATE PRONOUNCED | TIME PRONOUNCED | NAME OF PRONOUNCER | TITLE ☐RN ☐PA |
|---|---|---|---|---|
| No | | | | |

DATE BURIAL PERMIT ISSUED     Maureen A Bassingy  Admin. Assistant

RECEIVED IN THE CITY/TOWN OF SPRINGFIELD  CLERK'S SIGNATURE

| DATE OF RECORD |
|---|
| MAY 24 2005 |

PERMANENT BLACK INK ONLY

301-01

of Springfield, Mass.,    May 25 2005

I Hereby Depose and Say that I am the Assistant City Clerk of the City of Springfield, in the Commonwealth of Massachusetts. That the records of births, marriages and deaths in said City are in my custody, and that the foregoing is a true copy of the return of a death on file in the office of the City Clerk of said Springfield.

Witness my hand and the seal of the said City of Springfield,    May 25 2005

Attest:    Mary C. Power
Assistant City Clerk of Springfield, Mass.

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD SAFEGUARD IT

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

46-13

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| STEWART, RONALD HAMILTON | NAVY-USNR | 026 40 4232 |

| 4.a GRADE, RATE OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE | | |
|---|---|---|---|---|---|
| AE1 | E6 | 490210 | Year N/A | Month | Day |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| JACKSONVILLE FL | JACKSONVILLE FL |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| RAIMD NAS DALLAS TX | PSD NAS DALLAS TX |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE ☐ None |
|---|---|
| NAVAL RESERVE PERSONNEL CENTER NEW ORLEANS LA 70149 | Amount, $ 100,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years ) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| AE-7181-P3C INTEGRATED ELECTRICAL SYSTEM | a Date Entered AD This Period | 89 | MAR | 10 |
| OMA SPECIALIST, 11YRS, 02MOS/ | b Separation Date This Period | 93 | FEB | 28 |
| | c Net Active Service This Period | 03 | 11 | 19 |
| | d Total Prior Active Service | 16 | 01 | 11 |
| | e. Total Prior Inactive Service | 03 | 02 | 05 |
| | f Foreign Service | 00 | 00 | 00 |
| | g Sea Service | 00 | 00 | 00 |
| | h Effective Date of Pay Grade | 82 | MAY | 16 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| FIFTH GOOD CONDUCT MEDAL FOR PERIOD ENDING 92JAN26/NATIONAL DEFENSE SERVICE MEDAL(2)/ARMED FORCES RESERVE MEDAL/ENLISTED AVIATION WARFARE SPECIALIST/MERITORIOUS UNIT COMMENDATION/VIETNAM SERVICE MEDAL/VIETNAM CAMPAIGN MEDAL WITH DEVICE/NAVY ACHIEVEMENT MEDAL/ |

| 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|
| NONE THIS PERIOD/ |

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | 4.5 |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X | No |
|---|---|---|---|

| 18. REMARKS: DISTRIBUTION OF DD 214 IAW NAVMILPERSCOMINST 1900.1B. |
|---|
| EFFECTIVE DATE OF TEMPORARY DISABILITY RETIREMENT: 93MAR01 |

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 1313 E 6TH ST | CAREN STEWART   36 CLAYTON DR |
| AUSTIN TX 78702 | W SPRINGFIELD MA 01089 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO TX | DIR OF VET AFFAIRS X Yes ☐ No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | |
| *Ronald H Stewart* | | M J ESTEP, ENC(SW), PSNR(TAR), MILPERSUP |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| TEMPORARY DISABILITY RETIRED LIST | HONORABLE |

| 25. SEPARATION AUTHORITY CHNAVPERS 082012ZFEB93 AND MILPERSMAN 3860380 | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| | SFK | RE-3P |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| PLACED ON TEMPORARY DISABILITY RETIRED LIST |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| TL: NONE | Initials |

DD Form 214, NOV 88   S/N 0102-LF-006-5500 *Previous editions are obsolete*   MEMBER

July 13, 2005

To Whom it May Concern,

My brother Ronald Hamilton Stewart(SS# 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) died May 18,2005.
Ron designated me as beneficiary on 10-28-2000. Document of that is
attached>
Ron was in the Navy for 23years. Included in this packet are 2 copies of his
retiree account statement. 1 copy Nov.7,2001-Dec3,2001 beneficiary information
on back of the pay statement for periods Jan 10,2002-Feb. 1,2002. Caren Britt 100%
Beneficiary.
Since 2004 Defence Finance and Accontig service Clevland Center Box 99191
Cleveland, Ohio has sent me a monthly check from my brothers retiree account until
May 18th. The check stopped upon his death.
My address is 36. Clayton Drive West Springfild Mass. 01089.

