MAS-20041213
dunhamti

Case 3:05-cv-30197-MAP    Document 8    Filed 09/19/2005    Page 1 of 12

Commonwealth of Massachusetts
HAMPDEN SUPERIOR COURT
Case Summary
Civil Docket

09/12/2005
09:58 AM

## HDCV2005-00800
## Britt v DeRusse et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 08/16/2005 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 09/06/2005 | **Session** | A - Civil A - CtRm 6 | | |
| **Origin** | 1 | **Case Type** | D99 - Misc equitable remedy | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 11/14/2005 | **Answer** | 01/13/2006 | **Rule12/19/20** | 01/13/2006 |
| **Rule 15** | 01/13/2006 | **Discovery** | 06/12/2006 | **Rule 56** | 07/12/2006 |
| **Final PTC** | 08/11/2006 | **Disposition** | 10/10/2006 | **Jury Trial** | Yes |

### PARTIES

**Plaintiff**
Caren Britt
Active 08/16/2005

**Private Counsel 649532**
Mark A. Tanner
Morse & Sacks
31 Trumbull Road
Northampton, MA 01060
Phone: 413-584-1287
Active 08/16/2005 Notify

**Defendant**
S Ray DeRusse
Service pending 08/16/2005

**Private Counsel 567796**
David P Russman
Michienzie & Sawin LLC
745 Boylston Street
5th Floor
Boston, MA 02116
Phone: 617-227-5660
Fax: 617-227-5882
Active 09/06/2005 Notify

**Defendant**
Veterans Group Life Insurance
Service pending 08/16/2005

**Private Counsel 546321**
William T Bogaert
Wilson Elser Moskowitz Edelman & Dicker
LLP
155 Federal Street
5th floor
Boston, MA 02110
Phone: 617-422-5400
Fax: 617-423-6917
Active 09/06/2005 Notify

**Private Counsel 650496**
Carey L Bertrand
Wilson Elser Moskowitz Edelman & Dicker
LLP
155 Federal Street
Boston, MA 02110
Phone: 617-422-5300
Fax: 617-423-6917
Active 09/06/2005 Notify

MAS-20041213
dunhamti

Case 3:05-cv-30197-MAP    Document 8    Filed 09/19/2005    Page 2 of 12

Commonwealth of Massachusetts
HAMPDEN SUPERIOR COURT
Case Summary
Civil Docket

09/12/2005
09:58 AM

## HDCV2005-00800
## Britt v DeRusse et al

| Defendant | |
|---|---|
| Prudential Insurance Company of America<br>Service pending 08/16/2005 | **Private Counsel 546321**<br>William T Bogaert<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>155 Federal Street<br>5th floor<br>Boston, MA 02110<br>Phone: 617-422-5400<br>Fax: 617-423-6917<br>Active 09/06/2005 Notify<br><br>**Private Counsel 650496**<br>Carey L Bertrand<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>155 Federal Street<br>Boston, MA 02110<br>Phone: 617-422-5300<br>Fax: 617-423-6917<br>Active 09/06/2005 Notify |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 08/16/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 08/16/2005 | | Origin 1, Type D99, Track F. |
| 08/16/2005 | 2.0 | Plaintiff Caren Britt's emergency ex parte motion for Temporary Restraining Order and Preliminary Injunction. |
| 08/16/2005 | | MOTION (P#2) Court declines to issue a TRO.  Order of Notice may issue for hearing on Preliminary Injunction.  (Constance Sweeney, Justice). Notices in hand August 17, 2005 |
| 08/16/2005 | 3.0 | Summons and order of notice issued; returnable August 25, 2005 |
| 08/24/2005 | | Court received faxed letter re Aug. 25 hearing which was taken off list |
| 09/06/2005 | 4.0 | Atty David P Russman's notice of appearance for S Ray DeRusse |
| 09/06/2005 | 5.0 | Case REMOVED this date to US District Court of Massachusetts |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 08/25/2005 | Civil A - CtRm 6 | Motion/Hearing: order of notice (3) | Event not held-joint request |



A TRUE COPY
OF THE DOCKET MINUTES.
IN WITNESS WHEREOF, I hereunto
set my hand, and have caused the seal
of the Superior Court for the County
of Hampden to be affixed on this
12th day of September
2005    Irene M Denham
Deputy Asst Clerk

*R32-05 L/C 2:12 pm*

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**

SEP 07 2005

*Marie G. Mazza*
CLERK-MAGISTRATE

*2917 Lipscomb*

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
NO.  05- 809

CAREN BRITT
_____, PLAINTIFF(S)

V.

S. RAY DeRUSSE and *2917 LIPSCOMB*
VETERANS GROUP LIFE INSURANCE and
~~PRUDENTIAL INSURANCE COMPANY~~, DEFENDANT(S)
OF AMERICA

**SUMMONS**

To the above named defendant:

You are hereby summoned and required to serve upon
Mark A. Tanner, Esq. Bacon & Wilson, P.C. Morse & Sachs, plaintiff's attorney, whose address is
31 Trumbull Rd. Northampton, MA 01060, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esq., at Springfield the ___17th_____ day of
___August_____ in the year of our Lord two thousand five.

