UNITES STATES DISTRICT COURT
DISTRICT OF MASACHUSETTS

| | |
|---|---|
| CAREN BRITT,       )<br>          Plaintiff          )<br>                                  )<br>     v.                           )<br>                                  )<br>S. RAY DeRUSSE and               )<br>VETERANS GROUP LIFE INSURANCE )<br>and                               )<br>PRUDENTIAL INSURANCE             )<br>COMPANY OF AMERICA,              )<br>          Defendants          )<br>                                  ) | Case No.: 05 CV 30197 MAP<br><br><br><br>ASSENTED TO MOTION<br>TO CONTINUE SCHEDULING<br>CONFERENCE |

NOW COMES the Plaintiff in the above captioned matter and moves this Honorable Court to continue to Scheduling Conference now set for December 2, 2005 at 2:30 p.m. to December 16, 2005 at 3:00 p.m.

As reasons therefore the Plaintiff states the following:

1. Plaintiff's Counsel is scheduled to be out of town for another matter on December 2, 2005.

2. The Defendants fully assent to this Motion.

>Respectfully Submitted,
>The Plaintiff
>CAREN BRITT
>By Her Attorney,
>
>
>/s/ Mark A. Tanner
>Mark A. Tanner
>BBO# 649532
>**BACON & WILSON, P.C./**
>**MORSE & SACKS**
>31 Trumbull Road
>Northampton, MA  01060
>Ph:  (413) 584-1287

**Assented to:**

PRUDENTIAL INSURANCE
COMPANY OF AMERICA
By Its Attorney,


/s/ Carey L. Bertrand
Carey L. Bertrand
BBO# 650496
**Wilson, Elser, Moskowitz,**
**Edelman & Dicker, LLP**
155 Federal Street
Boston, MA 02110
Ph:  (617) 422-5300

S. RAY DERUSSE
By His Attorney,


/s/ David P. Russman
David P. Russman
BBO# 567796
**The Russman Law Firm, P.C.**
194 E. Street, Suite 1
Boston, MA 02127
Ph:  (617) 464-2332