## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CAREN BRITT
        Plaintiff

                                      CIVIL ACTION NO.  05-30197-MAP
       V.

S. RAY DERUSSE, ET AL
        Defendant

### SETTLEMENT ORDER OF DISMISSAL

PONSOR, D.J.;

     The Court having been advised on December 8, 2005  that the above-entitled action has been settled;

     IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                                        By the Court,

December 8 , 2005                          /s/ Mary Finn
        Date                                              Deputy Clerk