UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Western Division)

| | |
|---|---|
| **CAREN BRITT,** | ) Case No.: 05-30197 MAP |
| Plaintiff, | ) |
| vs. | ) **JOINT MOTION TO DISMISS** |
| | ) **PURSUANT TO FED.R.CIV.P. 41(a)(2)** |
| **S. RAY DERUSSE,** | ) |
| Defendant | ) |

Now come the Plaintiff, Caren Britt and the Defendant, S. Ray DeRusse, and jointly move this Honorable Court to dismiss this matter with prejudice and without costs, fees or expenses to either party.

The Parties further move this Honorable Court to pay all of the proceeds of a certain Veterans Group Life Insurance Policy, now held in trust by this Court, to the law firm of Bacon & Wilson, P.C. 31 Trumbull Road, Northampton, MA 01060:

Respectfully submitted this 20th day of December, 2005.

_12/20/2005_____        /s/ Mark A. Tanner_____
Date                             Mark A. Tanner
                                 **Bacon & Wilson, P.C.**
                                 **Morse & Sacks**
                                 31 Trumbull Road
                                 Northampton, MA 01061-0210
                                 Telephone: (413) 584-1287
                                 BBO No. 649532


_12/20/2005_____          __/s/ David Russman_____
Date                             David Russman
                                 **The Russman Law Firm, P.C.**
                                 194 E. Street, Suite 1
                                 Boston, MA 02127
                                 Ph: (617) 464-2332
                                 BBO# 567796