UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CAREN BRITT,
           Plaintiff

v.                                                    CA 05-30197-MAP

S. RAY DERUSSE,
           Defendant

<u>ORDER OF DISBURSEMENT</u>

December 22, 2005

PONSOR, D.J.

    It is hereby ordered that the Clerk disburse all funds on deposit in the above captioned case.  The funds shall be disbursed to Bacon & Wilson, P.C., 31 Trumbull Rd., Northampton, MA 01060.

    It is so ordered.

                                            /s/Michael A. Ponsor
                                            United States District Judge