Sincerely,

*Caren Britt*

My home telephone # 413-734-0423

James G. Berrelli Jr.
Director of Veterans' Services
26 Central St
West Springfield, MA 01089
Fax. 1-413-746-5592

**Town of West
Springfield**

# Fax

| To: | VA Insurance claims claim no. 106-186- | | |
| --- | --- | --- | --- |
| | 86 | | |
| Fax: | 1-877-832-4943 | | 12 pages |
| Phone: | 1-800- 419-1473 | | |
| Re: | Insurance claim for beneficiary | CC: | James G. Berrelli Jr. |

**Please Reply**

Here is the information that you requested relating to beneficiary claim to policy for life insurance claim
no: 106-186-86. I am the Director of Veterans' Services of West Springfield assisting in this matter.
Thank you for your time and consideration in this matter. James G. Berrelli Jr. MED/CAS REHAB . God
Bless America

EXHIBIT E

July 22, 2005

'JUL 2 8 2005

Office of Group Members Life Insurance
290 W  Mount Pleasant Avenue,
Livingston, N J
07039-2747

Re  10618686-Ronald H  Stewart, decedent

Certificate Number  *7004 2510 0007  2505  1296*

Dear Ms  Reis,

      Pursuant to the attached beneficiary designation wherein I am named sole beneficiary for the death benefits for Mr  Stewart, I am enclosing a copy of the original death certificate as well as the application form number SGLV-8283

      I am also sending a copy of the beneficiary form naming me beneficiary, which was the last one on file at the time the decedent passed away  Please process my application pursuant to the rules of designation and release the funds to me as outlined in your letter of June 13, 2005  If you have any questions please do not hesitate to notify me at your earliest convenience

Truly Yours,

*S. Ray De Russe*

S  Ray DeRusse

817-923-9339 voice and
817-924-7048 fax

**The Commonwealth of Massachusetts**

STANDARD CERTIFICATE OF DEATH

REGISTRY OF VITAL RECORDS AND STATISTICS

(INSTRUCTIONS ON REVERSE SIDE)
FOR USE BY
PHYSICIANS AND
MEDICAL EXAMINERS

REGISTERED NUMBER  756

STATE USE ONLY  JUL 28 2005

| DECEDENT NAME  FIRST: Ronald  MIDDLE: Hamilton  LAST: Stewart | SEX: M | DATE OF DEATH (Mo Day Y): May 18, 2005 |

**DECEDENT**

PLACE OF DEATH (City/Town): Springfield
COUNTY OF DEATH: Hampden
HOSPITAL OR OTHER INSTITUTION: Baystate Medical Center

PLACE OF DEATH (Check one)
Inpatient ☒ ER/Outpatient ☐ DOA ☐ OTHER Nursing Home ☐ Residence ☐ Other (Specify)

SOCIAL SECURITY NUMBER: 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

IF US WAR VETERAN SPECIFY WAR: Vietnam

WAS DECEDENT OF HISPANIC ORIGIN? (If yes Specify Puerto Rican, Dominican, Cuban etc.)
☒ NO ☐ YES Specify

RACE (e.g. White, Black, American Indian, etc) (Specify): White

DECEDENT'S EDUCATION (Highest Grade Completed) Elementary (0 to 12): 12  College (1, 4, 5)

AGE  Last B'day Yrs: 56  UNDER 1 YEAR MOS DAYS  UNDER 1 DAY HOURS MINS

DATE OF BIRTH (Mo Day Yr): Feb 10, 1949

BIRTHPLACE (City and State if not in this country): Birkenhead, England

MARRIED NEVER MARRIED WIDOWED OR DIVORCED: Divorced

LAST SPOUSE (If wife give maiden name): Nisha Unknown

USUAL OCCUPATION: Documents Manager

KIND OF BUSINESS OR INDUSTRY: Pharmaceutical

RESIDENCE  NO & ST: 36 Clayton Drive West Springfield  CITY/TOWN: Hampden  COUNTY STATE/COUNTRY: Massachusetts  ZIP CODE: 01089

FATHER  FULL NAME: James Stewart
STATE OF BIRTH (if not in US name country): England
MOTHER  NAME (GIVEN) (MAIDEN): Marilyn Stewart
STATE OF BIRTH (if not in US name country): England

**INFORMANT**

INFORMANT'S NAME: Caren Britt
MAILING ADDRESS NO & ST: 36 Clayton Dr WEst  CITY/TOWN STATE ZIP CODE: Springfield MA 01089
Rel to DECEDENT: Sister

**DISPOSITION**

METHOD OF IMMEDIATE DISPOSITION
☐ BURIAL ☒ CREMATION ☐ OTHER BODY DONATED/DONOR DESIGNEE
☐ ENTOMBMENT ☐ REMOVAL FROM STATE
☐ DONATION ☐ OTH SPEC

FUNERAL SERVICE LICENSEE OR OTHER DESIGNEE: Joseph J. Nowak
LICENSE #: 5957

PLACE OF DISPOSITION (Name of Cemetery, Crematory or Other): Springfield Crematory
(City, Town, State): Springfield Massachusetts

DATE OF DISPOSITION (Mo Day Yr): May 23, 2005

Nowak Funeral and Cremation Services 15 ludlow Ave Spfld  01151

**CERTIFIER**

29 PART I  Enter the diseases, injuries or complications that caused the death. Do not enter the mode of dying such as cardiac or respiratory arrest, shock or heart failure. List only one cause on each line. ☐ PRINT OR TYPE LEGIBLY

IMMEDIATE CAUSE (Final disease or condition resulting in death): Cardiopulmonary Arrest  — Approximate interval Between Onset and Death: hours

Sequentially list conditions if any leading to immediate cause. Enter UNDERLYING CAUSE (disease or injury that initiated events resulting in death) LAST: Coronary Artery Disease  — DUE TO (OR AS A CONSEQUENCE OF): years

PART II  Other significant conditions contributing to death but not resulting in underlying cause given in Part I