*Marie G. Mazza*
Clerk / Magistrate

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No.1

NOTICE TO DEFENDANT -- You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _Aug. 23_, 2005 , I served a copy of the within summons, together with a copy of the original complaint, in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5):

_In Person at_
_2917 Lipscomb_
_Fort Worth, Texas_

_Deputy R.G. Peel_

Dated: _August 23,_____, 2005

**N.B. TO PROCESS SERVER:**
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON THE COPY SERVED ON DEFENDANT.</u>

**CONSTABLE SERGIO DeLEON**
**PCT. #5 TARRANT CO. TX.**

_Deputy R.G. Peel_
(                              )
( _august 28,_        , 2005 )
(                              )

**CONSTABLE SERGIO DeLEON**
**PCT. #5 TARRANT CO. TX.**

CLERKS OFFICE
SUPERIOR COURT
HAMPDEN COUNTY
2005 SEP -7 A 9: 12

# Commonwealth of Massachusetts

HAMPDEN, ss.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION

No. 05-800

_____ CAREN BRITT _____ , Plaintiff(s)

v.

S. RAY DeRUSSE and VETERANS GROUP LIFE INSURANCE and
PRUDENTIAL INSURANCE COMPANY OF AMERICA , Defendant(s)

## _SUMMONS AND ORDER OF NOTICE_

To the above-named Defendants:

You are hereby summoned and required to serve upon ___Mark A. Tanner, Esquire___
___Bacon & Wilson, P.C./Morse & Sacks___
plaintiff's attorney, whose address is _31 Trumbull Road, Northampton, MA  01060_____
an answer to the complaint which is herewith served upon you, within 20 days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You are also required to file your answer
to the complaint in the office of the Clerk of this court at Springfield either before service upon
plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim
which you may have against the plaintiff which arises out of the transaction or occurrence that is the
subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any
other action.

WE ALSO NOTIFY YOU that application has been made in said action, as appears in the
Emergency Ex Parte Motion for Temporary Restraining Order and
complaint for a preliminary injunction and that a hearing upon such application will be held at the
court house at said Springfield in the ___A___ session without jury of our said court on _Thursday___
the ___25th___ day of _August_____ A.D. 2005 , at _2:00_ o'clock p.m. , at which you
may appear and show cause why such application should not be granted

Witness, **Barbara J. Rouse**, Esquire, at Springfield the ____ 16th_____ day
of _August_____ in the year of our Lord two thousand five.

_Marie D. Mazza_
CLERK/MAGISTRATE

_NOTES_

1  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2  When more than one defendant is involved, the names of all defendants should appear in the
   caption. If a separate summons is used for each defendant, each should be addressed to the
   particular defendant.

No. 4

9/8/05

3

<u>*PROOF OF SERVICE OF PROCESS*</u>

I hereby certify and return that on _____ , I served a copy of the within summons and restraining orders, together with a copy of the complaint in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

_____

_____

_____

Dated: _____

<u>N.B.</u> *TO PROCESS SERVER* :—

PLEASE PLACE <u>*DATE*</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>*ON THE*</u> <u>*ORIGINAL*</u> <u>AND ON COPY SERVED ON DEFENDANT.</u>

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

# COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss.

**SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
NO.**

_____CAREN BRITT_____, PLAINTIFF(S)

V.

S. RAY DeRUSSE and
VETERANS GROUP LIFE INSURANCE and
~~PRUDENTIAL INSURANCE COMPANY OF~~____, DEFENDANT(S)
AMERICA

**SUMMONS**

To the above named defendant:

You are hereby summoned and required to serve upon
Mark A. Tanner, Esq. Bacon & Wilson, P.C. Morse & Sacks plaintiff's attorney, whose address is
31 Trumbull Road, Northampton, MA 01060, an answer to the complaint which is herewith served upon
you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do
so, judgment by default will be taken against you for the relief demanded in the complaint. You are also
required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before
service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which
you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter
of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esq., at Springfield the __17th_____day of
___August_____ in the year of our Lord two thousand five.

*Marie G. Mazza*

Clerk / Magistrate

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate
summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

NOTICE TO DEFENDANT -- You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's office.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 2005 , I served a copy of the within summons, together with a copy of the original complaint, in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5):

Dated:_____, 2005

N.B. TO PROCESS SERVER:
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS
BOX ON THE ORIGINAL AND ON THE COPY SERVED ON DEFENDANT.