WAS AUTOPSY PERFORMED (Yes or No): No

WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or No):

MED EXAM NOTIFIED? (Yes or No): YES

MANNER OF DEATH: ☒ NATURAL ☐ HOMICIDE ☐ COULD NOT BE DETERMINED ☐ ACCIDENT ☐ SUICIDE ☐ PENDING INVESTIGATION

DATE OF INJURY (Mo Day Yr):

TIME OF INJURY:

INJURY AT WORK (Yes or No):

DESCRIBE HOW INJURY OCCURRED

PLACE OF INJURY (At home farm street factory office bldg etc.) Specify:

LOCATION (No & St City/town State):

35a To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated
(Signature and Title): John MD

DATE SIGNED (Mo Day Yr): May 18 2005

HOUR OF DEATH: 10 11  P M

37a On the basis of examination and/or investigation in my opinion death occurred at the time, date and place and due to the cause(s) stated
(Signature):

DATE SIGNED (Mo Day Yr):

HOUR OF DEATH:

NAME OF ATTENDING PHYSICIAN IF NOT CERTIFIER (Type or Print): Susan Torrey MD

PRONOUNCED DEAD (Mo Day Yr):

NAME AND ADDRESS OF CERTIFYING PHYSICIAN OR MEDICAL EXAMINER (Type or Print): Jay Ishida MD 759 Chestnut Street Springfield MA 01099

LICENSE NO OF CERTIFIER: 214703

WAS THERE A PRONOUNCEMENT FORM? (Yes or No): No

IF YES STATE PRONOUNCED:

IF YES TIME PRONOUNCED:

NAME OF PRONOUNCER:

TITLE: ☐ RN ☐ PA

DATE BURIAL PERMIT ISSUED: 2005
SIGNATURE OF AGENT:  Admin. Assistant

RECEIVED IN THE CITY/TOWN OF: SP I FIELD
CLERK'S SIGNATURE:

DATE OF RECORD: MA 2 4 2005

STATE USE ONLY (left margin)
4c Hosp
5 Type
6 Hosp  Race
10 Age
15 Resid
15 Out State
23 Disp
31 32 Autop
34 Manner
35c Work Inj
35l Place
30 17 Cert
40a Pron

Pronouncement of Death Form (R 302) on File ☐

PERMANENT BLACK INK ONLY

R 301 01

City of Springfield, Mass  July 21 2005

I hereby Depose and Say that I am the Deputy City Clerk of the City of Springfield Commonwealth of Massachusetts That the records of births, marriages and deaths in said City are in my custody, and that the foregoing is a true copy of the return of a death on file in the office of the City Clerk of said Springfield

Witness my hand and the seal of the said City of Springfield,  July 21 2005

Attest  *[signature]*  Deputy City Clerk of Springfield  Mass

# INSTRUCTIONS TO CLAIMANTS

THIS FORM SHOULD BE USED WHEN THE DECEASED HAD INSURANCE IN FORCE UNDER SERVICEMEMBERS GROUP LIFE INSURANCE (SGLI) OR VETERANS GROUP LIFE INSURANCE (VGLI)

## PAYMENT OF DEATH BENEFITS

Under Servicemembers and Veterans Group Life Insurance death benefit payments must be made in the following order

- To the beneficiary named in writing by the insured  if none  the insurance is payable to

- the widow or widower of the insured  if none  it is payable to

- child or children in equal shares with the share of any deceased child distributed among the descendants of that child  if none  it is payable to

- parent(s) in equal shares  if none  it is payable to

- a duly appointed executor or administrator of the insured s estate  and if none  to

- other next of kin

## COMPLETION OF CLAIM FOR DEATH BENEFITS

It is important that all requested information be furnished  Omission or incomplete answers will delay settlement of the claim  All information should be typed or printed in ink  except the signature

| | |
|---|---|
| ITEM 1 | Show full name of the deceased serviceman  servicewoman or veteran |
| ITEM 2 | Show Social Security number of deceased  If the deceased did not have a Social Security number show service number |
| ITEM 3 | Show date of death of deceased |
| ITEMS 4  5 AND 6 | Show branch of service  duty status on date of death (if known)  and date of discharge or separation (if known) of deceased |
| ITEMS 7  8 9 AND 10 | Show your full name relationship to deceased  your date of birth and Social Security number |

If you were married to the deceased when he/she died  but were not named as his/her insurance beneficiary  complete Item 11A through 14C as applicable

If you were not married to the deceased when he/she died and were not specifically named as his/her insurance beneficiary complete Part II through 15D  Be sure to provide the required information as to the deceased s marital status and any children  In Items 15A through 15D give the information about persons indicated in the answers to the preceeding questions  In Part II use a separate signed sheet if necessary

Complete Part III if you were not named as the insurance beneficiary  were not married to the deceased at his/her death and are not a parent of the deceased

Part IV must be completed by all claimants

## EVIDENCE REQUIRED

If the deceased died while on active duty or while a member of a Reserve or National Guard Unit  the Office of Servicemembers Group Life Insurance will be furnished with proof of death by the Uniformed Service  In all other situations  the claimant must submit a certified copy of the Certificate of Death

Members performing duty on a full time basis  usually over 30 days and qualified members of the Ready Reserve are insured for 120 days following separation  Members totally disabled at separation may be insured for up to one year following separation as long as total disability continues  If the insured died while covered following separation from service  the claimant must also submit a copy of a report of separation  DD 214