(                              )
(                    , 2005 )
(                              )



# OFFICE OF SERVICEMEMBERS' GROUP LIFE INSURANCE

290 West Mount Pleasant Avenue
Livingston, New Jersey 07039

When calling from the United States, Canada, Puerto Rico,
St. Thomas or St. Croix, please dial 1-800-419-1473.
From any other area, please dial (973) 548-5699.
FAX (800) 236-6142 Claim FAX (877) 832-4943

August 18, 2005

Bacon & Wilson, P.C
Morse & Sacks
Attorneys At Law
31 Trumbull Rd
Northampton, MA 01060

In Re: Ronald H Stewart
Claim No.: **10618686**

Dear Sirs,

This is to confirm our receipt of the *Complaint and Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction* and have accepted service. We have referred the case to our legal department for handling. You should be contacted in the near future by outside counsel.

If you have any questions, please do not hesitate to contact our office toll free at (800) 419-1473. I can be reached on extension 3969 between 8:00am and 4:00 pm Eastern time, Monday through Friday. If you prefer, you can send our office a fax at (877) 832-4943.

Sincerely,

R. Silva

Rose Silva
Sr. Claim Examiner

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss                          SUPERIOR COURT
                                     No. 05-800

CAREN BRITT,                    )
        Plaintiff               )
                                )
v.                              )
                                )
S. RAY DeRUSSE and              )
VETERANS GROUP LIFE INSURANCE   )
And                             )
PRUDENTIAL INSURANCE COMPANY    )
  OF AMERICA,                   )
        Defendants              )
                                )

HAMPDEN COUNTY
SUPERIOR COURT
FILED

SEP 0 6 2005

CLERK-MAGISTRATE

## NOTICE OF APPEARANCE

To the Clerk:

      Please enter my appearance as counsel for the defendant S. Ray DeRusse.

               Respectfully submitted,

               S. RAY DeRUSSE,
               By his attorney,

               David P. Russman (BBO 567796)
               The Russman Law Firm, P.C.
               194 E Street, Suite 1
               Boston, MA  02127
               617.464.2332

Dated:   August 31, 2005

A true copy:

    Attest:

          Deputy Assistant Clerk

*Certificate of Service*

I, David Russman, hereby certify that I served a true and accurate copy of this document upon the following on August 31, 2005 via first-class mail, postage prepaid.

Mark A. Tanner, Esq.
Bacon & Wilson / Morse & Sacks
31 Trumbull Road
Northampton, MA  01060

Carey Bertrand, Esq.
Wilson Elser
155 Federal Street
Boston, MA  02110

Dated:  August 31, 2005

David P. Russman

# Commonwealth of Massachusetts

HAMPDEN ,ss.

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION

No.   05-800

—————— CAREN BRITT ——————, Plaintiff(s)

v.

S. RAY DeRUSSE and VETERANS GROUP LIFE INSURANCE and
PRUDENTIAL INSURANCE COMPANY OF AMERICA
————————, Defendant(s)

## SUMMONS AND ORDER OF NOTICE

To the above-named Defendants:

You are hereby summoned and required to serve upon ___ Mark A. Tanner, Esquire
Bacon & Wilson, P.C./Morse & Sacks
plaintiff's attorney, whose address is 31 Trumbull Road, Northampton, MA  01060 _____

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WE ALSO NOTIFY YOU that application has been made in said action, as appears in the Emergency Ex Parte Motion for Temporary Restraining Order and ~~~~~~~~~~~~~~~ preliminary injunction and that a hearing upon such application will be held at the court house at said Springfield in the ___ A ___ session without jury of our said court on __ Thursday __ the ____ 25th ____ day of _ August ____ A.D. 2005 , at _2:00_ o'clock p.m. , at which you may appear and show cause why such application should not be granted.

Witness, Barbara J. Rouse, Esquire, at Springfield the ___ 16th _____ day of __ August _____ in the year of our Lord two thousand five.

_Maria D. Shazza_
CLERK/MAGISTRATE

NOTES

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

# COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN , SS.**                                    **SUPERIOR COURT DEPT.**
                                                    **OF THE TRIAL COURT**
                                        HAMPDEN COUNTY
                                        SUPERIOR COURT Civil Action No.    05·  809
                                            **FILED**

| | |
|---|---|
| **CAREN BRITT,** | AUG 1 6 2005 |
| **Plaintiff** | ) |
| | ) |
| v. | ) |
| | CLERK-MAGISTRATE ) |
| **S. RAY DeRUSSE and** | ) |
| **VETERANS GROUP LIFE INSURANCE** ) | 
| **and** | ) |
| **PRUDENTIAL INSURANCE** | ) |
| **COMPANY OF AMERICA,** | ) |
| **Defendants** | ) |
| | ) |

**Emergency *Ex Parte* Motion for
Temporary Restraining Order
and Preliminary Injunction**

     Now comes Caren Britt, Plaintiff in the above-captioned matter, and hereby moves this Honorable Court to issue a preliminary injunction, pursuant to Mass.R.Civ.P. 65, prohibiting and enjoining the Defendants, from paying the proceeds of a certain life insurance policy named in the Verified Complaint during the pendency of the present action.