You will be informed if it becomes necessary to submit other evidence

If you need assistance in completing this claim form  contact your nearest Department of Veterans Affairs Office

## CLAIM FOR DEATH BENEFITS
(Servicemembers Group Life Insurance)
(Veterans Group Life Insurance)

FOR OSGLI USE ONLY

RETURN COMPLETED FORM TO
OFFICE OF SERVICEMEMBERS GROUP LIFE INSURANCE
290 West Mount Pleasant Avenue
Livingston New Jersey 07039-2747

JUN 28 2005

NOTE THIS FORM IS NOT TO BE USED FOR NATIONAL SERVICE LIFE INSURANCE (NSLI) Policy Numbers Prefixed by V H RH RS W J JR and JS or UNITED STATES GOVERNMENT LIFE INSURANCE (USGLI) Policy Numbers Prefixed by K

| 1 NAME OF DECEASED (First middle last) | 2 SOCIAL SECURITY NUMBER | 3 DATE OF DEATH |
|---|---|---|
| Ronald Hamilton Stewart | 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 | 5-18-05 |

| 4 BRANCH OF SERVICE | 5 DUTY STATUS ON DATE OF DEATH (If known) | 6 IF DISCHARGED OR SEPARATED GIVE DATE (If known) (Month day year) |
|---|---|---|
| Navy | ☐ ACTIVE DUTY   ☒ DISCHARGED OR SEPARATED  ☐ DRILLING RESERVIST  ☐ INDIVIDUAL READY RESERVIST | |

PLEASE READ THE IMPORTANT INFORMATION AND INSTRUCTIONS ON REVERSE BEFORE COMPLETING

### PART I — INFORMATION CONCERNING CLAIMANT

| 7 NAME (First middle last) MR MRS MISS MS | 8 RELATIONSHIP TO DECEASED | 9 DATE OF BIRTH (Month day year) | 10 SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Salathiel Ray DeRusse | Best Friend | 03-11-57 | 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 |

NOTE — Complete Items 11A through 14C if you are the widow or widower of deceased

| 11A DATE OF MARRIAGE (Mo day yr) | 11B PLACE OF MARRIAGE (City and State) | 12 DID MARRIAGE CONTINUE UNTIL DATE OF DEATH? ☐ YES  ☐ NO |
|---|---|---|

| 13A DID DECEASED HAVE ANY PREVIOUS MARRIAGES? ☐ YES  ☐ NO  (If Yes complete 13B and 13C) | 13B PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH  ☐ DIVORCE | 13C DATE PREVIOUS MARRIAGE TERMINATED (If divorced within last 5 years attach copy of the divorce decree) |
|---|---|---|

| 14A DID YOU HAVE ANY PREVIOUS MARRIAGES? ☐ YES  ☐ NO  (If Yes complete 14B and 14C) | 14B PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH  ☐ DIVORCE | 14C DATE PREVIOUS MARRIAGE TERMINATED (If divorced within last 5 years attach copy of the divorce decree) |
|---|---|---|

NOTE — If you are not the named beneficiary widow or widower of the deceased complete Parts II and III

### PART II — INFORMATION CONCERNING NEXT-OF-KIN OF DECEASED

List below the name age relationship and address of (Check appropriate places below)

(a) Widow or Widower  ☐ None

If none was insured ever married?  ☐ Yes  ☐ No    If yes did marriage terminate by  ☐ Death  Give Date _____  ☐ Divorce  Give Date _____

(b) If there is no surviving widow or widower list all the children of the deceased Include any adopted child or illegitimate child stating which class it is and list the descendants of any deceased child or children If none check here  ☐

(c) If there are no children or descendants of children list the surviving parent or parents
Is father deceased?  ☐ Yes  ☐ No    Is mother deceased?  ☐ Yes  ☐ No

(d) If there are no survivors within the degrees indicated in (a) through (c) list below the next of kin who may be capable of inheriting from the deceased (brothers sisters descendants of deceased brothers sisters etc )

| 15A NAME | 15B AGE | 15C RELATIONSHIP TO DECEASED | 15D ADDRESS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

NOTE — Complete Items 16 and 17 ONLY if any of the persons listed above are under age 21

| 16 NAME AND ADDRESS OF GUARDIAN FOR ANY MINOR CHILDREN LISTED ABOVE IF ONE HAS BEEN APPOINTED BY THE COURT (Attach copy of appointment paper issued by court) | 17 IF A GUARDIAN HAS NOT BEEN APPOINTED WILL ONE BE APPOINTED? ☐ YES  ☒ NO |
|---|---|

### PART III — INFORMATION CONCERNING THE ESTATE OF THE DECEASED

| 18 NAME AND ADDRESS OF EXECUTOR OR ADMINISTRATOR IF ANY APPOINTED BY THE COURT TO SETTLE THE ESTATE OF THE DECEASED | 19 IF AN EXECUTOR OR ADMINISTRATOR HAS NOT BEEN APPOINTED WILL ONE BE APPOINTED? ☐ YES  ☐ NO |
|---|---|

### PART IV — CERTIFICATION BY CLAIMANT

I HEREBY CERTIFY that all statements made in this claim are true to the best of my knowledge information and belief and that no evidence necessary to a settlement of this claim is suppressed or withheld In the event the insured has not previously elected monthly installments I request that the death benefit be paid in