     In further support of this motion, please see the Verified Complaint of the Plaintiff, the Affidavit of Caren Britt, the Affidavit of Mark A. Tanner, Esq., as well as the Memorandum of Law in support hereof, all of which documents are attached hereto and made a part hereof. A proposed Order is also submitted herewith.

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

2

**WHEREFORE**, the Plaintiff respectfully requests that this Court issue a temporary

restraining order and preliminary injunction, as set forth on the attached proposed Order.

Respectfully Submitted for
The Plaintiff

8-15-05
Date

_Caren Britt_
Mark A. Tanner
**Bacon & Wilson, P.C./Morse & Sacks**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 584-1287
BBO No. 649532

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
ELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

A true copy:

Attest:

_Kena m Denham_
Deputy **Assistant Clerk**

# COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN , SS.**

**SUPERIOR COURT DEPT.
OF THE TRIAL COURT
Civil Action No.**

| | |
|---|---|
| **CAREN BRITT,** ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Memorandum of Law in Support** |
| ) | **of Emergency _Ex Parte_ Motion for** |
| ) | **Temporary Restraining Order and** |
| **S. RAY DeRUSSE and** ) | **Preliminary Injunction** |
| **VETERANS GROUP LIFE INSURANCE**) | |
| **and** ) | |
| **PRUDENTIAL INSURANCE** ) | |
| **COMPANY OF AMERICA,** ) | |
| **Defendants** ) | |

This is an action on a declaratory judgment to determine the rights of the named

parties to a certain life insurance policy.

## STATEMENT OF FACTS

The Plaintiff relies on the statement of facts set forth in the verified complaint

which is incorporated herein by reference.

## ARGUMENT

In order to succeed in a motion for preliminary injunction, a party must establish:

1.    A likelihood of success on the merits;

2.    That he will suffer irreparable harm in the absence of injunctive relief; and

3.    That the balance of the irreparable harm weighs in his favor.

See, Hull Municipal Lighting Plant v. Massachusetts Municipal Wholesale Electric Co.,

399 Mass. 640, 648 (1987); Brookline v. Goldstein, 388 Mass. 443, 447 (1983); Packaging

\_CON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
ELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
LEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
LEPHONE (413) 584-1287
FAX (413) 584-0453

Industries Group, Inc. v. Cheney, 380 Mass. 609, 617 (1980).

In the Packaging Industries Group case, the Supreme Judicial Court declared that the trial Judge must initially look at the combination of the moving party's claim for injury and his chances for success on the merits. If the Court is convinced that the moving party would be subjected to irreparable harm without an injunction, and that there is a likelihood of success for the moving party, then the Court balances the moving party's risk of irreparable harm against any similar risk of irreparable harm which granting the injunction might create for the opposing party.

As will be fully demonstrated below, the Plaintiff's request for the preliminary injunction satisfies each of the requisite criteria. Also, when the balancing is done, the Court should find that the Plaintiff is entitled to the requested injunction because little, if any, irreparable harm would be incurred by the Defendants as a result of the requested injunction.

## I.    Plaintiffs Have a Substantial Likelihood of Success on the Merits.

The Plaintiffs can show by clear, testimonial evidence that Mr. Stewart intended, and believed Mrs. Britt was the beneficiary of his VGLI insurance policy and other service-related benefits. This is demonstrated not only by the statements he made during his lifetime, but also by the fact that he filled out certain forms changing his beneficiaries. Further, given the volatile end to the relationship between Mr. Stewart and Mr. DeRusse, it is unlikely that Mr. Stewart intended him to benefit in any manner from his death.

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 0II03
ELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
ELEPHONE (413) 562-9007
FAX (413) 562-7589

31 TRUMBULL ROAD
ORTHAMPTON, MA 01060
ELEPHONE (413) 584-1287
FAX (413) 584-0453

**II.    Without a preliminary injunction, the Plaintiff will suffer irreparable harm.**

Without the injunction, irreparable harm will result to the Plaintiff, including, but not limited to:

A.    The payment of the proceeds of Mr. Stewart's life insurance policy to an individual Mr. Stewart did not intend to benefit at the time of his death.

B.    The possibility that once such funds are paid, the ability of the Plaintiff to recover such funds will dissipate, as the cash proceeds are easily spent and/ or converted.

**III.    A balance of harms clearly weighs in the Plaintiff's favor.**

Where, as in the case at bar, the Plaintiff has demonstrated that the failure to issue the injunction would result in substantial risk of irreparable harm, and he has demonstrated a likelihood of success on the merits, the Court must balance the risk of irreparable harm to the Plaintiff against any similar risk which granting the injunction would create for the opposing party. See, Packaging Industries Group, 380 Mass. at 617.

In this instant case, no irreparable harm will occur to the Defendants should the Plaintiff's request for injunctive relief be allowed; since the proceeds of the life insurance policy at issue will not be paid to any individual or entity, rather they will be held until such time as this court is able to make a full and final determination of this matter.