(Check one)  ☒ One Sum  ☐ 36 Equal Monthly Installments

| 20 SIGNATURE OF CLAIMANT (Do not print) | 21 ADDRESS (Number and Street Apt No City State and ZIP Code) | 22 DATE |
|---|---|---|
| S. Ray DeRusse | 2917 Lipscomb St. Fort Worth, Tx 76110 | 7-04-05 |
| | | 23 DAYTIME PHONE NUMBER  817-923-9339 |

WARNING — Any intentional false statement in this claim or wilful misrepresentation relative thereto is subject to punishment by a fine of not more than $10 000 or imprisonment of not more than 5 years or both (18 U S C 1001)

SGLV-8283  DECEMBER 2001

IF ADDITIONAL SPACE IS REQUIRED ATTACH SEPARATE SIGNED SHEETS

RECEIVED
NOV 2 8 2005

# BENEFICIARY DESIGNATION FORM

VETERANS GROUP LIFE INSURANCE (VGLI)
SERVICEMEN'S GROUP LIFE INSURANCE (SGLI)
FOR RETIRED RESERVISTS

RETURN COMPLETED FORM TO:
OFFICE OF SERVICEMEN'S GROUP LIFE INSURANCE
213 Washington Street
Newark, New Jersey 01 02-3990

| 1A. NAME OF INSURED AND MAILING ADDRESS FOR INSURANCE PURPOSES (Type or print) | 1C. SOCIAL SECURITY NUMBER |
|---|---|
| RONALD H. STEWARD | 026- 40- 4232 |
| 2000 ROUNTREE DR. | 1D. TELEPHONE NUMBER |
| AUSTIN, TX. 78702 | 512-472-6202 |

RELATIONSHIP TO INSURED: Brother of state friend — SHARES OR AMOUNT TO EACH PRINCIPAL BENEFICIARY: 100% — PAYMENT OPTION: Lump Sum

| COMPLETE NAME AND ADDRESS OF EACH BENEFICIARY (first, middle and last name) | SOCIAL SECURITY NUMBER if known | RELATIONSHIP TO INSURED | SHARES OR AMOUNT TO EACH PRINCIPAL BENEFICIARY | PAYMENT OPTION LUMP SUM OR 36 EQUAL MONTHLY PAYMENTS |
|---|---|---|---|---|
| Peter DeBose | 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 | Brother of state friend | 100% | Lump Sum |

Signature — Date: 10-20-96

| SIGNATURE OF OSGLI REPRESENTATIVE | DATE RECORDED |
|---|---|
| B.H. Brent | 10/29/96 |

July 14, 2005


Office of Group Members Life Insurance
290 W. Mount Pleasant Avenue,
Livingston, N.J.
07039-2747

Re: 10618686
Fax number 1-877-832-4943


Dear Ms. Reis;

    Thank you for speaking with me this morning, I appreciate your time and efforts.
In the above referenced matter, and from our conversation this morning it is my
understanding that you will be sending to me a copy of a letter sent to Craig Stewart in
which you inform him of my status as sole beneficiary.
    It is also my understanding that Caren Britt may have information, which places
her as beneficiary in 2002. You say you must receive documents from Ms. Britt to
ascertain whether there was ever a change in 2002. Please note that my position will be
that a beneficiary change filed after the decent died is not sufficient to perfect a legal
beneficiary change.
    If these documents were filed in 2002 or 2003, several years ago, we find it highly
unusual and suspect that VGLI would not have a record of this change and removed the
last designation and replaced it with a newer one. Therefore it is not credible to believe
that VGLI must obtain a copy from the beneficiary rather than the insured. If the insurer
plans to make a belated, unauthorized, and illegal change then I want to formally request
you place the funds in an account to be held by the court for a judicial review.
    If you have any questions please do not hesitate to let me know at your earliest
convenience.


Truly Yours,


S. Ray DeRusse

S. Ray DeRusse


817-923-8339 voice and
817-924-7048 fax

July 10, 2005


Office of Group Members Life Insurance
290 W. Mount Pleasant Avenue,
Livingston, N.J.
07039-2747

re: 10618686
fax number 1-877-832-4943


Dear Ms. Reis,
    Pursuant to your letter of June 13, 2005, regarding my beneficiary designation, I
am in the process of obtaining a death certificate for Ronald H. Stewart. I am, however,
unsure of whether or not the certificate is available. The state of Massachusetts uses a
company called US Certs. They tell me it takes about 90 days from the date of death for
them to obtain from the state a valid certificate. They also tell me that the cost is the same
whether or not a certificate is available. In other words they charge just for the search but
tell me I should wait a reasonable amount of time to make sure it is there. I therefore, will
wait until I can be reasonably sure it is available which means it may take until the end of
July. . I will order one on July 12, and if it is available I can have it sent directly to you if
necessary. Until then I am partially perfecting the claim by filling out and faxing to you a
copy of the form SGLV 8283. I will send all signed originals when the certificate is
received.
    I sent a letter to Caren Britt, Ron's sister, which she received on July 08, 2005. I
have also spoken with her on two occasions recently. She called me on Saturday July 09,
and was vague and unclear as to whether or not she has a copy of the death certificate. If
you have any questions please do not hesitate to let me know at your earliest
convenience.