## CONCLUSION

For the foregoing reasons, the preliminary injunction should issue, preventing the Defendants, during the pendency of this action, from dispersing the proceeds of the life insurance at issue to any individual or entity.

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

Respectfully Submitted the Plaintiff
By Her Attorney,

8-15-05
Date

Mark A. Tanner
**Bacon & Wilson, P.C./Morse & Sacks**
MORSE & SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 584-1287
BBO No. 649532

BACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN , SS.

SUPERIOR COURT DEPT.
OF THE TRIAL COURT
Civil Action No.

```
CAREN BRITT,                          )
          Plaintiff                   )
                                      )
     v.                               )
                                      )
S. RAY DeRUSSE and                    )
VETERANS GROUP LIFE INSURANCE)
and                                   )
PRUDENTIAL INSURANCE                  )
COMPANY OF AMERICA,                   )
          Defendants                  )
_____)
```

Affidavit of Mark A. Tanner in
Support of Emergency *Ex Parte*
Temporary Restraining Order
Preliminary Injunction

Now comes Mark A. Tanner and, making this affidavit under the penalties of perjury, states that the allegations made below are true of his own knowledge, information and belief and, so far as the facts are stated to be upon information and belief, he believes such information to be true.

1.    My name is Mark A. Tanner.  I am an attorney at Bacon & Wilson, P.C./Morse & Sacks in Northampton, Massachusetts.

2.    I am licensed to practice law in the State of New York and the Commonwealth of Massachusetts.

3.    I have had numerous telephone conversations with representatives of Veterans Group Life Insurance (VGLI).

4.    I have asked these representatives whether competing claims have been filed for the insurance death benefits of Mr. Stewart.

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
ELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
ELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
ORTHAMPTON, MA 01060
ELEPHONE (413) 584-1287
FAX (413) 584-0453

5. I have been informed by representatives of VGLI that they cannot provide me with information regarding the name of the beneficiary of Mr. Stewart's benefits, or whether claims have been made for such benefits.

6. I have been further informed by such representatives that they would not release such information without a court order, and that they would not withhold payment of such death benefits absent a court order.

7. The named defendants in this action are not physically located in the Commonwealth and will take some time to serve.

Signed this 15th Day of August 2005.

Mark A. Tanner, Esq.

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

# COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN , SS.**

**SUPERIOR COURT DEPT.
OF THE TRIAL COURT
Civil Action No.**

| | |
|---|---|
| **CAREN BRITT,**<br>          **Plaintiff** | )<br>)<br>) |
| **v.** | )<br>) |
| **S. RAY DeRUSSE and**<br>**VETERANS GROUP LIFE INSURANCE**<br>**and**<br>**PRUDENTIAL INSURANCE**<br>**COMPANY OF AMERICA,**<br>          **Defendants** | )<br>)<br>)<br>)<br>)<br>) |

**Affidavit of Caren Britt in
Support of Emergency *Ex Parte*
Temporary Restraining Order and
Preliminary Injunction**

Now comes Caren Britt and, making this affidavit under the penalties of perjury,

states that the allegations made below are true of her own knowledge, information and

belief and, so far as the facts are stated to be upon information and belief, she believes such

information to be true.

1.     My name is Caren Britt.

2.     I reside at 36 Clayton Drive, West Springfield, Massachusetts.

3.     My brother Ronald H. Stewart died on or about May 18, 2005 in

       Springfield, Hampden County, Massachusetts.

4.     Prior to his retirement, Ronald H. Stewart served in the United States Navy.

5.     During such service in the United States Navy, Mr. Stewart obtained a

       Veterans Group Life Insurance Policy Numbered 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.

BACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

6.      Prior to his death, Mr. Stewart resided with my family and me at 36 Clayton Drive, West Springfield, Massachusetts.

7.      Based upon information and belief, S. Ray DeRusse is the former partner of Ronald H. Stewart.

8.      On or about the year of 1996 S. Ray DeRusse and my brother ceased their relationship.

9.      Based upon information and belief, the relationship between S. Ray DeRusse and my brother was abusive and that Mr. Stewart suffered bodily injury at the hands of Mr. DeRusse.

10.      On or about October 28, 2000 my brother named me as the 100% beneficiary of his service member's retirement benefits.

11.      Since 2004, the Defense Finance and Accounting Agency mailed me a monthly check representing my brother's retirement.

12.      During the time he lived with my family and me, my brother, on numerous occasions, informed me that I was the sole beneficiary of his life insurance policy and that he intended me to have the proceeds of the policy.

13.      Based upon information and belief, during his lifetime my brother verbally informed his stepson Glen Wilson that I was the sole beneficiary of his VGLI life insurance policy. I have had conversations with Mr. Wilson in this regard.

14.      During his lifetime Mr. Stewart verbally informed other members of his family that I was the sole beneficiary of his VGLI life insurance policy.

BACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

15. On or about June 2, 2005, I telephoned the offices of VGLI with regard to my brother's life insurance benefits and was informed that I was the designated beneficiary.

16. Based upon this telephone call, I submitted an application for payment of benefits under the VGLI Life Insurance Policy.

17. Approximately five weeks after my submission for payment of benefits, I telephoned VGLI and was informed that I was not the named beneficiary.

18. I believe S. Ray DeRusse is the named beneficiary.

19. Despite numerous requests VGLI will not release the name of the beneficiary, and instructed me to seek injunctive relief to resolve this matter or they would release payment to the "named" beneficiary.

Signed this 15th day of August 2005.

Caren Britt
Caren Britt

BACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9602
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

# COMMONWEALTH OF MASSACHUSETTS

**HAMPDEN , SS.**

**SUPERIOR COURT DEPT.
OF THE TRIAL COURT
Civil Action No.**

| | |
|---|---|
| **CAREN BRITT,**<br>     **Plaintiff** | ) <br> ) <br> ) |
|    **v.** | ) <br> ) |
| **S. RAY DeRUSSE and<br>VETERANS GROUP LIFE INSURANCE<br>and<br>PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,**<br>     **Defendants** | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Affidavit of Robert Britt in
Support of Emergency *Ex Parte*
Temporary Restraining Order and
Preliminary Injunction**

1.  My name is Robert Britt.

2.  I reside at 36 Clayton Drive, West Springfield, Massachusetts.

3.  My brother in Law Ronald H. Stewart died on or about May 18, 2005 in

    Springfield, Hampden County, Massachusetts.

4.  Prior to his death Ron lived with us for some period of time.

5.  During this time Ron never spoke of Mr. DeRusse, although we knew they had

    previously been in a relationship.

Signed this 15th day of August 2005.

_____
Robert Britt

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
ELEPHONE (413) 562-9607
FAX (413) 562-7509

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 05-809 | Trial Court of Massachusetts Superior Court Department County: |
|---|---|---|

PLAINTIFF(S)

*Caren Britt*

DEFENDANT(S)

*S. Ray DeRusse; Prudential Insurance Co. of America, Inc.; Veterans Group Life Insurance*

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE

*Mark A. Tanner, Bacon Wilson Moise & Sacks, 31 Trumbull Rd, Northampton, MA*
Board of Bar Overseers number: *Bno 649532  (413) 584-1287*

ATTORNEY (if known)

### Origin code and track designation

Place an x in one box only:
- [x] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO. *D 99*

TYPE OF ACTION (specify) *Declaratory Judgement/Life Insurance* TRACK ( F )

IS THIS A JURY CASE? (✓) Yes ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

#### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses .............................................. $ *NA*
2. Total Doctor expenses ..............................................  $
3. Total chiropractic expenses ........................................  $
4. Total physical therapy expenses ...................................  $
5. Total other expenses (describe) ...................................  $
B. Documented lost wages and compensation to date ............... Subtotal $
C. Documented property damages to date ..........................  $
D. Reasonably anticipated future medical and hospital expenses ...  $
E. Reasonably anticipated lost wages ..............................  $
F. Other documented items of damages (describe) .................  $

*HAMPDEN COUNTY SUPERIOR COURT FILED AUG 16 2005*
*CLERK-MAGISTRATE*

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)  $ *N/A*

*N/A*

TOTAL $ *N/A*

#### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

*N/A / Claim for Declaratory Judgement as to Life Insurance Proceeds*

TOTAL $ *N/A*

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT *NONE*

**A true copy:**

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  *Tina M Durhan Deputy Assistant Clerk*   DATE: *8-16-04*

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN , SS.

SUPERIOR COURT DEPT.
OF THE TRIAL COURT
Civil Action No.

|   |   |
|---|---|
| CAREN BRITT,<br>       Plaintiff | ) |
| | ) |
| | ) |
|   v. | ) |
| | ) |
| S. RAY DeRUSSE and | ) |
| VETERANS GROUP LIFE INSURANCE | ) |
| and | ) |
| PRUDENTIAL INSURANCE | ) |
| COMPANY OF AMERICA, | ) |
|       Defendants | ) |
| | ) |

`30 800`

### VERIFIED COMPLAINT

HAMPDEN COUNTY
SUPERIOR COURT
FILED

AUG 1 6 2005

Marie _____
CLERK-MAGISTRATE

### INTRODUCTION

The Plaintiff brings this civil action, to determine the rightful owner of the proceeds of a life insurance policy on the life of Mr. Ronald H. Stewart (deceased) issued by Veterans Group Life Insurance.

### PARTIES

1.  Caren Britt is a natural person with a residential address of 36 Clayton Drive, West Springfield, Massachusetts.

2.  S. Ray DeRusse is a natural person with a residential address of 2917 Lipscomb Street, Fort Worth, Texas 76110-3557.

3.  Veterans Group Life Insurance/Servicemen's and Veterans Group Life Insurance (hereinafter "VGLI") is a life insurance company with an address of 213 Washington Street, Newark, New Jersey.