Cordially,

*S. Ray DeRusse*

S. Ray DeRusse

817-924-7048 fax
817-923-9339 voice
srd@ispwest.com

## CLAIM FOR DEATH BENEFITS
(Servicemembers' Group Life Insurance)
(Veterans' Group Life Insurance)

**FOR OSGLI USE ONLY**

RETURN COMPLETED FORM TO:
OFFICE OF SERVICEMEMBERS' GROUP LIFE INSURANCE
290 West Mount Pleasant Avenue
Livingston, New Jersey 07039-2747

NOTE: THIS FORM IS NOT TO BE USED FOR NATIONAL SERVICE LIFE INSURANCE (NSLI) Policy Numbers Prefixed by V, H, RH, RS, W, J, JR and JS or UNITED STATES GOVERNMENT LIFE INSURANCE (USGLI) Policy Numbers Prefixed by K

| 1. NAME OF DECEASED (First, middle, last) | 2. SOCIAL SECURITY NUMBER | 3. DATE OF DEATH |
|---|---|---|
| Ronald Hamilton Stewart | 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 | 5-18-05 |

| 4. BRANCH OF SERVICE | 5. DUTY STATUS ON DATE OF DEATH (If known) | 6. IF DISCHARGED OR SEPARATED, GIVE DATE (If known) (Month, day year) |
|---|---|---|
| Navy | ☐ ACTIVE DUTY  ☒ DISCHARGED OR SEPARATED  ☐ DRILLING RESERVIST  ☐ INDIVIDUAL READY RESERVIST | |

PLEASE READ THE IMPORTANT INFORMATION AND INSTRUCTIONS ON REVERSE BEFORE COMPLETING.

### PART I — INFORMATION CONCERNING CLAIMANT

| 7. NAME (First, middle, last) MR. MRS. MISS MS. | 8. RELATIONSHIP TO DECEASED | 9. DATE OF BIRTH (Month, day, year) | 10. SOCIAL SECURITY NUMBER |
|---|---|---|---|
| Salathiel Ray DeRusse | Best Friend | 03-11-57 | 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 |

NOTE — Complete items 11A through 14C if you are the widow or widower of deceased.

| 11A. DATE OF MARRIAGE (Mo., day, yr.) | 11B. PLACE OF MARRIAGE (City and State) | 12. DID MARRIAGE CONTINUE UNTIL DATE OF DEATH? |
|---|---|---|
| | | ☐ YES  ☐ NO |

| 13A. DID DECEASED HAVE ANY PREVIOUS MARRIAGES? | 13B. PREVIOUS MARRIAGE TERMINATED BY: | 13C. DATE PREVIOUS MARRIAGE TERMINATED (If divorced within last 5 years, attach copy of the divorce decree) |
|---|---|---|
| ☐ YES  ☐ NO  (If "Yes," complete 13B and 13C) | ☐ DEATH  ☐ DIVORCE | |

| 14A. DID YOU HAVE ANY PREVIOUS MARRIAGES? | 14B. PREVIOUS MARRIAGE TERMINATED BY: | 14C. DATE PREVIOUS MARRIAGE TERMINATED (If divorced within last 5 years, attach copy of the divorce decree) |
|---|---|---|
| ☐ YES  ☐ NO  (If "Yes," complete 14B and 14C) | ☐ DEATH  ☐ DIVORCE | |

NOTE — If you are not the named beneficiary, widow or widower of the deceased, complete Parts II and III.

### PART II — INFORMATION CONCERNING NEXT-OF-KIN OF DECEASED

List below the name, age, relationship, and address of:        (Check appropriate places below)

(a) Widow or Widower   ☐ None

If none, was insured ever married?  ☐ Yes  ☐ No   If yes, did marriage terminate by  ☐ Death   Give Date _____   ☐ Divorce   Give Date _____

(b) If there is no surviving widow or widower, list all the children of the deceased. Include any adopted child or illegitimate child stating which class it is and list the descendants of any deceased child or children. If none, check here ☐

(c) If there are no children or descendants of children, list the surviving parent or parents

Is father deceased?  ☐ Yes  ☐ No        Is mother deceased?  ☐ Yes  ☐ No

(d) If there are no survivors within the degrees indicated in (a) through (c), list below the next of kin who may be capable of inheriting from the deceased (brothers, sisters, descendants of deceased brothers, sisters, etc.).

| 15A. NAME | 15B. AGE | 15C. RELATIONSHIP TO DECEASED | 15D. ADDRESS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

NOTE — Complete items 16 and 17 ONLY if any of the persons listed above are under age 21.

| 16. NAME AND ADDRESS OF GUARDIAN FOR ANY MINOR CHILDREN LISTED ABOVE IF ONE HAS BEEN APPOINTED BY THE COURT (Attach copy of appointment paper issued by court) | 17. IF A GUARDIAN HAS NOT BEEN APPOINTED, WILL ONE BE APPOINTED?  ☐ YES  ☐ NO |
|---|---|

### PART III — INFORMATION CONCERNING THE ESTATE OF THE DECEASED

| 18. NAME AND ADDRESS OF EXECUTOR OR ADMINISTRATOR, IF ANY, APPOINTED BY THE COURT TO SETTLE THE ESTATE OF THE DECEASED | 19. IF AN EXECUTOR OR ADMINISTRATOR HAS NOT BEEN APPOINTED, WILL ONE BE APPOINTED?  ☐ YES  ☐ NO |
|---|---|