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

No. of Pgs. _____ 1
Fee Paid - $ 240 00    Cash / Check
Surcharge Paid - $ 15 00    Cash / Check
Security Fee - Paid - $ 20 00    Cash / Check
Received by _____

4.    The Prudential Insurance Company of America is a New Jersey Corporation authorized to sell life insurance and annuities in all states, with a business address of 751 Broad Street, Newark, New Jersey.

## FACTS

5.    Ronald H. Stewart died on or about May 18, 2005 in Springfield, Hampden County, Massachusetts.  See Attachment A, attached hereto and incorporated herein.

6.    Prior to his retirement Ronald H. Stewart served in the United States Navy.

7.    During his service in the United States Navy, Mr. Stewart obtained a Veterans Group Life Insurance Policy Numbered 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.

8.    Prior to his death Mr. Stewart resided with his sister, Caren Britt and her family, at 36 Clayton Drive, West Springfield, Massachusetts.

9.    Caren Britt, is the sister of Ronald H. Stewart.

10.    Based upon information and belief, S. Ray DeRusse is the former partner of Ronald H. Stewart.

11.    On or about the year 1996 S. Ray DeRusse and Ronald H. Stewart ceased their relationship.

12.    Based upon information and belief, the relationship between S. Ray DeRusse and Ronald H. Stewart was abusive, and that Mr. Stewart suffered bodily injury at the hands of Mr. DeRusse.

13.    On or about October 28, 2000 Ronald H. Stewart named Caren Britt as the 100% beneficiary of his service member's retirement benefits.  See Attachment B, attached hereto and incorporated herein.

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-2740

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7599

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

14.    During his lifetime Mr. Stewart verbally informed Ms. Britt that she was the sole beneficiary of his life insurance policy.

15.    During his lifetime Mr. Stewart verbally informed his stepson Glen Wilson that Ms. Britt was the sole beneficiary of his VGLI life insurance policy.

16.    During his lifetime Mr. Stewart verbally informed other members of his family that Ms. Britt was the sole beneficiary of his VGLI life insurance policy.

17.    On or about June 2, 2005, Ms. Britt telephoned the offices of VGLI with regard to Mr. Stewart's life insurance benefits and was informed that she was the designated beneficiary.

18.    Based upon the June 2, 2005 telephone call, Ms. Britt submitted an application for payment of benefits under the VGLI life insurance policy.

19.    Approximately five weeks after her submission for payment of benefits, Ms. Britt telephoned VGLI and was informed that she was not the named beneficiary.

20.    Based upon information and belief S. Ray DeRusse is the named beneficiary.

21.    Despite numerous requests VGLI will not release the name of the beneficiary, and instructed Ms. Britt to seek injunctive relief to resolve this matter.

### First Claim for Relief

### Declaratory Judgment

1.    The Plaintiffs hereby re-allege and incorporate by reference Paragraphs 1.

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
ELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
ELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
ORTHAMPTON, MA 01060
ELEPHONE (413) 584-1287
FAX (4.3) 584-0453

through 21. above, as though fully set forth herein.

2.      There exists between the parties to this action an actual justifiable controversy regarding the rightful beneficiary of the aforementioned life insurance policy.

**WHEREFORE**, the Plaintiffs pray that this Honorable Court:

1.      Adjudicate the adverse claims to the VGLI Insurance Policy Numbered 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;

2.      Award the Plaintiff, Caren Britt, the costs incurred in bringing this action; and

3.      Grant such other and further relief as this Honorable Court may determine is just and proper.

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
TELEPHONE (413) 781-0560
FAX (413) 739-7240

9 CHAPEL STREET
WESTFIELD, MA 01085
TELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
NORTHAMPTON, MA 01060
TELEPHONE (413) 584-1287
FAX (413) 584-0453

## VERIFICATION

Caren Britt, being duly sworn, states that that she has read the above Complaint and the attached documents, and that the facts stated therein are to her knowledge true.

*Caren Britt*
**CAREN BRITT**

Respectfully Submitted for the Plaintiff,

**8-15-05**
Date

Mark A. Tanner, Esq.
**Bacon & Wilson, P.C./Morse & Sacks**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 584-1287
BBO No. 649532