### PART IV — CERTIFICATION BY CLAIMANT

I HEREBY CERTIFY that all statements made in this claim are true to the best of my knowledge, information, and belief, and that no evidence necessary to a settlement of this claim is suppressed or withheld. In the event the insured has not previously elected monthly installments, I request that the death benefit be paid in:

(Check one)   ☒ One Sum        ☐ 36 Equal Monthly Installments

| 20. SIGNATURE OF CLAIMANT (Do not print) | 21. ADDRESS (Number and Street, Apt. No., City, State and ZIP Code) | 22. DATE 7-04-05 |
|---|---|---|
| S. Ray DeRusse | 2917 Lipscomb St. Fort Worth, TX. 76110 | 23. DAYTIME PHONE NUMBER 817-923-9339 |

WARNING — Any intentional false statement in the claim or willful misrepresentation relative thereto is subject to punishment by a fine or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001).

SGLV-8283  DECEMBER 2001

IF ADDITIONAL SPACE IS REQUIRED, ATTACH SEPARATE SIGNED SHEETS.

**Rose Andriola**
OSGLI
Phone Number: 973-548-6636
Fax Number: 1-877-832-4943

Friday July 1, 2005 04:13 PM

To   Maria Reis/GLDI/INST/Prudential@Prudential
cc:
Subject: In reference to Ronal H. Stewart, claim number
         10618686

----- Forwarded by Rose Andriola/GLDI/INST/Prudential on 07/01/2005 04:13 PM -----

**"S. Ray DeRusse" <srd@ispwest.com>**

Friday July 1, 2005 03 53 PM
Please respond to srd

To   osgli.claims@prudential.com
cc:
Subject: In reference to Ronal H. Stewart, claim number
         10618686

Dear Ms. Reis;

          Would you please fax or email to me the letter from Craig Stewart
you
referenced in your fist communication with me, dated June 13, 2005. That
letter was not found in the materials as an attachment. Also please
include any other notes, letters, emails, or materials submitted by
Craig or anyone pertinent and relevant to this claim. PLease include any
material which is not considered a privileged communication. If you have
any questions please do not hesitate to call me at 817-923-9339.

Truly Yours,

S. Ray DeRusse
fax # 817-924-7048

June 30, 2005

Office of Group Members Life Insurance
290 W Mount Pleasant Avenue,
Livingston, N.J.
07039-2747

re: 10618686
fax number 1-877-832-4943

Dear Ms. Reis;

    I send this letter you in the form of a brief statement. I have known for sometime that Ron was struggling with prostate cancer although I thought he was cured as he indicated. I also know how his family including Craig Stewart, may feel with respect to these insurance proceeds. However, that aside so that they may not conjure up feelings of false hope, and so others who are uninformed may not be falsely encouraging them, let them know through your in house counsel that life insurance proceeds are treated separately from other property by the operation of the law within the probate courts. In addition since this operation derives from state law, it falls under a contractual obligation by the insurer, the insured, and the beneficiary with no other parties considered.

    The courts are generally reluctant to intervene because it means they have to revisit a well worn established path to contract law and look for defective language in a contract and disturb statutory law to do so. They will also question why the drafters are not defending their contract. Finally, disturbing the contract on the basis of what a decedent intended to do but did not do themselves given every opportunity to do so, would open the flood gates to challenging all manner of contracts by those seeking to unjustly enrich themselves. The courts are very clear on this and if you can relay this information to Craig it would be greatly appreciated. Incidentally this note is not intended to be mean spirited or confrontational, it's just that I have experience in this area so I know what I am speaking of. If you have any questions please do not hesitate to let me know at your earliest convenience.

Cordially,

S. Ray DeRusse
817-924-7048 fax
817-923-9339 voice

June 29, 2005

Office of Group Members Life Insurance

290 W. Mount Pleasant Avenue,
Livingston, N.J.
07039-2747

re: 10618686
by email, osgli.claims@prudential.com and
fax number 1-877-832-4943

Dear Ms. Reis

     Pursuant to the above referenced claim, you may distribute the amounts in life
insurance per the insured Ronald H. Stewart wishes. I understand that he made me
beneficiary of his claim policy and wish that those amounts be forwarded to me per his
instructions. Further you may invoke ITEM A (Lump sum) in the claims procedure and I
will handle the matter from that point forward. Mr. Stewart and I had named each other
beneficiaries as business partners in Austin Texas, and I understand that he wished to
maintain that relationship beyond our partnership dissolution which amounted to closing
of our art gallery.

     As far as Craig Stewart claiming the proceeds for Ronald Stewart; The elder
Ronald Stewart and I planned on leaving Craig certain property however when he was
dishonorably discharged from the military for excessive alcoholism. and conduct
unbecoming, we decided to remove him as our beneficiary.

     In any case please forward the amounts indicated into the Prudential account and
process the account per Mr. Stewart's wishes. I will fax to you the completed form
number SGLV 8283. If you have any questions please do not hesitate to contact me at the
listed number below.