ACON & WILSON, P.C.
ATTORNEYS AT LAW
33 STATE STREET
SPRINGFIELD, MA 01103
ELEPHONE (413) 781-0560
FAX (413) 739-7740

9 CHAPEL STREET
WESTFIELD, MA 01085
ELEPHONE (413) 562-9607
FAX (413) 562-7589

31 TRUMBULL ROAD
ORTHAMPTON, MA 01060
ELEPHONE (413) 584-1287
FAX (413) 584 0453

**A true copy:**

**Attest:**

*Pena M Parker*
*Deputy* **Assistant Clerk**

THE COMMONWEALTH OF MASSACHUSETTS
STANDARD CERTIFICATE OF DEATH
REGISTRY OF VITAL RECORDS AND STATISTICS

(INSTRUCTIONS ON REVERSE SIDE)
FOR USE BY PHYSICIANS AND MEDICAL EXAMINERS

**DECEDENT**
- NAME: Ronald Hamilton Stewart
- SEX: M
- DATE OF DEATH: May 18, 2005
- PLACE OF DEATH (City/Town): Springfield
- COUNTY OF DEATH: Hampden
- HOSPITAL OR OTHER INSTITUTION: Baystate Medical Center
- HOSPITAL: ER/Outpatient
- SOCIAL SECURITY NUMBER: 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
- IF US WAR VETERAN: Vietnam
- WAS DECEDENT OF HISPANIC ORIGIN: NO
- RACE: White
- EDUCATION: 12
- AGE: 56
- DATE OF BIRTH: Feb 10, 1949
- BIRTHPLACE: Birkenhead, England
- MARRIED, NEVER MARRIED, WIDOWED OR DIVORCED: Divorced
- LAST SPOUSE: Nisha Unknown
- USUAL OCCUPATION: Documents Manager
- KIND OF BUSINESS OR INDUSTRY: Pharmacutical
- RESIDENCE: 36 Clayton Drive West Springfield Hampden Massachusetts
- ZIP CODE: 01089
- FATHER: James Stewart
- STATE OF BIRTH: England
- MOTHER: Marilyn Stewart
- STATE OF BIRTH: England

**INFORMANT**
- INFORMANT'S NAME: Caren Britu
- MAILING ADDRESS: 36 Clayton Dr WEst Springfield MA 01089
- RELATIONSHIP: Sister

**DISPOSITION**
- METHOD OF IMMEDIATE DISPOSITION: Cremation
- FUNERAL SERVICE LICENSEE: Joseph J. Nowak
- LICENSE: 5957
- PLACE OF DISPOSITION: Springfield Crematory
- LOCATION: Springfield Massachusetts
- DATE OF DISPOSITION: May 23, 2005
- NAME AND ADDRESS OF FACILITY: Nowak Funeral and Cremation Services 15 ludlow Ave Spflo MA C1151

**CERTIFIER**
PART I
- IMMEDIATE CAUSE: Cardiopulmary Arrest — hours
- b. Coronary Artery Disease — years
PART II
- MED. EXAM NOTIFIED: YES
- WAS AUTOPSY PERFORMED: No
- MANNER OF DEATH: Natural
- 36a signature: John MD
- DATE SIGNED: May 18 2005
- HOUR OF DEATH: 10:11 PM
- NAME OF ATTENDING PHYSICIAN: Susan Torrey MD
- NAME AND ADDRESS OF CERTIFYING PHYSICIAN: Jay Ishida MD 759 Chestnut Street Springfield MA 01099
- LICENSE NO.: 214703
- WAS THERE PRONOUNCEMENT FORM: NO

DATE BURIAL PERMIT: 2005  Maureen D Morrissey Admin. Assistant
RECEIVED IN THE CITY/TOWN OF SPRINGFIELD  DATE OF RECORD MAY 24 2005

City of Springfield, Mass., May 25, 2005

I hereby certify that I am the Assistant City Clerk of the City of Springfield, Commonwealth of Massachusetts. That the records of births, marriages and deaths in said City are in my custody, and that the foregoing is a true copy of the return of a death on file in the office of the City Clerk of said Springfield.

Witness my hand and the seal of the said City of Springfield, May 25 2005

Attest:

EXHIBIT A

**EXHIBIT**

**B**

| RETIRED MEMBER'S NAME | | RETIRED MEMBER'S SSN | |
|---|---|---|---|
| RONALD HAMILTON STEWART | | 026 40 4232 | |
| TYPE OF ACTION: (CHECK ONE) | ☐ LEGAL ORDER OF PRECEDENCE ☐ DESIGNATION OF BENEFICIARIES | | |

| SHARE | FULL NAME CAREN BRITT | SSN 010 50481 | RELATIONSHIP SISTER |
|---|---|---|---|
| 100 % | ADDRESS 36 CLAYTON DRIVE W SPfld MA,s 01 | | |
| SHARE | FULL NAME | SSN | RELATIONSHIP |
| % | ADDRESS | | |
| SHARE | FULL NAME | SSN | RELATIONSHIP |
| % | ADDRESS | | |

| RETIRED MEMBER SIGNATURE | DATE OF SIGNATURE |
|---|---|
| Ronald H Stewart | 10-20-00 |

WITNESS SIGNATURE (other than designated beneficiary/Order of Precedence Person)

Brian Huff

| WITNESS STREET ADDRESS | WITNESS CITY, STATE, ZIP CODE |
|---|---|
| 20721 Crystalhill Cir | Germantown MD, 20874 |

196195