*S. Ray De Russe*

S. Ray DeRusse (Salathiel DeRusse)
2917 Lipscomb St.
Fort Worth, Texas
76110

817-924-7048 fax
817-923-9339 voice

EXHIBIT F

F8

# First Notice Of Death (FNOD)

*106186086*

**CALLER & INSURED INFORMATION**

- Fill in all requested information below, otherwise request cannot be processed.

**Call Information**

| | |
|---|---|
| Date of Call: | 05/23/2005 |
| Caller's Name | Robert Britt |
| Caller's Relationship to Insured: | CAREN BRITT SISTER HUSBAND CALLING FOR |
| Daytime Telephone Number: | 413-734-0423 |
| Fax Number ( if any) | |

**Insured's Information**

| | |
|---|---|
| Insured's First Name: | Ronald |
| Insured's Last Name: | STEWART |
| Insured's Date of Death: | 05/18/2005 |
| Insured's Social Security Number: | 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 |

**What was the cause of death?**
HEART ATTACK

**Did you change the member status to 'Deceased' in COMPASS?**
● Yes
○ No

**CLAIMANT INFORMATION**

- If the Claimant is the same person as the Caller, check the appropriate box below and complete the address fields only.
- If the form is to be mailed to the claimant:
  - at the address of record: check the appropriate box and fill in the recipient's name and phone number
  - at an alternate address or faxed: check the appropriate box and fill in the applicable fields below.

☐ Caller listed above is Claimant
○ Send form to address of record
● Send form to alternate address

**Send form to Claimant as follows:**

| | |
|---|---|
| Name: | Caren Britt |
| Street Address: | 36 CLAYTON DRIVE |
| City, State, Zip Code+4 | WEST SPRINGFIELD MA  01089 |
| Claimant's Relationship to Insured | SISTER |
| Fax Number (if any): | |

**ADDITIONAL INFORMATION**

- If there is more than one claimant requesting a form, type the additional information in the section below.

**Enter freeform comments here:**

| | | | |
|---|---|---|---|
| Form Completed By | Shawna Kohn<br>05/23/2005<br>10:10:38 AM | FNOD Package Sent<br>By | |



**Call Documentation:**

Mr. Britt contacted our office to verify if paperwork was mailed to his wife Caron who is the insured's sister. Mr. Britt was informed that sister was not listed as beneficiary. Wants to know who the bene is informed bene info confidential and cannot be disclosed.

States he has a document dated 10/28/2000 that lists his wife as bene, when I questioned him about the form he indicated the form was from DFAS and his wife received a condolence letter from them. I explained sgli/vgli program and also informed him that insured appears to have had a separate insurance through them to which his wife was designated. I provided the DFAS 800-435-3396 and informed him to call to verify any additional benefits his wife may be entitled to.

He also states that ex-wife has been calling around trying to cause trouble, states she has been married six times and wants to try to claim funds on her on behalf.



After identifying his ssn... I spoke with S.Ray regarding his claim.

S. Ray called to notify this office that it may take a while before he can obtain the dc. He indicated that Ronald's family is not very accepting that he is the beneficiary. He was not sure if the family would be cooperative and provide him with a copy of the death certificate. He stated that he will try to obtain the dc by contacting Ronald's family. He will notify once it is obtained and it it is obtained. He also stated that he may have a copy of Ronald's DD214, although he does not know exactly where it is. He was advised that if it is btained to submit it (DD214) with the cf and dc.

He also wanted to verify the contingent beneficiary. He requested that a copy of the designation be faxed to him. I explained to him that bene info is confidential and I cannot reveal who the contingent bene is. I informed him that I can fax a copy of the beneficiary designation where only he is listed as bene. He understand.

7/6-As per beneficiary's rqst, faxed the bene des form to:1-817-924-7848

Tel:817-923-9339













LIFE Claims Management System

File  Edit  Claim  SOAP  Payments  Interest  Forms  Options  Window  Help  Claim Location

New Claim | Open Claim | Claim | Clm. History | Medical | Emp. Hist | Coverage | Pmt Hist | Payee | Cash Recpt | Phone Book | SOAP | Corres
Phone Log | Other Events | Chronology | Audit Trail | Forms | Queue View | EDI | | Open Plan | Int. Calc. | Follow-up | Exit Claim

10618686 : STEWART - INQUIRY

**Telephone Call Log**

Made/Rec'd By: X080844    Pelton, Delores                                   Critical: ☑

Caller:    Mark Tanner-Attorney for sister Caren Br    Call Date: 08/08/2005    Time: 05:09 PM

Reason:    wanted info on case

                                                    Incoming: ⦿    Outgoing: ○

**Call Documentation:**

At time of call I did not ask for Letter of Representation. He wanted information from the file. I told him we would have to get back to him. He did say that he was calling for sister, Caren Britt.

Phone 413-584-1287
Fax 413-584-0453
e mail: mtanner.bacon-wilson.com

Please send 30 day letter to Caren Britt. Also, advise bene that we gave sister 30 days to file a suit if it is her intent to continue with protest. Caren continues to send us correpondence claiming to be beneficiary. However, she has not submitted any documentation to proof that a beneficiary change under VGLI was ever made.

Request Letter of Representation from attorney to discuss case with him and/or send him copy of letter to Caren.

I don't believe the case warrants referral to the law dept.

Interventions        ✓ OK    ✗ Cancel

Branch: VGLI Beni 1st                                    INQUIRY  CAPS  NUM  INS        OSGLI





